# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC <br><br> Defendants, and <br><br> FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, <br><br> Relief Defendants. | Civil Action File No. <br> 1:25-cv-03826-MLB <br><br><br> JURY DEMAND |

## NOTICE OF APPEARANCE

Jane Ashley Ravry hereby enters her appearance on behalf of Defendants and Relief Defendants.

This 11th day of July, 2025.

*/s/ Jane Ashley Ravry*
Jane Ashley Ravry
Georgia Bar No. 451038
jaravry@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.

Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Counsel for Defendants and Relief Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing with the Clerk of Court using the CM/ECF electronic filing system which will automatically send counsel of record e-mail notification of such filing.

This 11th day of July, 2025.

*/s/ Jane Ashley Ravry*
Jane Ashley Ravry