# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : Civil Action File No. <br> : 1:25-cv-3826-MLB |
| v. | : <br> : |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : <br> : <br> : |
| Defendants, and | : <br> : |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : <br> : <br> : <br> : <br> : <br> : |
| Relief Defendants. | : <br> : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for S. Gregory Hays, not individually, but as Receiver ("**Receiver**") for the assets, of whatever kind and wherever situated, of the following Defendant and Relief Defendants: First Liberty Building & Loan, LLC, First Liberty Capital Partners LLC, First National Investments LLC, MyHealthAI Capital LLC, The Legacy Advisory Group Inc., and The Liberty Group LLC pursuant to the Order Appointing

Receiver dated July 11, 2025 [Doc. No. 6] ("**Receiver Order**") that was entered in the above-captioned case and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

>Henry F. Sewell, Jr., Esq.
>Law Offices of Henry F. Sewell, Jr., LLC
>2964 Peachtree Road, Suite 555
>Atlanta, GA 30305
>Telephone: (404) 926-0053
>Email: hsewell@sewellfirm.com

Dated this 11th day of July, 2025.

>Respectfully submitted,
>/s/ *Henry F. Sewell*
>Henry F. Sewell, Jr.
>Georgia Bar No. 636265
>*Proposed Counsel for S. Gregory Hays, not individually, but as Receiver*

Law Offices of Henry F. Sewell, Jr. LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
Telephone: (404) 926-0053
Email: hsewell@sewellfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2025, the foregoing *Notice of Appearance and Request For Service of Papers* was electronically filed using the Court's CM/ECF system, which sends a notice of this document and an accompanying link to this document to all counsel of record registered in this case through CM/ECF.

/s/ *Henry F. Sewell*
Henry F. Sewell, Jr.
Georgia Bar No. 636265