# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | :<br>:<br>: |
| Plaintiff, | :<br>:    **Civil Action File No.**<br>:    **1:25-cv-3826-MLB** |
| v. | :<br>:<br>: |
| EDWIN BRANT FROST IV and<br>FIRST LIBERTY BUILDING & LOAN, LLC, | :<br>:<br>: |
| Defendants, and | :<br>: |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | :<br>:<br>:<br>:<br>:<br>: |
| Relief Defendants. | :<br>: |

**MOTION BY RECEIVER FOR AUTHORIZATION TO EMPLOY THE LAW OFFICES OF HENRY F. SEWELL, JR., LLC AS COUNSEL, HAYS FINANCIAL CONSULTING, LLC AS FORENSIC ACCOUNTANT, AND STRETTO, INC. AS ADMINISTRATIVE AND CLAIMS AGENT FOR THE <u>RECEIVER</u>**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Case**" or "**Receivership**"), hereby files this Motion (the "**Motion**") to employ the

Law Offices of Henry F. Sewell, Jr., LLC as counsel ("**HFS**"), Hays Financial Consulting, LLC ("**HFC**") as forensic accountant, and Stretto, Inc. ("**Stretto**") as administrative and claims agent for the Receiver (collectively, the "**Receiver's Professionals**") *nunc pro tunc* to July 11, 2025, and states as follows:

## BACKGROUND

1. The Case commenced on July 11, 2025, with the filing of a complaint by the Securities and Exchange Commission (the "**SEC**") against Defendants Edwin Brant Frost IV ("**Frost**") and First Liberty Building & Loan, LLC ("**First Liberty**") (together, "**Defendants**") and Relief Defendants First Liberty Capital Partners LLC, First National Investments LLC, MyHealthAI Capital LLC, The Legacy Advisory Group Inc., and The Liberty Group LLC (collectively, the "**Relief Defendants**").

2. Based on the record in the Case, the Court determined that the appointment of a receiver in this action was necessary and appropriate for the purposes of marshaling and preserving all assets of First Liberty Building & Loan, LLC, First Liberty Capital Partners LLC, First National Investments LLC, MyHealthAI Capital LLC, The Legacy Advisory Group Inc., and The Liberty Group LLC ("**Receivership Assets**") and the assets of Defendant Frost that: (a) are attributable to funds derived from investors or clients of the Defendants; (b) are held in constructive trust for the Defendants; and/or (c) may otherwise be includable as

2

assets of the estates of the Defendants (collectively, the "**Recoverable Assets**"). *See* Appointment Order, p. 1.

3. On July 11, 2025, the Court entered the Appointment Order to appoint the Receiver.

4. Pursuant to paragraph 6(F) of the Appointment Order, the powers and duties of the Receiver shall include to "engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, accountants, attorneys, securities traders, registered representatives, financial or business advisers, liquidating agents, real estate agents, forensic experts, brokers, traders or auctioneers."

5. Pursuant to paragraph 58 of the Appointment Order, the Receiver is further authorized to solicit persons and entities ("**Retained Personnel**") to assist the Receiver in carrying out the duties and responsibilities described in the Appointment Order with the understanding that the "Receiver shall not engage any Retained Personnel without first obtaining an Order of the Court authorizing such engagement."

6. Professionals engaged by the Receiver are—with court approval— "entitled to reasonable compensation and expense reimbursement from the Receivership Estates as described in the 'Billing Instructions for Receivers in Civil

Actions Commenced by the U.S. Securities and Exchange Commission' (the '**Billing Instructions**') agreed to by the Receiver." (emphasis added).

## REQUESTED RELIEF

7. In an exercise of the discretion of the Receiver, the Receiver determined that counsel, a forensic accountant, and an administrative and claims agent were necessary to assist the Receiver in carrying out the duties and responsibilities of the Receiver. Indeed, carrying out the duties and responsibilities of the Receiver will require counsel, a forensic account and an administrative and claims agent with extensive experience in such areas like the Receiver's Professionals.

8. Pursuant to the Appointment Order, Receiver seeks the authorization from the Court to engage HFS, HFC, and Stretto to assist the Receiver in carrying out the duties of the Receiver under the Appointment Order.

## EXPERIENCE OF RECEIVER'S PROFESSIONALS

9. HFS has extensive experience in the areas of receivership, bankruptcy, and insolvency law and in representing receivers and bankruptcy trustees. Henry Sewell will assume primary responsibility as counsel for the Receiver. Mr. Sewell regularly represents court appointed fiduciaries in SEC and CFTC enforcement actions. Mr. Sewell also has extensive experience handling bankruptcy matters and commercial litigation matters, including trials, arbitrations and appeals in a wide

variety of complex matters. The normal hourly rate for Mr. Sewell is $500, but his hourly rate shall be discounted to $435 for purposes of this Case. HFS has agreed to reduce standard hourly rates of other professionals of HFS and agreed that hourly rates for other attorneys other than Mr. Sewell, paralegals and staff will range from $200 to $325.

10. HFC has extensive experience in receivership cases and is regularly engaged in uncovering and investigating fraudulent activities in receivership and insolvency-related cases. The forensic accounting team at HFC will be led by Scott Askue, who has 25 years of experience working with the court appointed receivers and is highly proficient in handling complex insolvency and forensic accounting matters. The expertise of Mr. Askue extends to conducting in-depth forensic accounting investigations and offering comprehensive litigation support. The normal hourly rate for Mr. Askue is $395, but his hourly rate shall be discounted to $375 for purposes of this Case. The hourly rate Jim Jennings of HFC shall be discounted to $375 per hour for this Case and the hourly rates for Theresa C. Brummer and Dwaine Butler of HFC shall be discounted to $225 per hour for this Case.

11. Stretto is a national claims processing company that is highly proficient in handling complex insolvency matters including noticing and claims administration. Stretto will provide the Receiver with consulting services regarding

(a) legal noticing and maintenance of claims registers, creditor mailing matrices, an electronic platform for filing claims and supporting documents, and claim noticing, claim responses and disputes, disbursements, and administrative support in preparation of notices, claims, and schedules; and (b) crisis communications, claims analysis and reconciliation, contract review and analysis, case research, public securities, depository management, treasury services, confidential online workspaces or data rooms. Stretto will prepare the Receiver's web site and notices to creditors and establish an on-line claims filing solution. Stretto is well-qualified to serve as administrative and claims agent in this matter. Stretto frequently partners with federal and state court-appointed receivers and is experienced in navigating the claims reconciliation process in complex cases. The professionals at Stretto who will assist the Receiver have extensive knowledge and experience in these fields. Stretto has agreed to reduce standard hourly rates by 15% and hourly rates will range from $60 to $215.

12.   The Receiver's Professionals will be assisted by other attorneys, paralegals and other professionals, and paraprofessionals. The Receiver's Professionals have advised the Receiver that, whenever possible and appropriate, the Receiver's Professionals shall utilize junior attorneys and paraprofessionals to minimize the expenses of the Receivership Estate.

13. Under the circumstances, the Receiver's Professionals are well-equipped to represent the Receiver in general receivership matters, asset recovery litigation, other litigation matters, and administrative and claims agent matters.

14. In consideration for the Receiver's Professionals aiding the Receiver, the Receiver proposes to pay fees based on the time expended by lawyers, paralegals, and other professionals and paraprofessionals of the Receiver's Professionals (based on fee applications to be filed by the HFS, payment of which is subject to this Court's approval). The Receiver has submitted a proposal to compensate HFS, HFC, and Stretto for professional services rendered at discounted hourly rates, plus reimbursement of actual, necessary expenses incurred on the behalf of the Receivership.

15. The Receiver will ensure that there is no duplication of efforts or expenses between or among the attorneys and other professionals and paraprofessionals he engages with the approval of this Court.

## NO ADVERSE INTEREST

16. The Receiver's Professionals have informed the Receiver that they do not have any conflict with serving the Receiver in this Case.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order attached as **Exhibit A**, to grant this Motion, authorize the retention

of (a) HFS as counsel for the Receiver; (b) HFC as forensic accountant for the Receiver; and (c) Stretto as administrative and claims agent for the Receiver and grant the Receiver for such other and further relief as is just and proper.

Dated: July 16, 2025.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        */s/ Henry F. Sewell, Jr.*
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        *Proposed Counsel for the Receiver*

# EXHIBIT A
## (PROPOSED ORDER)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action File No. 1:25-cv-3826-MLB |
| v. | : : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : : : | |
| Defendants, and | : : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : : : : : : : | |
| Relief Defendants. | : : | |

## ORDER GRANTING MOTION BY RECEIVER FOR AUTHORIZATION TO EMPLOY THE LAW OFFICES OF HENRY F. SEWELL, JR., LLC AS COUNSEL, HAYS FINANCIAL CONSULTING, LLC AS FORENSIC ACCOUNTANT, AND STRETTO, INC. AS ADMINISTRATIVE AND <u>CLAIMS AGENT FOR THE RECEIVER</u>

THIS CAUSE came before the Court on the Motion [Docket No. ____] (the "**Motion**") to employ the Law Offices of Henry F. Sewell, Jr., LLC as counsel ("**HFS**"), Hays Financial Consulting, LLC ("**HFC**") as forensic accountant, and Stretto, Inc. ("**Stretto**") as administrative and claims agent for the Receiver (collectively, the "**Receiver's Professionals**") that was filed by S. Gregory Hays,

not individually, but as Court-Appointed Receiver ("**Receiver**") in the above-captioned case; the court having considered the Motion and having determined that the relief requested in the Motion is just and proper; and based upon the Motion and all of the proceedings before this Court and after due deliberation and finding that cause exists to grant the Motion and no objection the Motion having been filed, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Receiver is authorized to retain and engage, effective as of July 11, 2025, the Law Office of Henry F. Sewell, Jr., LLC, Hays Financial Consulting LLC, and Stretto, Inc. to assist the Receiver in fulfilling the duties of the Receiver under the Appointment Order and any other orders of this Court; and it is further

ORDERED that, in accordance with the Appointment Order, the Receiver's Professionals shall be compensated for such services and reimbursed for the reasonable expenses and costs incurred in providing such services; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

2

SO ORDERED, this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC
*/s/ **Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
PROPOSED COUNSEL FOR THE RECEIVER

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: July 16, 2025.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
PROPOSED COUNSEL FOR THE RECEIVER