**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, FIRST NATIONAL INVESTMENT S | : | |
| LLC, MYHEALTHAI CAPITAL LLC, | : | |
| THE LEGACY ADVISORY GROUP INC., | : | |
| and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

**ORDER GRANTING MOTION BY RECEIVER FOR AUTHORIZATION TO EMPLOY THE LAW OFFICES OF HENRY F. SEWELL, JR., LLC AS COUNSEL, HAYS FINANCIAL CONSULTING, LLC AS FORENSIC ACCOUNTANT, AND STRETTO, INC. AS ADMINISTRATIVE AND <u>CLAIMS AGENT FOR THE RECEIVER</u>**

THIS CAUSE came before the Court on the Motion [Docket No. 9] (the "**Motion**") to employ the Law Offices of Henry F. Sewell, Jr., LLC as counsel ("**HFS**"), Hays Financial Consulting, LLC ("**HFC**") as forensic accountant, and Stretto, Inc. ("**Stretto**") as administrative and claims agent for the Receiver (collectively, the "**Receiver's Professionals**") that was filed by S. Gregory Hays,

not individually, but as Court-Appointed Receiver ("**Receiver**") in the above-captioned case; the court having considered the Motion and having determined that the relief requested in the Motion is just and proper; and based upon the Motion and all of the proceedings before this Court and after due deliberation and finding that cause exists to grant the Motion and no objection the Motion having been filed, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Receiver is authorized to retain and engage, effective as of July 11, 2025, the Law Office of Henry F. Sewell, Jr., LLC, Hays Financial Consulting LLC, and Stretto, Inc. to assist the Receiver in fulfilling the duties of the Receiver under the Appointment Order and any other orders of this Court; and it is further

ORDERED that, in accordance with the Appointment Order, the Receiver's Professionals shall be compensated for such services and reimbursed for the reasonable expenses and costs incurred in providing such services; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

3

SO ORDERED this 16th day of July, 2025.

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE