UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No.<br>1:25-cv-3826-MLB |

## TRUIST BANK'S CERTIFICATION

Pursuant to Paragraph V.C.(a)-(d)(ii) of the Court's July 11, 2025 Consent Judgment, Truist Bank hereby provides a certified statement setting forth the balance in the accounts referenced in the Consent Judgment's Paragraph V.B.  *See* Dkt. No. 5.  In an abundance of caution, Truist Bank also provides balance information for accounts it has identified as being associated with Defendants or Relief Defendants.

According to Truist Bank's records, the balances set forth below are accurate as of close of business on July 11, 2025:

| Name on Account | Account Number | Balance as of 7/11/25 |
|---|---|---|
| First National Investments LLC | 0003 | 24,763.44 |
| First Liberty Capital LLC | 3948 | 23,116.71 |
| The Liberty Group LLC | 3854 | 19,048.86 |
| First Liberty Capital Partners LLC | 5964 | 6,720.35 |
| FLC Holdings LLC | 4444 | 1,146.18 |
| First Liberty Building & Loan LLC | 2663 | 62,556.51 |
| First Liberty Capital LLC | 2852 | 265,344.71 |
| Legacy Family Partners LLC | 5577 | 7,738.27 |
| Family Financial Partners LLC | 5469 | 6,312.00 |
| The Legacy Advisory Group Inc | 0746 | 15,399.94 |
| Myhealthai Capital LLC | 2742 | 197,996.50 |
| My Health Al LLC | 3807 | 26,129.86 |
| First Liberty Capital Partners LLC | 6642 | 572,089.80 |
| Liberty Healthcare Technology LLC | 2750 | 2,461.41 |
| First Liberty Leasing Stone SPE | 8424 | 4,965.05 |
| SBA Loan Services LLC | 0738 | 385.42 |
| First Liberty Leasing LLC | 0711 | 384.99 |

The undersigned representative of Truist Bank certifies that the information contained herein is a true and correct reflection of the information contained in the bank's business records.

*Michelle Miller*
Michelle Miller
Deposit Operations Senior Manager
Truist Bank

This 18th day of July, 2025

/s/ Ansley Fantaski
Adria Perez
Georgia Bar No. 141306
Ansley Fantaski
Georgia Bar No. 577512
REED SMITH
999 Peachtree Street NE
Atlanta, GA 30309
(470) 947-5800
(470) 947-5799 (facsimile)
aperez@reedsmith.com

*Counsel for Truist Bank*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No.<br>1:25-cv-3826-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **TRUIST BANK'S CERTIFICATION** through the Court's CMIECF system which will automatically send an email notification of such filing to all attorneys of record.

This 18th day of July, 2025.

                                            /s/ Ansley Fantaski
                                            Ansley Fantaski