# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br><br> EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC <br><br> Defendants, and <br><br> FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, <br><br> Relief Defendants. | Civil Action File No. <br> 1:25-cv-03826-MLB <br><br><br> JURY DEMAND |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Pursuant to the Court's Order Appointing Receiver ("Receivership Order")

[D.E. 6], the undersigned counsel of record for Defendant First Liberty Building &

Loan, LLC, ("Defendant First Liberty") and Relief Defendants First Liberty Capital

Partners LLC, First National Investments LLC, MyHealthAI Capital LLC, The

Legacy Advisory Group Inc., and The Liberty Group LLC (collectively "Relief

Defendants"), states that Joshua A. Mayes and Jane Ashley Ravry, of the law firm Robbins Alloy Belinfante Littlefield LLC, submit this notice of withdrawal.

On July 11, 2025, Mr. Mayes and Ms. Ravry, the undersigned counsel, entered their appearances for Defendant Edwin Brant Frost IV ("Defendant Frost"), Defendant First Liberty, and the Relief Defendants. [D.E. 3; D.E. 4.] That same day, the Court entered the Receivership Order, through which the Court took exclusive jurisdiction and possession of the assets of Defendant Frost, Defendant First Liberty, and the Relief Defendants. [D.E. 6 at 2.] The Court also held that "[t]he . . . attorneys . . . of the Receivership Entities are hereby dismissed[.]" [*Id.* at 4.] Accordingly, pursuant to the Receivership Order, the undersigned counsel no longer represent Defendant First Liberty or the Relief Defendants and hereby respectfully request that the Court direct the Clerk of Court to remove them as counsel of record for those parties. Defendant Frost will remain represented by the undersigned counsel in this matter.

Respectfully submitted this 21st day of July, 2025.

/s/ Joshua A. Mayes
Joshua A. Mayes
Georgia Bar No. 143107
jmayes@robbinsfirm.com
Jane Ashley Ravry
Georgia Bar No. 451038
jaravry@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318

Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Counsel for Defendants Edwin Brant Frost IV*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF electronic filing system which will automatically send counsel of record e-mail notification of such filing.

This 21st day of July, 2025.

*/s/ Joshua A. Mayes*
Joshua A. Mayes

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1(C), that the foregoing filing has been prepared using Times New Roman, 14 point font.

This 21st day of July, 2025.

*/s/ Joshua A. Mayes*
Joshua A. Mayes
