# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No. 1:25-cv-03826-MLB<br><br>JURY DEMAND |

## NOTICE OF DEFENDANT EDWIN BRANT FROST IV'S ASSERTION OF HIS FIFTH AMENDMENT RIGHT

Defendant Edwin Brant Frost IV ("Defendant") hereby provides notice to the Court, Plaintiff Securities and Exchange Commission ("Commission"), and Receiver S. Gregory Hays ("Receiver") that he asserts his Fifth Amendment right against self-incrimination in response to demands and/or requests for information set forth in the Court's Order Granting the Commission's Motion for Asset Freeze ("Asset Freeze Order") and Order Appointing Receiver ("Receivership Order").

Specifically, Defendant asserts his Fifth Amendment right in response to the following sections of the Asset Freeze Order:

- Section IX requiring Defendant to submit various identifying information to the Commission; and

- Section X requiring Defendant to submit a sworn accounting to the Court and the Commission.

To the extent that certain obligations of the Receivership Entities could be read to apply to Defendant Frost given his prior role at those entities, Defendant Frost likewise asserts his Fifth Amendment right in response to the following sections of the Receivership Order:

- Section II.8 requiring the Receivership Entities to submit to the Court, the Receiver, and the Commission a sworn statement providing various identifying information.

To the extent the Receiver intends to "put to [Defendant any] questions . . . regarding the business of the Receivership Entities, or any other matter relevant to the operation or administration of the receivership or the collection of funds due to the Receivership Entities[,]" pursuant to Section II.11 of the Receivership Order, or to request information pursuant to Section II.13 of the Receivership Order, Defendant will likewise assert his Fifth Amendment right in response thereto.

Defendant expressly reserves the right to assert his Fifth Amendment right in response to other inquiries, questions, demands, or requests put to him that are not specifically set forth herein.

Respectfully submitted, this 21st day of July, 2025.

*/s/ Joshua A. Mayes*
Joshua A. Mayes
Georgia Bar No. 143107
jmayes@robbinsfirm.com
Jane Ashley Ravry
Georgia Bar No. 451038
jaravry@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Counsel for Defendant Edwin Brant Frost IV*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing with the Clerk of Court using the CM/ECF electronic filing system which will automatically send counsel of record e-mail notification of such filing.

This 21st day of July, 2025.

*/s/ Joshua A. Mayes*
Joshua A. Mayes

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1(C), that the foregoing filing has been prepared using Times New Roman, 14 point font.

This 21st day of July, 2025.

*/s/ Joshua A. Mayes*
Joshua A. Mayes
