UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No.<br>1:25-cv-03826-MLB |

## NOTICE OF INTENT TO SERVE SUBPOENAS

Plaintiff Securities and Exchange Commission ("Commission") hereby gives notice pursuant to Federal Rule of Civil Procedure 45 that it will cause to be served subpoenas for the production of documents upon the following entities/individuals:

ADVANTA IRA;
The Northwestern Mutual Life Insurance Company;
The Charles Schwab Corporation;
Citibank, Citigroup Inc.;
The Hartford Insurance Group, Inc.;
United Community Bank; and
Unity National Bank

True and correct copies of the subpoenas are attached.

Respectfully submitted this 24th day of July, 2025,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7622
Georgia Bar No. 457868
loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
404-842-7655
Georgia Bar No. 759054
murnahank@sec.gov

COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

Dated: July 24, 2025

*/s/ Kristin W. Murnahan*
Kristin W. Murnahan
