UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>    Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC, THE LEGACY ADVISORY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>    Relief Defendants. | Civil Action No.<br><br>1:25-cv-03826-MLB |

## BAY POINT CAPITAL PARTNERS II, LP'S MOTION TO INTERVENE

Bay Point Capital Partners II, LP ("Bay Point" or "Movant"), pursuant to Federal Rule of Civil Procedure 24, and by and through its undersigned counsel, hereby moves this court for entry of an Order allowing it to intervene as a party in the above-captioned lawsuit. Bay Point hereby contemporaneously submits the attached Memorandum of Law in support of its Motion. Bay Point also attaches hereto its proposed complaint in intervention with exhibits as **Exhibit 1**.

Respectfully submitted this 4th day of September 2025.

/s/ Alexandra C. Nelson
Alexandra C. Nelson
Georgia Bar No. 241352
Austin B. Alexander
Georgia Bar No. 926059
**THOMPSON HINE LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
*alexandra.nelson@thompsonhine.com*
*austin.alexander@thompsonhine.com*

*Attorneys for Plaintiff Bay Point Capital Partners II, LP*

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D), and the attachments are consistent with Local Rule 5.1(B).

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson
Georgia Bar No. 241352

# CERTIFICATE OF SERVICE

I hereby certify that have this day electronically filed the foregoing BAY POINT CAPITAL PARTNERS II, LP'S MOTION TO INTERVENE with the Clerk of Court via the CM/ECF system which will provide automatic electronic notification of such filing upon the following counsel of record:

Madison Graham Loomis, Esq.
Kristin Wilhelm Murnahan, Esq.
U.S. SECURITIES & EXCHANGE COMMISSION - GA
950 East Paces Ferry Road, Suite 900
Atlanta, Georgia 30326
*loomism@sec.gov*
*murnahank@sec.gov*

Joshua A. Mayes, Esq.
Jane Ashley Ravry, Esq.
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
*jamyes@robbinsfirm.com*
*jaravry@robbinsfirm.com*

Henry F. Sewell, Jr., Esq.
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
*hsewell@sewellfirm.com*

This 4th day of September 2025.

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson
Georgia Bar No. 241352