UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>  Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC, THE LEGACY ADVISORY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>  Relief Defendants. | Civil Action No.<br>1:25-cv-03826-MLB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Austin B. Alexander, an attorney with the law firm of Thompson Hine LLP, hereby enters his appearance for Intervening Plaintiff Bay Point Capital Partners II, LP and requests that copies of all notices, pleadings and other papers filed in the above-captioned matter be served via U.S. Mail or the Court's CM/ECF system upon:

Austin B. Alexander
Thompson Hine LLP
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
austin.alexander@thompsonhine.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda, briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand-delivery, facsimile, telephone, or otherwise.

Respectfully submitted this 5th day of September 2025.

                */s/ Austin B. Alexander*
                Austin B. Alexander
                Georgia Bar No. 926059
                **THOMPSON HINE LLP**
                Two Alliance Center, Suite 1600
                3560 Lenox Road
                Atlanta, Georgia 30326
                Telephone: 404-541-2900
                Facsimile:  404-541-2905
                austin.alexander@thompsonhine.com

                *Counsel for Bay Point Capital Partners II, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court via the CM/ECF system which will provide automatic electronic notification of such filing to all counsel of record.

This 5th day of September 2025.

></center>
*/s/ Austin B. Alexander*
Austin B. Alexander
Georgia Bar No. 926059