# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO BAY POINT CAPITAL PARTNERS II, LP'S MOTION TO INTERVENE

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Case**" or "**Receivership**"), the United States Securities & Exchange Commission

("**SEC**"), and Bay Point Capital Partners II, LP ("**Bay Point**" and collectively with the Receiver and the SEC, the "**Parties**"), by and through the undersigned counsel and with their mutual consent, and hereby: 1) report that the Parties have agreed to extend the time for responses to be filed with regard to the *Bay Point Capital Partners II, LP's Motion to Intervene* [Doc. No. 18] (the "**Intervention Motion**"); and 2) file this *Consent Motion to Extend Time to Respond to Bay Point Capital Partners II, LP's Motion to Intervene* (the "**Motion**") to move this Court to enter an Order, substantially in the form as the order attached as **Exhibit A** hereto, extending the time to respond to the Intervention Motion. In support thereof, the Parties state as follows:

1. The Intervention Motion was filed on September 4, 2025, and the current deadline for the filing of responses to the Intervention Motion is September 18, 2025.

2. Under Federal Rule of Civil Procedure 6(b), the Court may for good cause extend the time to perform any act if a request is made before the original time expires.

3. Prior to the deadline for the filing of responses to the Intervention Motion, the Parties stipulated and agreed that the time for filing a response to the Intervention Motion shall be extended to through and including September 30, 2025,

such that the Receiver and the SEC shall have to and through September 30, 2025 to file a response to the Intervention.

4. This is the first extension of time requested by the Parties with regard to the period for filing a response to the Intervention Motion. Except as otherwise expressly provided herein, nothing contained herein shall be deemed or construed as a waiver of any rights that the Parties may have to seek further extensions or any rights of other parties in interest to oppose such requests.

5. Based on the foregoing, good cause exists for the relief requested in this Motion.

**WHEREFORE**, the Parties request that: 1) the Motion be granted; 2) the time for filing a response to the Intervention Motion shall be extended to through and including September 30, 2025 such that the Receiver and the SEC may have to, through and including September 30, 2025 to file a response to the Intervention Motion; 3) the Court enter an Order in substantially the form as **Exhibit "A"**

attached hereto; and 4) the Court grant such other and further relief as is just and proper.

Respectfully submitted this 16th day of September, 2025.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com; Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
*Counsel for Receiver*
UNITED STATES SECURITIES & EXCHANGE COMMISSION

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
404-842-7622
Georgia Bar No. 457868
loomism@sec.gov
Kristin W. Murnahan
Senior Trial Counsel
404-842-7655
Georgia Bar No. 759054
murnahank@sec.gov
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
United States Securities & Exchange Commission

**And**

*CONSENT SIGNATURES CONTINUED*

THOMPSON HINE LLP

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson
Georgia Bar No. 241352
Austin B. Alexander
Georgia Bar No. 926059
THOMPSON HINE LLP
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
*alexandra.nelson@thompsonhine.com*
*austin.alexander@thompsonhine.com*
*Attorneys for Bay Point Capital Partners II, LP*

# EXHIBIT A
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

**CONSENT ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO BAY POINT CAPITAL PARTNERS II, LP'S MOTION TO INTERVENE**

This matter came before the Court on the *Consent Motion to Extend Time to Respond to Bay Point Capital Partners II, LP's Motion to Intervene* (the "**Motion**") that was filed by S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned

case (the **"Case"** or **"Receivership"**), the United States Securities & Exchange Commission (**"SEC"**), and Bay Point Capital Partners II, LP (**"Bay Point"** and collectively with the Receiver and the SEC, the **"Parties"**) to request that the time for filing a response to *Bay Point Capital Partners II, LP's Motion to Intervene* [Doc. No. 18] (the **"Intervention Motion"**) be extended to and through September 30, 2025. The Parties having consented to the entry of this Order and the relief set forth herein as evidenced by the signatures of their counsel of record and the Motion having been read and considered and good and sufficient cause appearing for the relief granted herein, it is hereby:

**ORDERED** that the Motion is GRANTED such that the time for filing a response to the Intervention Motion is hereby extended to through and including September 30, 2025, such that the Receiver and the SEC shall have to through and including September 30, 2025 to file a response to the Intervention Motion; and it is

**FURTHER ORDERED** that except as otherwise expressly provided herein or in the Motion, nothing contained herein shall be deemed or construed as a waiver of any legal or factual position or contention of any of the Parties or shall limit any right of the Parties with regard to the Intervention Motion; and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this

Order.

**SO ORDERED**, this ___ day of September, 2025.

_____
**MICHAEL L. BROWN**
**UNITED STATES DISTRICT JUDGE**

**PREPARED AND CONSENTED TO BY:**

| | |
|---|---|
| LAW OFFICES OF HENRY F. SEWELL, JR., LLC | THOMPSON HINE LLP |
| */s/ Henry F. Sewell, Jr.* | */s/ Alexandra C. Nelson* |
| Henry F. Sewell, Jr., Esq. | Alexandra C. Nelson |
| Georgia Bar No. 636265 | Georgia Bar No. 241352 |
| hsewell@sewellfirm.com | Austin B. Alexander |
| Buckhead Centre | Georgia Bar No. 926059 |
| 2964 Peachtree Road NW, Suite 55 | THOMPSON HINE LLP |
| Atlanta, GA 30305 | Two Alliance Center, Suite 1600 |
| Phone: (404) 926-0053 | 3560 Lenox Road |
| *Counsel for Receiver* | Atlanta, Georgia 30326 |
| | Telephone: 404-541-2900 |
| | Facsimile: 404-541-2905 |
| | alexandra.nelson@thompsonhine.com |
| | austin.alexander@thompsonhine.com |
| | *Attorneys for Bay Point Capital Partners II, LP* |

***CONSENT SIGNTURES CONTINUED***

UNITED STATES SECURITIES & EXCHANGE COMMISSION

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
404-842-7622
Georgia Bar No. 457868
loomism@sec.gov
Kristin W. Murnahan
Senior Trial Counsel
404-842-7655
Georgia Bar No. 759054
murnahank@sec.gov
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
United States Securities & Exchange Commission

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on the date set forth below I electronically filed the foregoing *Consent Motion to Extend Time to Respond to Bay Point Capital Partners II, LP's Motion to Intervene* with the Clerk of Court using the CM/ECF System, which served a copy of same on all the parties. I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: September 17, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com