## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, FIRST NATIONAL INVESTMENTS | : | |
| LLC, MYHEALTHAI CAPITAL LLC, | : | |
| THE LEGACY ADVISORY GROUP INC., | : | |
| and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## CONSENT ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO BAY POINT CAPITAL PARTNERS II, LP'S MOTION TO INTERVENE

This matter came before the Court on the *Consent Motion to Extend Time to Respond to Bay Point Capital Partners II, LP's Motion to Intervene* (the "**Motion**") that was filed by S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned

case (the "**Case**" or "**Receivership**"), the United States Securities & Exchange Commission ("**SEC**"), and Bay Point Capital Partners II, LP ("**Bay Point**" and collectively with the Receiver and the SEC, the "**Parties**") to request that the time for filing a response to *Bay Point Capital Partners II, LP's Motion to Intervene* [Doc. No. 18] (the "**Intervention Motion**") be extended to and through September 30, 2025. The Parties having consented to the entry of this Order and the relief set forth herein as evidenced by the signatures of their counsel of record and the Motion having been read and considered and good and sufficient cause appearing for the relief granted herein, it is hereby:

**ORDERED** that the Motion is GRANTED such that the time for filing a response to the Intervention Motion is hereby extended to through and including September 30, 2025, such that the Receiver and the SEC shall have to through and including September 30, 2025 to file a response to the Intervention Motion; and it is

**FURTHER ORDERED** that except as otherwise expressly provided herein or in the Motion, nothing contained herein shall be deemed or construed as a waiver of any legal or factual position or contention of any of the Parties or shall limit any right of the Parties with regard to the Intervention Motion; and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this

Order.

**SO ORDERED** this 18th day of September, 2025.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE