# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action File No. 1:25-cv-3826-MLB |
| v. | : : : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : : : : | |
| Defendants, and | : : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : : : : : : | |
| Relief Defendants. | : | |

## NOTICE OF SUPPLEMENT TO UNOPPOSED MOTION BY RECEIVER FOR: 1) AUTHORIZATION TO EMPLOY AUCTIONEER; AND 2) <u>APPROVAL OF SALE OF RECEIVERSHIP ASSETS</u>

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Case**" or "**Receivership**"), hereby files this *Notice of Supplement to Unopposed Motion by Receiver for: 1) Authorization to Employ Auctioneer; and 2) Approval of*

*Sale of Receivership Assets* to supplement the *Unopposed Motion by Receiver for: 1) Authorization to Employ Auctioneer; and 2) Approval of Sale of Receivership Assets* [Doc. No. 23] (the **"Motion"**) by adding a **2021 Cadillac Escalade ESV** surrendered to the Receiver by Defendant Frost to the list of Additional Vehicles defined in paragraph 4 of the Motion such that this vehicle is included within the defined term "**Additional Vehicles**" for the purposes of the Motion and any resulting order.

WHEREFORE, the Receiver respectfully requests that this Court grant: (1) the Motion; and (2) grant the Receiver such additional relief as may be just and proper.

Dated: September 26, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record in this case.

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: September 26, 2025.

                Respectfully submitted,

                LAW OFFICES OF HENRY F. SEWELL JR., LLC

                ***/s/ Henry F. Sewell, Jr.***
                Henry F. Sewell, Jr.
                Georgia Bar No. 636265
                Buckhead Centre
                2964 Peachtree Road NW, Suite 555
                Atlanta, GA 30305
                (404) 926-0053
                hsewell@sewellfirm.com
                COUNSEL FOR THE RECEIVER