UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC,<br>THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No.<br>1:25-cv-03826-MLB |

## DECLARATION OF TIFFANY KUNKLE

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.     I am a Senior Accountant in the Enforcement Division of the United States Securities and Exchange Commission (the "Commission"). I have been licensed by the State of Georgia as a CPA since 2003. I am over eighteen years of age and am competent to make this declaration.

2. I am the staff accountant who was part of the team assigned to the investigation of possible violations of the securities laws by the Defendants in the above-entitled cause of action, and I submit this declaration in support of the Commission's Opposition to Motion to Intervene.

3. This Declaration is based upon my personal review of the following financial records, including monthly account statements, cancelled checks, deposit records, and wire details for the accounts listed below:

| Account Name | Financial Institution | Account Number | Start Date | End Date |
|---|---|---|---|---|
| First Liberty Building & Loan LLC | Truist | XXXXXXXXXXXX-2663 | May 31, 2018 | May 30, 2025 |
| First Liberty Capital Funding Acct | Truist | XXXXXXXXXXXX-2852 | May 31, 2018 | May 30, 2025 |
| First Liberty Capital Partners LLC | Truist | XXXXXXXXXXXX-5964 | May 31, 2018 | May 30, 2025 |
| First Liberty Capital Partners LLC, First Liberty Notes Acct | Truist | XXXXXXXXX-6642 | June 23, 2024 | May 30, 2025 |
| First National Investments LLC | Truist | XXXXXXXXXXXX-0003 | May 31, 2018 | May 30, 2025 |
| MyHealthAI Capital LLC | Truist | XXXXXXXXX-2742 | September 21, 2023 | May 30, 2025 |
| The Legacy Advisory Group Inc. | Truist | XXXXXXXXX-0746 | December 26, 2022 | May 30, 2025 |
| The Liberty Group LLC | Truist | XXXXXXXXXXXX-3854 | May 31, 2018 | May 30, 2025 |

4. The Commission obtained the financial account information detailed in paragraph 3 above from Defendants' counsel.

5. Based on my review of the accounts identified in paragraph 3, I have determined that Bay Point Capital Partners II, LP ("Bay Point") transferred a total of $5,400,000 to the First Liberty Capital Funding Account. The first transfer of $3,000,000 was made on December 21, 2022. The second transfer of $1,000,000 was made on February 10, 2023. The third transfer of $1,400,000 was made on May 15, 2023.

6. Based on my review of the accounts identified in paragraph 3, I have determined that, between 2023 and 2024, Bay Point received $2,027,288.53 from First Liberty.

7. As of the date of this declaration, the Commission is still waiting on additional information about First Liberty's financial transactions in 2025, so I am unable to determine how much Bay Point received in 2025. Based on the participation agreements between Bay Point and First Liberty, Bay Point should have received an additional $360,000 in interest payments in 2025, making the total amount that Bay Point received before First Liberty ceased operations $2,387,288.53, which amounts to 44.2% of Bay Point's principal investment with First Liberty.

8. During this litigation, the Commission has received documents from several sources. Included in those documents are email correspondence between First Liberty and investors, including Bay Point. I have reviewed some of that correspondence and it shows that Bay Point negotiated changes to some of the terms in First Liberty's standard loan participation agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 29, 2025

*Tiffany Kunkle*
_____
Tiffany Kunkle