FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT - 1 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| *IN RE* STAY OF CIVIL PROCEEDINGS IN WHICH THE UNITED STATES IS A PARTY IN LIGHT OF LAPSE OF APPROPRIATIONS | **ADMINISTRATIVE ORDER 25-01** |

### ADMINISTRATIVE ORDER STAYING CIVIL LITIGATION IN WHICH THE UNITED STATES IS A PARTY IN LIGHT OF LAPSE OF APPROPRIATIONS

WHEREAS federal funding for certain functions of the United States of America lapsed at midnight on October 1, 2025,

WHEREAS since that time, no appropriation bill or continuing resolution has been passed that would restore funding,

WHEREAS attorneys and other employees of the Civil Division of the United States Attorney's Office for the Northern District of Georgia, with limited exceptions, are prohibited from working, even on a voluntary basis, during the lapse of appropriations,

WHEREAS employees of other federal agencies who may have matters before the Court, with limited exceptions, also are prohibited from working, even on a voluntary basis, during the lapse of appropriations, and

WHEREAS the United States Attorney for the Northern District of Georgia, on behalf of the United States, its federal agencies, and its officers and employees, has filed an emergency motion for an administrative order staying all civil

litigation in which the United States, its federal agencies, or its officers and/or employees are named parties, or in which the United States Attorney for the Northern District of Georgia, any Assistant United States Attorney, or any Special Assistant United States Attorney is counsel of record, including any such matter pending before a Magistrate Judge,

IT IS HEREBY ORDERED that all civil litigation in which the United States, its federal agencies, or its officers and/or employees are named parties, or in which the United States Attorney for the Northern District of Georgia, any Assistant United States Attorney, or any Special Assistant United States Attorney is counsel of record, including any such matter pending before a Magistrate Judge, is STAYED until appropriations are restored.

IT IS FURTHER ORDERED that the United States Attorney's Office for the Northern District of Georgia shall notify the Court as soon as Congress has appropriated funds for the U.S. Department of Justice or enacted a continuing resolution.

IT IS FURTHER ORDERED that when appropriations are restored, all deadlines in place as of the date of this Order shall automatically be extended the number of calendar days of the lapse in appropriations plus three calendar days without further order of the Court.

**SO ORDERED** this 1st day of October, 2025.

HON. LEIGH MARTIN MAY
**CHIEF U.S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF GEORGIA**