# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>　　Relief Defendants. | Civil Action File No.<br><br>1:25-cv-3826-MLB |

## MOTION FOR EXPEDITED HEARING ON MOTION FOR LEAVE OF COURT TO INITIATE ACTION AGAINST RECEIVERSHIP ESTATE

COME NOW Movants Riverdawg, LLC ("**Riverdawg**"), No Free, LLC ("**No Free**"), and Holt Knob Holdings, LLC ("**Holt Knob**" and collectively with Riverdawg and No Free, the "**Movants**") and file this *Motion for Expedited Hearing on Motion for Leave of Court to Initiate Action Against Receivership Estate* (the "**Motion for Expedited Hearing**") showing the Court as follows:

1. On July 10, 2025, the Securities and Exchange Commission ("**SEC**") filed a Complaint against First Liberty Capital Partners LLC ("**First Liberty**") and other parties, thereby initiating the above-styled action (the "**Receivership Action**").

2. On July 11, 2025, this Court entered the *Order Appointing Receiver* (Doc. No. 6) (the "**Receivership Order**") *inter alia*: (i) appointing S. Gregory Hays as the Receiver for the estate of First Liberty Building & Loan, LLC, First Liberty Capital Partners LLC, First National Investments LLC, MyHealthAI Capital LLC, The Legacy Advisory Group Inc., and The Liberty Group LLC (the "**Receivership Entities**"), and (ii) staying "all civil legal proceedings of any nature… involving: (a) the Receiver, in his capacity as Receiver; (b) any Receivership Property, wherever located; (c) the Receivership Entities…; or, (d) the Receivership Entities' past or present officers, directors, managers, agents, or general or limited partners…." Receivership Order at 16.

3. On October 16, 2025, Movants filed a *Motion for Leave of Court to Initiate Action Against Receivership Estate* (Doc. No. 29) (the "**Motion for Leave**") pursuant to which Movants seek leave to initiate an action against the Receivership Estate[1] in order to determine any amount due by Movants to Receivership Entities on transactions defined as certain Purported Loans (defined below).

---

[1] Capitalized terms not otherwise defined herein should have the meaning prescribed to the same in the Motion for Leave.

**First Liberty's Purported Loans to Movants**

4. Movants entered into transactions with Receivership Entities which were purportedly styled as loans. Movants do not concede that the transactions were actually bona-fide business loans.

5. The Purported Loans include (i) a Promissory Note in the original principal amount of $250,000.00 executed by No Free and delivered to First Liberty, and a modification to the Promissory Note and Deed to Secure Debt whereby No free intended to modify the Note and Deed to increase the principal amount to $500,000.00 (ii) a Promissory Note in the original principal amount of $700,000.00 executed by Riverdawg and delivered to First Liberty, (iii) a Promissory Note in the original principal amount of $355,000.00 executed by Riverdawg and delivered to First Liberty, and (iv) a Promissory Note in the original principal amount of $3,500,000.00 executed by No Free and delivered to First Liberty (together the "**Purported Loans**").

6. On or about the time of the Purported Loan executed by No Free and delivered to First Liberty, on or about December 19, 2024, Movant Holt Knob executed and delivered a document titled "North Carolina Deed of Trust" (the "**Deed of Trust**") regarding certain originally unidentified property in Macon County, North Carolina. Such Deed of Trust purports to grant certain rights to First Liberty as beneficiary via a Trustee. The recorded Deed of Trust states that Holt Knob, as

Grantor, is indebted to First Liberty in the principal sum of $3,500,000 pursuant to a promissory note of even date therewith. However, no such promissory note exists.

## Relief Requested

7. Movants request the Court hold an expedited hearing on the Motion for Leave. The Movants' goal is to resolve any amount due on the Purported Loans but it is difficult for Movants to satisfy any claims until the issues of the amount, cross collateralization, and Deed of Trust are resolved.

## Argument in Support of Relief Requested

8. As stated in Movants' Motion for Leave, the Movants require prompt resolution as to the amount owed on the Purported Loans as the Deed of Trust places a cloud on the title of the North Carolina Parcel in the midst of ongoing construction.

9. Movants operated in good faith with respect to all their dealings with Receivership Entities. To the extent that the Purported Loans were not actually bona-fide business loans, Movants were acting in good faith and had no knowledge of the nefarious activities of Frost and the Receivership Entities.

10. At the times that Movants conducted the Purported Loans transactions with First Liberty, the Movants had no reason to believe that First Liberty was anything other than a legitimate lender. Movants only later discovered that they were victims of a Ponzi scheme.

11. There is an urgent need for an expedited hearing on the Motion for Leave, as the Deed of Trust places a cloud on the title of the North Carolina Parcel in the midst of ongoing construction on the property. Movants also need resolution of the Receiver's position that the Purported Loans are cross-collateralized.

12. Movants are innocent victims of a Ponzi scheme and seek to resolve the amount due as a result of the Purported Loans and the cross-collateralization of the Purported Loans.

WHEREFORE, Movants respectfully request that this Court hold an expedited hearing on the Motion for Leave on or before October 23, 2025, or that the Movants be granted such other relief as may be just and proper.

RESPECTFULLY SUBMITTED this 16th day of October, 2025.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300
LJones@joneswalden.com
Attorney for Movants

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that on the date below, I electronically filed the foregoing **Motion for Expedited Hearing on Motion for Leave of Court to Initiate Action Against Receivership Estate** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- **Austin Bruce Alexander**  austin.alexander@thompsonhine.com,kelly.thomas@thompsonhine.com,ECFdocket@thompsonhine.com
- **Madison Graham Loomis**  loomism@sec.gov,JeffriesJ@sec.gov, jorjoladzeN@sec.gov,applewhitet@sec.gov
- **Joshua A. Mayes**  jmayes@robbinsfirm.com,jenglish@robbinsfirm.com,
- bboyd@robbinsfirm.com,randerson@robbinsfirm.com,dbutler@robbinsfirm.com,sbacon@robbinsfirm.com
- **Kristin Wilhelm Murnahan**  murnahank@sec.gov,jorjoladzen@sec.gov, applewhitet@sec.gov
- **Alexandra C. Nelson**  alexandra.nelson@thompsonhine.com,tracey.nero@thompsonhine.com,kelly.thomas@thompsonhine.com,dwayne.lunde@thompsonhine.com,ECFDocket@thompsonhine.com
- **Jane Ashley Ravry**  jaravry@robbinsfirm.com,DButler@robbinsfirm.com,
- jenglish@robbinsfirm.com,bboyd@robbinsfirm.com,randerson@robbinsfirm.com,sbacon@robbinsfirm.com
- **Henry Francis Sewell, Jr**  hsewell@sewellfirm.com

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Respectfully submitted this 16th day of October, 2025.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300
LJones@joneswalden.com
Attorney for Movants