IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Securities and Exchange
Commission,

                Plaintiff,

v.

Case No. 1:25-cv-3826-MLB

Edwin Brant Frost IV and First
Liberty Building & Loan, LLC,

                Defendants,
                and

First Liberty Capital Partners
LLC, et al.,

                Relief
                Defendants.
_____/

## **ORDER**

Riverdawg, LLC, No Free, LLC, and Holt Knob Holdings, LLC (collectively, "Movants") filed a Motion for Leave to File Action Against Receivership Estate (Dkt. 29) and Motion to Expedite Hearing (Dkt. 30). While the Court understands Movant's need for clarity and finality regarding the status of its purported loans from and deeds to the

receivership entities, this action is stayed indefinitely due to the government shutdown (Dkt. 27), and the Court will not rule on Movants' motions until the stay is lifted.

Once that happens, Plaintiff Securities and Exchange Commission will have **fourteen (14) days** to respond to Movants' motions. The Court will then expeditiously rule on Movants' motion for leave (Dkt. 29) and/or motion to expedite (Dkt. 30).

**SO ORDERED** this 7th day of November, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE