# Exhibit "L"

LAW OFFICES OF HENRY F. SEWELL, JR., LLC
ATTORNEYS AT LAW

———●•○•●———

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW, Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

***October 17, 2025***

Jerry K. Williams Jr. M.D.
1004 Memorial Lane Suite 200          Via Certified Mail; Return Receipt Requested
Savannah, GA, 31410

No Free, LLC
1004 Memorial Lane Suite 200          Via Certified Mail; Return Receipt Requested
Savannah, GA, 31410
ATTN: Jerry K. Williams Jr. M.D., Managing Member

RiverDawg LLC
1004 Memorial Lane Suite 200          Via Certified Mail; Return Receipt Requested
Savannah, GA, 31410
ATTN: Jerry K. Williams Jr. M.D., Manager

RE:   S. Gregory Hays, Receiver (the "**Receiver**") in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia (the "**Receivership**"); Modification of Promissory Note dated 6/11/24 (the "**NF1 Note**") for loan in the amount of $500,000 to No Free, LLC ("**No Free**" or "**Borrower**"), an entity owned and controlled by Jerry K. Williams Jr. M.D. ("**Dr. Williams**"); Guaranty Agreement dated 6/11/24 (the "**NF1 Guaranty**") by Dr. Williams; RiverDawg LLC ("**RiverDawg**"); Notice of Default, Demand for Payment, and Notice of Intent to Pursue Remedies

Dear No Free, Dr. Williams, and RiverDawg:

This firm represents the Receiver in attempts by the Receiver to recover amounts due to entities subject to the above-captioned Receivership, including, but not limited to, amounts due under the NF1 Note and any related guaranty to First Liberty Capital Partners, LLC ("**First Liberty**"). This notice represents written notice of default under the NF1 Note and the Willaims NF1 Guaranty and demand for payment from No Free and Dr. Williams. In light of the Cross-Default and Cross-Collateralization in paragraph 6 of the NF1 Note for obligations of all entities related to the Borrower by common ownership and/or control, this notice also represents written notice of default for any obligation of all entities related to the Borrower by common ownership and/or control, including, but not limited to, No Free, RiverDawg and Urgent Care 247, LLC ("**Urgent Care**") and demand for payment.

The Receiver is aware that RiverDawg, an entity owned and controlled by Dr. Williams, entered a: 1) Promissory Note dated 09/17/24 (the "**RD1 Note**") related to a loan in the amount of $700,000 that was guaranteed by Dr. Williams and Urgent Care, an entity owned and controlled

Page 2 of 3

by Dr. Williams, (collectively, the "**RD1 Guaranties**"); and 2) Promissory Note dated 12/09/24 (the "**RD2 Note**") related to a loan in the amount of $355,000 that was also guaranteed by Dr. Williams and Urgent Care (collectively, the "**RD2 Guaranties**"). The Receiver further notes that No Free also entered a Promissory Note dated 12/19/24 (the "**NF2 Note**") related to a loan in the amount of $3,500,000 that was guaranteed by Dr. Williams and Urgent Care (collectively, the "**NF2 Guaranties**"). Pursuant to paragraph 6 of the NF1 Note, the default under the NF1 Note constitutes a default under the RD1 Note, RD2 Note, NF2 Note, and any related Deeds to Secure Debt and other loan documents in connection thereto. Notably, paragraph 6 of the RD1 Note, RD2 Note, and NF2 Note all provide a cross-default and cross-collateralization provision.

Pursuant to Paragraph 2 of the NF1 Note, Borrower was required to make a balloon payment on June 10, 2025, the maturity date of the NF1 Note (the "**Maturity Date**"). We are informed and advised that: 1) No Free failed to make the required final balloon payment due under paragraph 2(a) of the NF1 Note by the Maturity Date; 2) pursuant to paragraph 3 of the NF1 Note, the default rate of interest of 24% applies after the Maturity Date and "late charge" of 5% applies if the amount due is not paid within 10 days of the due date; 3) Dr. Williams has failed to satisfy his obligation to pay the outstanding obligations of No Free; and 4) the balance due under the NF1 Note remains unpaid and is $499,624.88 as of October 17, 2025. We are further informed and advised that No Free and Dr. Williams know that the outstanding balance is past due and payable.

Pursuant to Paragraph 5 of the NF1 Note, "Borrower shall provide Lender with quarterly financials and such information as Lender may request from time to time regarding application of loan proceeds and performance under the Loan documents." We are informed and advised that Borrower has failed to provide quarterly financials as required by the NF1 Note. Such failure constitutes an additional default.

Notice is hereby given that: 1) No Free is in default under the terms of the NF1 Note as a result of the failure of No Free to: a) make the required balloon payment by the Maturity Date; and b) provide the required financial information; 2) Dr. Williams is in default under the NF1 Guaranty as a result of the failure of Dr. Williams to pay the outstanding balance due; 3) RiverDawg is in default under the RD1 Note and RD2 Note, No Free is in default under the NF2 Note, and Dr. Williams and Urgent Care are in default under the applicable guaranties incident to the cross-default provisions. The amount due under the NF1 Note, RD1 Note, RD2 Note, and NF2 Note as of October 17, 2025, is $4,407,185.11. Interest and other charges shall continue to accrue and this correspondence shall constitute a formal demand that No Free, RiverDawg and/or the applicable guarantors cure the default(s) by paying the full amount due.

Notice is further given that you have five (5) days from the date of receipt of this notice of monetary default to cure the default. Should the sum of **$4,407,185.11** not be paid to the Receiver within such time period, the Receiver shall exercise its state law rights and remedies to the fullest extent permitted and shall seek to recover all amounts owed, including, as applicable, principal, interest, default interest, attorneys fees and other fees and expenses of collection. You are further advised that no oral communication from or on behalf of this firm, the Receiver, or any other party shall constitute any agreement, commitment, or evidence of any assurance or intention with respect to the subject matter hereof.

Page 3 of 3

The notes and other loan documents related thereto contain provisions relative to the assessment of attorney's fees as part of the debt, in addition to principal, interest, and costs. Pursuant, but not limited to Section 13-1-11 of the Official Code of Georgia, you are hereby notified that it is the intention of the Receiver to enforce these provisions for collection of attorney's fees in addition to principal, interest, and costs due should you default on the payment due under the notes or any other obligations under the loan documents. Accordingly, you may avoid assessment of these attorney's fees as part of the debt by paying the principal, interest, and collection costs in full before the expiration of five (5) days from this Notice.

Please be advised that any previous indulgences granted or failure by First Liberty to exercise its right of accelerating the maturity of the debt is in no event to be considered as a waiver or estoppel of such right of acceleration. Please consider this letter as formal irrevocable notice that the Receiver intends to enforce the notes and all loan documents in strict compliance and in accordance with their terms.

The Receiver reserves all rights and remedies with regard to this matter. Nothing contained in this letter shall be construed as a modification or waiver of any rights or remedies that the Receiver may have, all of which are expressly reserved in full. The Receiver will not forbear from exercising any of its rights and remedies as it deems necessary; rather, the specific intent of the Receiver to exercise promptly any and all rights and remedies, whether at law or in equity, that the Receiver deems necessary to protect the interests of the Receivership.

Thank you for your attention to this letter.

**Please be governed accordingly**


       Law Offices of Henry F. Sewell, Jr. LLC

       By:     _/s/ Henry F. Sewell, Jr._

       Henry F. Sewell, Jr.
       Counsel for S. Gregory Hays, Receiver


Cc:    Leon Strickland Jones, Esq., sent electronically to ljones@joneswalden.com
         S. Gregory Hays, sent electronically to ghays@haysconsulting.net