## *Appendix A*

**Reserved Claims To Be Determined Later**

Movants have certain claims which are not asserted in this Motion at this time ("**Reserved Claims**"). The Reserved Claims will need to be adjudicated before any liabilities between Movants and the Receiver may be fixed. The Movants reserve their rights as to the Reserved Claims. The Reserved Claims include but are not limited to the following:

(a) Movants require a judicial determination and declaration as to the nature of the Loans and the parties' rights and duties thereunder. Movants request that the Receiver be stayed from enforcing the debt against Movants until such a determination as to the amount due is reached.

(b) Movants require a judicial determination and declaration that the Receiver is not entitled to collect interest, late fees, origination fees or any other charges under the Loans because the Loans are part of First Liberty's fraudulent scheme. Specifically, for example and without limitation, Movants seek a judicial determination and declaration that the Receiver is not entitled to collect interest on non-existent interest reserve(s) under the Loans (which interest reserves were never funded by First Liberty).

(c)     Movants require a judicial determination and declaration that the interest should be equitably tolled because the Receiver did not establish proper payoff procedures.

(d)     Movants require a judicial determination and declaration as to any amount that each Movant is obligated to pay First Liberty.

(e)     To the extent that the Court finds that any Movant is indebted to First Liberty under the Loans, such Movant requires the exercise of the equitable right of recoupment to deduct any debt such Movant owes to First Liberty from the claims that such Movant asserts herein. Such claims arise from the same transaction(s) as any debt owed by such Movants to First Liberty under the Loans.

(f)     Frost and the Receivership Entities made misrepresentations regarding the source of the funds by omitting to disclose that the funds were illegally obtained as part and parcel of a Ponzi scheme. The false representations, lies, and omissions by Frost and the Receivership Entities to Movants induced Movants: (a) to enter into the transactions as purported borrowers and/or grantors, and (b) to obtain funds from the Receivership Entities. Frost and the Receivership Entities knowingly made these misrepresentations to Movants in an effort to induce Movants to become indebted to First Liberty and perpetuate the fraudulent scheme. Movants justifiably relied on the misrepresentations of Frost and the Receivership Entities to Movants' detriment.

Movants are entitled to recover damages as allowed by law as a result of such breach of duties and fraud.

(g)   The Receivership Entities showed willful misconduct, malice, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences. The foregoing acts were done with the intent to deceive and injure Movants along with other investors of First Liberty. Through the foregoing acts, the Receivership Entities have defrauded Movants.