# EXHIBIT A
## (Proposed Order)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. 1:25-cv-3826-MLB |
| | : | |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## ORDER GRANTING MOTION BY RECEIVER FOR: 1) AUTHORIZATION TO EMPLOY AUCTIONEER; AND 2) APPROVAL OF SALE OF RECEIVERSHIP ASSETS

This matter came before the Court on the *Unopposed Motion by Receiver for: 1) Authorization to Employ Auctioneer; and 2) Approval of Sale of Receivership Assets* (Dkt. 23) (the "**Motion**") that was filed by S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") in the above-captioned

case to employ Bullseye Auction & Appraisal, LLC ("**Bullseye**" or "**Auctioneer**") to auction certain property of the Receivership as identified by the Receiver and to sell certain Receivership Assets via public auction(s).[1] More specifically, the Motion seeks to sell an Aston Martin (the "**Aston Martin**"), a building that served as the offices of First Liberty located at 14 Greenville St, Newnan, GA 30263 (the "**Newnan Office**"), the Additional Vehicles (as defined in the Motion), and other Receivership Assets identified by the Receiver as appropriate to be auctioned for the benefit of the Receivership (the "**Other Property**").

The Plaintiff in this Case, the United States Securities and Exchange Commission, does not oppose the relief sought in the Motion and the Defendants have not filed any opposition to the Motion.

Having considered the Motion the arguments set forth therein, and the record in this case, this Court finds that:

1. This Court has jurisdiction over the subject matter of this case and there is good cause to believe it has jurisdiction over the parties.

2. This Court is the proper venue for this case.

3. The Receiver was appointed in the Appointment Order.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

4. The Motion requests authority to employ Bullseye as Auctioneer and sell the Aston Martin, Newnan Office, the Additional Vehicles, and Other Property via public auction(s) operated by Bullseye.

5. Public auction(s) of the Aston Martin, Newnan Office, the Additional Vehicles and Other Property pursuant to the terms and conditions set forth in the Motion is just and proper under the circumstances of this case and is necessary for the Receiver to discharge the duties and obligations assigned to the Receiver by this Court.

6. The Receiver has or will comply with the requirements necessary for a public auction of the Aston Martin, Newnan Office, the Additional Vehicles and Other Property.

7. The Motion was served upon Defendants at their last known address and all parties who have appeared in this case.

8. There is note in the approximate amount of $165,000 on the Newnan Office and potentially other liens on the Other Property. Valid liens shall be paid from the proceeds of the sale of the particular property subject to a particular lien. The Receiver shall give notice to all lien lienholders known to the Receiver of the Aston Martin, Newnan Office, and Other Property.

9. No opposition to the Motion has been filed.

10. Due and adequate notice of the Motion has been provided to the Defendants and no other or further notice or opportunity for a hearing is necessary or required under the circumstances of this case.

ACCORDINGLY, having determined that the relief requested in the Motion is just and proper; and based upon the Motion and all of the proceedings before this Court and after due deliberation and finding that cause exists to grant the Motion and no objection the Motion having been filed, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Receiver is authorized to retain and engage Bullseye as Auctioneer to assist the Receiver in fulfilling the duties of the Receiver under the Appointment Order and any other orders of this Court; and it is further

ORDERED that, in accordance with the Appointment Order, Bullseye shall be compensated for such services and reimbursed for the reasonable expenses and costs incurred in providing such services as set forth in the Motion; and it is further

ORDERED, that the Court authorizes the Receiver to: 1) sell the Aston Martin, Newnan Office, the Additional Vehicles and Other Property via public auction(s); 2) consummate the transactions and agreements contemplated in the Motion; 3) retain and engage the Auctioneer to sell the Aston Martin, Newnan Office, the Additional Vehicles and Other Property; and 4) take all actions necessary

to effectuate and close a sale of the Aston Martin, Newnan Office, the Additional Vehicles, and Other Property and to execute and deliver such other and further documents as may be required to fully effectuate and close a sale of the Aston Martin, Newnan Office, Additional Vehicles, and Other Property; and it is

FURTHER ORDERED that the Auctioneer is authorized to retain from the proceeds of the sale of the Aston Martin, Newnan Office, the Additional Vehicles and Other Property the fees and expenses due to the Auctioneer and shall remit the remaining proceeds to the Receiver for the benefit of the Receivership; and it is

FURTHER ORDERED, after payment of fees and expenses due to the Auctioneer or otherwise related to the sale(s) of the Aston Martin, Newnan Office, the Additional Vehicles and Other Property and payment of all valid liens from the proceeds of the sale(s) of the particular property subject to a particular lien, the net proceeds from the sale(s) of the Aston Martin, Newnan Office, the Additional Vehicles and Other Property will be held by the Receiver pending further order of this Court; and it is

FINALLY ORDERED, that within ten (10) days of the closing of the sale(s) authorized herein, the Receiver shall file a Report of Sale with this Court reporting to this Court all amounts received, disbursed and held by the Receiver in connection with such sale; and it is

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

SO ORDERED this 20th day of November, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE