UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action File No. 1:25-cv-3826-MLB |
| v. | : : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : : : : | |
| Defendants, and | : : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : : : : : : | |
| Relief Defendants. | : | |

**UNOPPOSED SECOND MOTION BY RECEIVER FOR EXTENSION OF DEADLINES TO FILE: 1) SWORN STATEMENT AND ACCOUNTING; AND 2) LIQUIDATION PLAN**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Case**" or "**Receivership**"), through undersigned counsel, hereby respectfully moves this Court, for an extension of the deadlines to file the: 1) sworn statement

1

and accounting; and 2) liquidation plan required under the Appointment Order, and in support thereof states as follows:

1. Pursuant to paragraph 9 of the Appointment Order, the Receiver is required to file with this Court, within ninety (90) days of the Appointment Order (October 9, 2025), a sworn statement and accounting covering the period from January 1, 2014, to the present. The required sworn statement and accounting must identify all Receivership Property (as defined in the Appointment Order), including securities, funds, real estate, and other assets, every bank or financial account used, held, or controlled by the Receivership Entities (as defined in the Appointment Order), all significant expenditures and asset transfers, and a comprehensive list of all investors, the funds they transferred, and the securities they purchased.

2. Pursuant to paragraph 53 of the Appointment Order, the Receiver is required to file with this Court, within ninety (90) days of the Appointment Order (October 9, 2025), a liquidation plan for fair, reasonable, and efficient recovery and liquidation of all remaining, recovered, and recoverable Receivership Property. This Court previously extended such deadline to December 8, 2025.

3. On October 6, 2025, the Receiver filed his First Unopposed *Motion For Extension Of Deadlines To File: 1) Sworn Statement And Accounting; And 2) Liquidation Plan* (Doc. No. 28). In this First Motion, the Receiver requested that

each deadline be extended to and through December 8, 2025. This Motion was granted on October 6, 2025. This is the Receiver's second request for an extension of these deadlines.

4. As explained in the Receiver's First Status Report [Doc. No. 14] and the Receiver's First Quarterly Report [Doc. No. 32], the Receiver has made substantial progress in fulfilling the duties of the Receiver under the Appointment Order. As noted therein, the Receiver has confirmed that the Receivership Entities did not manage their finances or maintain financial records in a readily usable manner. The Receiver continues to organize these records as well as obtaining information from third parties, such as banks, lawyers and public records to understand the operations and transactions of the Receivership Entities with various third parties, insiders and affiliates. In particular, the Receiver has only recently received the ACH transfer data for the First Liberty Bank Accounts at Truist Bank. This information is voluminous and the Receiver has been unable to confirm whether he has all of this data in order to complete the account reconstruction for the First Liberty accounts. The Receiver anticipates that this process will take several more weeks to complete.

5. The Receiver and the forensic accountant of the Receiver will largely rely on the forensic reconstruction in preparing the sworn statement and accounting

and liquidation plan required by the Appointment Order. Therefore, to ensure the accuracy and completeness of the sworn statement and accounting and liquidation plan, it is necessary that the reconstruction be substantially completed.

6. As such, the Receiver seeks an additional 60 days to prepare and file the required sworn statement and accounting and liquidation plan up to and including Friday, February 6, 2026. The Receiver will update the Court in the event that the current timeline changes.

7. The requested extension will not prejudice any party to this action and will allow the Receiver to comply fully with the directives of this Court.

**WHEREFORE**, the Receiver respectfully requests that this Court grant: (i) an extension of time for the Receiver to file the sworn statement and accounting and distribution plan required by the Appointment Order, up to and including Friday, February 6, 2026; and (ii) the Receiver such further relief as this Court deems just and proper.

**CERTIFICATION OF CONFERENCE**

The undersigned counsel certifies that on November 21, 2025, the Receiver conferred with counsel for the SEC regarding the relief requested herein and such counsel informed undersigned counsel that they have no opposition to the requested relief.

Respectfully submitted this 21st day of November, 2025.

>LAW OFFICES OF HENRY F. SEWELL JR., LLC
>
>*/s/ Henry F. Sewell, Jr.*
>Henry F. Sewell, Jr.
>Georgia Bar No. 636265
>Counsel for the Receiver
>Law Offices of Henry F. Sewell, Jr.
>Buckhead Centre
>2964 Peachtree Road NW, Suite 555
>Atlanta, GA 30305
>(404) 926-0053
>hsewell@sewellfirm.com

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on this day I electronically filed the foregoing *UNOPPOSED SECOND MOTION BY FOR EXTENSION OF DEADLINES TO FILE: 1) SWORN STATEMENT AND ACCOUNTING; AND 2) LIQUIDATION PLAN* using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: November 21, 2025.

                              LAW OFFICES OF HENRY F. SEWELL JR., LLC

                              */s/ Henry F. Sewell, Jr.*
                              Henry F. Sewell, Jr.
                              Georgia Bar No. 636265
                              Counsel for the Receiver
                              Law Offices of Henry F. Sewell, Jr.
                              Buckhead Centre
                              2964 Peachtree Road NW, Suite 555
                              Atlanta, GA 30305
                              (404) 926-0053
                              hsewell@sewellfirm.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| **EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,** | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,** | : | |
| | : | |
| Relief Defendants. | : | |

## ORDER GRANTING UNOPPOSED SECOND MOTION BY RECEIVER FOR EXTENSION OF DEADLINES TO FILE SWORN STATEMENT AND ACCOUNTING AND LIQUIDATION PLAN

THIS CAUSE came before the Court upon the *Unopposed Second Motion by Receiver for Extension of Deadlines to File: 1) Sworn Statement and Accounting; and 2) Liquidation Plan* [ECF No. ___] (the "**Motion**"). The Court, having considered the Motion, and, being otherwise fully advised in the premises, it is **ORDERED** as follows:

1

1. The Motion is **GRANTED**.

2. The Receiver shall have up to and including Friday, February 6, 2026, to file the sworn statement and accounting and plan of liquidation of the Receiver required under the Order Appointing Receiver [ECF No. 6].

**DONE AND ORDERED** in the Northern District of Georgia, this _____ day of _____ , 2025.

_____
MICHAEL L. BROWN
U.S. DISTRICT COURT JUDGE

Copies to: Counsel of Record