# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Relief Defendants. | : | |

## NOTICE OF FILING OF PROPOSED ORDER

S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**") in the above-captioned Receivership, by and through counsel, hereby files this *Notice of Filing of Proposed Order* to file the proposed order attached as **Exhibit A** hereto related to the *Unopposed Initial Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Professionals of the Receiver* [Doc. No. 37] (the "**Application**").

Dated: November 21, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

<u>CERTIFICATE OF SERVICE, FONT AND MARGINS</u>

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: November 21, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | **Civil Action File No.** |
| | : | **1:25-cv-3826-MLB** |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## ORDER GRANTING UNOPPOSED INITIAL INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND PROFESSIONALS OF THE <u>RECEIVER</u>

This matter came before the Court upon the *Unopposed Initial Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Professionals of the Receiver* [Doc. No. 37] (the "**Application**") that was filed by S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**") in the above-captioned Securities and Exchange Commission ("**SEC**") enforcement action

seeking approval and authorization to pay fees and costs that the Receiver and the professionals of the Receiver incurred from July 11, 2025, through September 30, 2025 (the "**Application Period**") from funds held by the receivership estate (the "**Estate**"). The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is **ORDERED** as follows:

1.      The Application is **GRANTED.**

2.      The total amount of fees and costs that the Receiver incurred for the work performed fulfilling the duties of the Receiver during the Application Period in the amount of $129,561.86 (including $129,456.00 in fees and $105.86 in costs) is hereby **APPROVED.**

3.      The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to the Receiver the amount of $103,670.66 (including $103,564.80 in fees (80% of $129,456.00) and $105.86 in costs) for the work performed fulfilling the Receiver's duties during the Application Period.

4.      The total amount of fees and costs that the Receiver's Counsel, the Law

Offices of Henry F. Sewell, Jr. LLC ("**HFS**"), incurred for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $111,024.72 (including $108,070.50 in fees and $2,954.22 of costs) is hereby APPROVED.

5.   The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to HFS the amount of $89,410.62 (including $86,456.40 in fees (80% of $108,070.50) and $2,954.22 in costs) for the work performed assisting the Receiver to fulfill his duties during the Application Period.

6.   The total amount of fees and costs that the Receiver's Forensic Accountant, Hays Financial Consulting, LLC ("**HFC**"), incurred for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $138,173.62 (including $137,289.00 in fees and $884.62 in costs) is hereby APPROVED.

7.   The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to HFC the amount of $110,715.82 (including $109,831.2 in fees (80% of $137,289.00) and $884.62 in costs) for the work performed assisting the Receiver to fulfill his duties during the Application Period.

8.   The total amount of fees and costs that Stretto, Inc. ("**Stretto**"), incurred for the work performed assisting the Receiver to fulfill his duties during the

Application Period in the amount of $7,340.72 is hereby APPROVED.

9.      The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to Stretto the amount of $7,340.72 for the work performed assisting the Receiver to fulfill his duties during the Application Period.

10.     The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of his duties in this matter and/or final disbursement of funds held by the Estate

**SO ORDERED**, this _____ day of November, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT COURT JUDGE

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC
*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*