UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  :  :  :<br>  Plaintiff,  :  :<br>  v.  :  :<br>EDWIN BRANT FROST IV and  :<br>FIRST LIBERTY BUILDING & LOAN, LLC, :  :<br>  Defendants, and  :  :<br>FIRST LIBERTY CAPITAL PARTNERS  :<br>LLC, FIRST NATIONAL INVESTMENTS  :<br>LLC, MYHEALTHAI CAPITAL LLC,  :<br>THE LEGACY ADVISORY GROUP INC.,  :<br>and THE LIBERTY GROUP LLC,  :  :<br>  Relief Defendants.  : | Civil Action File No.<br>1:25-cv-3826-MLB |

**ORDER GRANTING UNOPPOSED SECOND MOTION BY RECEIVER
FOR EXTENSION OF DEADLINES TO FILE SWORN STATEMENT AND
<u>ACCOUNTING AND LIQUIDATION PLAN</u>**

THIS CAUSE came before the Court upon the *Unopposed Second Motion by Receiver for Extension of Deadlines to File: 1) Sworn Statement and Accounting; and 2) Liquidation Plan* [ECF No. __39__] (the "**Motion**"). The Court, having considered the Motion, and, being otherwise fully advised in the premises, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Receiver shall have up to and including Friday, February 6, 2026, to file the sworn statement and accounting and plan of liquidation of the Receiver required under the Order Appointing Receiver [ECF No. 6].

**SO ORDERED** this 24th day of November, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE