# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC,<br>THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No.<br>1:25-cv-03826-MLB |

## RESPONSE TO MOTIONS FOR LEAVE TO INITIATE ACTION AND TO EXPEDITE AND AMENDED MOTION TO ESTABLISH SUMMARY PROCEEDINGS

It is undisputed that Movants Riverdawg, LLC ("Riverdawg"), No Free, LLC("No Free"), and Holt Knob Holdings, LLC ("Holt Knob" and collectively with Riverdawg and No Free, the "Movants") received substantial loans from funds that Defendants raised from investors and that those loans have outstanding balances. It is also clear from the motions filed by the Movants and the responses

filed by the Receiver that there is a dispute regarding whether the loans issued by the Defendants to the Movants are cross-collateralized.  The Commission takes no position, at this time, on the merits of either the Receiver's position or the Movants' position on the issue of cross-collateralization.  The Commission, however, does object to the Movant's motions to the extent that the Movants ask this Court to prioritize the resolution of all matters relating to their loans over all other aspects of Receivership business.  The fact that the Movants desire to refinance their loans is not a legitimate basis for prioritizing the Movants at the expense of harmed investors.

Instead, the Commission joins with the Receiver and requests that the Court deny the motions and permit the Receiver to propose a procedure to resolve the Movants' claims once Commonwealth Land Title Insurance Company ("Commonwealth") has appointed counsel to defend any claims that are covered by the insurance policy it has issued.  The requested relief will ensure that the Receiver's position vis-à-vis Commonwealth is protected, which is of paramount importance to harmed investors.  To the extent that Commonwealth will defend the claims asserted by the Movants, waiting to resolve the pending motions until counsel has been appointed by Commonwealth will conserve receivership assets.  Any harm incurred by the Movants from the delay while this determination is made will be minimal when compared to the potential harm to investors if the Receiver

were required to use receivership assets to protect its interests or if actions taken by the Receiver in response to the motions were deemed as a waiver or impairment of coverage.  For these reasons, the Commission respectfully requests that the Court deny the motions and allow the Receiver to propose a procedure to resolve the issues raised by the Movants after counsel for Commonwealth has been appointed.
Dated:  November 28, 2025.

        Respectfully submitted,

        */s/ Kristin W. Murnahan*
        Kristin Murnahan
        Senior Trial Counsel
        Georgia Bar No. 759054
        Email:  murnahank@sec.gov

        M. Graham Loomis
        Supervisory Trial Counsel
        Georgia Bar No. 457868
        loomism@sec.gov

        Attorneys for Plaintiff
        Securities and Exchange Commission
        950 East Paces Ferry Road, NE, Suite 900
        Atlanta, GA 30326
        Tel:(404) 842-7600
        Tel:(404)-842-7666

## **CERTIFICATION OF COMPLIANCE**

      This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 (B).

      */s/ Kristin W. Murnahan*
      Kristin W. Murnahan

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

This 28th day of November 2025.

*/s/ Kristin W. Murnahan*
Kristin W. Murnahan
