# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) ) |
| Defendants, and, | ) ) Civil Action File No. ) 1:25-cv-03826- MLB |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | ) ) ) ) ) ) ) ) ) |
| Relief Defendants. | ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(D)(1) for the Northern District of Georgia, Brooke W. Gram and Katherine K. Carey of the law firm of Balch & Bingham LLP hereby enter their appearance in the above-captioned matter as counsel for the Receiver of First Liberty Building & Loan, LLC (the "Receiver"). Ms. Gram and Ms. Carey's representation of the Receiver in this action is limited to the potential claims of Holt Knob Holdings, LLC, No Free, LLC, and Riverdawg, LLC ("Movants") as to the legal description issues related to the North Carolina Deed of Trust recorded at Macon County, North Carolina Record Book CRP N-43, Pages

2363–2369, and validity of the same, which Movants raised in their Motion for Leave to Initiate Action Against the Receivership Estate [Doc. 29] and other filings. Notices and other materials may be sent to:

Brooke W. Gram
Katherine K. Carey
**Balch & Bingham LLP**
30 Ivan Allen Jr. Blvd., NW, Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
Email: bgram@balch.com
Email: kcarey@balch.com

Respectfully submitted this 3rd day of December, 2025.

*/s/ Brooke W. Gram*
Brooke W. Gram
Georgia Bar No. 810901
Katherine K. Carey
Georgia Bar No. 475454
Balch & Bingham LLP
30 Ivan Allen, Jr. Boulevard, N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
E-mail: bgram@balch.com
E-mail: kcarey@balch.com

*Attorneys for the Receiver of First Liberty Building & Loan, LLC*

**CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 3rd day of December, 2025.

>*/s/ Brooke W. Gram*
>Brooke W. Gram
>Georgia Bar No. 810901

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

*/s/ Brooke W. Gram*
Brooke W. Gram
Georgia Bar No. 810901
