IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Securities and Exchange
Commission,

                Plaintiff,     Case No. 1:25-cv-3826-MLB

v.

Edwin Brant Frost IV and First
Liberty Building & Loan LLC,

                Defendants,
                and

First Liberty Capital Partners
LLC, et al.,

                Relief
                Defendants.
_____/

# **ORDER**

There are three motions pending before the Court seeking, in one way or another, to bring claims against the Receivership Entities.[1] (Dkts.

---

[1] As defined in the Order Appointing Receiver (Dkt. 6), the Receivership Entities are: First Liberty Building & Loan, LLC, First Liberty Capital Partners LLC, First National Investments LLC, MyHealthAI Capital LLC, The Legacy Advisory Group Inc., and The Liberty Group LLC.

18, 29, 44.) Nine parties (collectively, "Movants") request to intervene in the SEC's action against the Receivership Entities (Dkt. 18) or seek leave to initiate an action against the Receivership Estate.[2] (Dkts. 29, 44.) The Court anticipates others may follow suit.

S. Gregory Hays, as Court-appointed Receiver, and Plaintiff Securities and Exchange Commission (SEC) oppose two of the motions, (Dkts. 18, 29), and (likely) will oppose the third (Dkt. 44). Given certain common issues underlying the three pending motions and the parties' need for clarity as to how third parties may enter this action, the Court **SETS** a hearing for December 15, 2025, at 10:00 a.m., in Courtroom 1906, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. At this hearing, the Court, Receiver, SEC, Movants, and any other interested parties will discuss procedures for litigating third-party claims against the Receivership Estate. The Receiver must come prepared to propose a procedure for litigating third-party claims in a

---

[2] Bay Point Capital Partners II, LP seeks to intervene in the case. (Dkt. 18.) No Free, LLC; Riverdawg, LLC; and Holt Knob Holdings, LLC seek leave to initiate an action against the Receivership Estate. (Dkt. 29.) David Pike, Christie Pike, Full Circle LLC, Timeless Acquisitions LLC, and David Pike II also seek leave to do the same. (Dkt. 44.)

2

manner that permits their fair adjudication, conserves receivership assets, and avoids prejudicing the SEC's interests or other aspects of the Receivership's business. Any procedure the Court adopts at the hearing may apply to future third-party claims against the Receivership Estate. Accordingly, any interested party may attend and participate in the hearing, so long as they notify the Court of their intent to do so no later than December 11, 2025.

**SO ORDERED** this 3rd day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE