# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> :    **Civil Action File No.** <br> : <br> :    **1:25-cv-3826-MLB** |
| Plaintiff, | |
| v. | |
| EDWIN BRANT FROST IV AND FIRST LIBERTY BUILDING & LOAN, LLC, | |
| Defendants, and | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL HEALTH INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | |
| Relief Defendants. | |

---

# NOTICE OF INTENT TO ATTEND AND PARTICIPATE IN THIRD-PARTY CLAIM LITIGATION PROCEDURAL HEARING

---

Come now Movants Full Circle LLC ("Full Circle,"), Timeless Acquisitions LLC ("Timeless Acquisitions"), David Pike, David Pike II, and Christie Pike, (collectively the "Movants"), through counsel, and file this *Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing.* **Timothy Guilmette of Guilmette Henderson, LLC will attend on behalf of Movants.**

Respectfully submitted this 11th day of December, 2025.

          GUILMETTE HENDERSON LLC

          */s/ Erika J. Harris Fritz*
          Timothy J. Guilmette
          Georgia Bar No. 624309
          Erika J. Harris Fritz
          Georgia Bar No. 483730
          1355 Peachtree Street
          Suite 1125
          Atlanta, GA 30309
          Telephone: (770) 635-5859
          Facsimile: (770) 637-8106
          tim@guilmettehenderson.com
          erika@guilmettehenderson.com

          *Attorneys for Movants*

# CERTIFICATE OF SERVICE, FONT, AND MARGINS

I certify that on the date below, I electronically filed the foregoing **Motion for Leave of Court to Initiate Action Against Receivership Estate** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Respectfully submitted this the 11th day of December, 2025.

        GUILMETTE HENDERSON LLC

        */s/ Erika J. Harris Fritz*
        Timothy J. Guilmette
        Georgia Bar No. 624309
        Erika J. Harris Fritz
        Georgia Bar No. 483730
        1355 Peachtree Street
        Suite 1125
        Atlanta, GA 30309
        Telephone: (770) 635-5859
        Facsimile: (770) 637-8106
        tim@guilmettehenderson.com
        erika@guilmettehenderson.com

        *Attorneys for Movants*