# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>    Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC, THE LEGACY ADVISORY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>    Relief Defendants. | Civil Action No.<br>1:25-cv-03826-MLB |

## NOTICE OF INTENT TO ATTEND AND PARTICIPATE IN THIRD-PARTY CLAIM LITIGATION PROCEDURAL HEARING

Comes now Movant Bay Point Capital Partners II, LP ("Bay Point" or "Movant"), through counsel, and files this Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing. **Alexandra C. Nelson of Thompson Hine LLP will attend on behalf of Bay Point.**

Respectfully submitted this 11th day of December 2025.

**THOMPSON HINE LLP**

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson
Georgia Bar No. 241352
Austin B. Alexander
Georgia Bar No. 926059
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile:  404-541-2905
*alexandra.nelson@thompsonhine.com*
*austin.alexander@thompsonhine.com*

*Attorneys for Movant Bay Point Capital Partners II, LP*

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D), and the attachments are consistent with Local Rule 5.1(B).

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson
Georgia Bar No. 241352

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing NOTICE OF INTENT TO ATTEND AND PARTICIPATE IN THIRD-PARTY CLAIM LITIGATION PROCEDURAL HEARING with the Clerk of Court via the CM/ECF system, and further certify that a true and correct copy of the same has been served by U.S. Mail, properly addressed and postage pre-paid, upon the following:

| | |
|---|---|
| Kristin Willhelm Murnahan<br>Madison Graham Loomis<br>U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>950 E. Paces Ferry Road, Suite 900<br>Atlanta, GA 20549<br>*murnahank@sec.gov*<br>*loomism@sec.gov* | Joshua A. Mayes<br>Jane Ashley Ravry<br>Robbins Alloy Belinfante Littlefield LLC<br>500 14th Street, N.W.<br>Atlanta, GA 30318<br>*jmayes@robbinsfirm.com*<br>*jaravry@robbinsfirm.com* |

Henry Francis Sewell, Jr.
Law Offices of Henry F. Sewell, Jr. LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
*hsewell@sewellfirm.com*

This 11th day of December 2025.

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson
Georgia Bar No. 241352