## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action File No. |
| v. | 1:25-cv-3826-MLB |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | |
| Defendants, and | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | |
| Relief Defendants. | |

## NOTICE OF INTENT TO ATTEND AND PARTICIPATE IN
## THIRD-PARTY CLAIM LITIGATION PROCEDURAL HEARING

COME NOW Riverdawg, LLC ("**Riverdawg**"), No Free, LLC ("**No Free**"), and Holt Knob Holdings, LLC ("**Holt Knob**") and file this *Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing* on December 15, 2025. **Leon S. Jones of Jones & Walden, LLC and client representative Dr. Jerry Williams will attend on behalf of Movants.**

Respectfully submitted this 11th day of December, 2025.

JONES & WALDEN LLC

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300
LJones@joneswalden.com

SECURITIES AND EXCHANGE
COMMISSION,

     **Plaintiff,**

v.

EDWIN BRANT FROST IV and
FIRST LIBERTY BUILDING &
LOAN, LLC,

     **Defendants, and**

FIRST LIBERTY CAPITAL
PARTNERS LLC, FIRST
NATIONAL INVESTMENTS LLC,
MYHEALTHAI CAPITAL LLC,
THE LEGACY ADVISORY
GROUP INC., and THE LIBERTY
GROUP LLC,

     **Relief Defendants.**

Civil Action File No.

1:25-cv-3826-MLB

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that on the date below, I electronically filed the foregoing **Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- **Austin Bruce Alexander**  austin.alexander@thompsonhine.com,kelly.thomas@thompsonhine.com,ECFdocket@thompsonhine.com
- **Madison Graham Loomis**  loomism@sec.gov,JeffriesJ@sec.gov,jorjoladzeN@sec.gov,applewhitet@sec.gov
- **Joshua A. Mayes**  jmayes@robbinsfirm.com,jenglish@robbinsfirm.com,bboyd@robbinsfirm.com,randerson@robbinsfirm.com,dbutler@robbinsfirm.com,sbacon@robbinsfirm.com
- **Kristin Wilhelm Murnahan**  murnahank@sec.gov,jorjoladzen@sec.gov,applewhitet@sec.gov
- **Alexandra C. Nelson**  alexandra.nelson@thompsonhine.com,tracey.nero@thompsonhine.com,kelly.thomas@thompsonhine.com,dwayne.lunde@thompsonhine.com,ECFDocket@thompsonhine.com
- **Jane Ashley Ravry**  jaravry@robbinsfirm.com,DButler@robbinsfirm.com,jenglish@robbinsfirm.com,bboyd@robbinsfirm.com,randerson@robbinsfirm.com,sbacon@robbinsfirm.com
- **Henry Francis Sewell, Jr**  hsewell@sewellfirm.com

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 11th day of December, 2025.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
LJones@joneswalden.com