# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>    Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>    Relief Defendants. | Case No. 1:25-cv-3826-MLB |

## NOTICE OF APPEARANCE

Pursuant to LR 83.1(D)(1), NDGa, Jennifer L Shelfer and Darryl S. Laddin of the law firm Arnall Golden Gregory LLP hereby files their notice of appearance on behalf of 2406 Cancer Care, LLC, an interested third-party in these proceedings. Counsel requests that copies of all further notices and pleadings given or filed in this proceeding be given and served at the address, facsimile number and e-mail address referenced below.

Respectfully submitted this 12th day of December 2025.

/s/ *Jennifer L. Shelfer*
Jennifer Shelfer
Georgia Bar No. 557213
Darryl S. Laddin
Georgia Bar No. 460793

ARNALL GOLDEN GREGORY, LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Telephone: 404-873-7004
Facsimile: 404-873-7005
jennifer.shelfer@agg.com

*Attorney for Cancer Care, LLC*

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that on the date below, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- **Leon S. Jones** ljones@joneswalden.com

- **Austin Bruce Alexander** austin.alexander@thompsonhine.com, kelly.thomas@thompsonhine.com, ECFdocket@thompsonhine.com

- **Madison Graham Loomis** loomism@sec.gov, JeffriesJ@sec.gov, jorjoladzeN@sec.gov, applewhitet@sec.gov

- **Joshua A. Mayes** jmayes@robbinsfirm.com, jenglish@robbinsfirm.com, bboyd@robbinsfirm.com, randerson@robbinsfirm.com, dbutler@robbinsfirm.com, sbacon@robbinsfirm.com

- **Kristin Wilhelm Murnah**an murnahank@sec.gov, jorjoladzen@sec.gov, applewhitet@sec.gov

- **Alexandra C. Nelson** alexandra.nelson@thompsonhine.com, tracey.nero@thompsonhine.com, kelly.thomas@thompsonhine.com, dwayne.lunde@thompsonhine.com, ECFDocket@thompsonhine.com

- **Jane Ashley Ravry** jaravry@robbinsfirm.com, DButler@robbinsfirm.com, jenglish@robbinsfirm.com, bboyd@robbinsfirm.com, randerson@robbinsfirm.com, sbacon@robbinsfirm.com

- **Henry Francis Sewell, Jr** hsewell@sewellfirm.com

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 12th day of December 2025.

                                                   */s/ Jennifer Shelfer*
                                                   Jennifer Shelfer
                                                 Georgia Bar No. 557213