# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>    Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>    Relief Defendants. | Case No. 1:25-cv-3826-MLB |

## NOTICE OF INTENT TO ATTEND AND PARTICIPATE IN THIRD-PARTY CLAIM LITIGATION PROCEDURAL HEARING

COMES NOW 2406 Cancer Care, LLC ("Cancer Care"), and files this Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing on December 15, 2025. Cancer Care has a loan agreement with First Liberty Capital Partners LLC, which matures on December 31, 2025. Cancer Care and the Receiver are actively attempting to determine the payoff amount of the loan prior to maturity. To the extent they are unable to agree on the appropriate payoff figure or

AGG\4921-6086-4641.v1-12/12/25

to the extent the parties require declaratory judgment or guidance from the Court regarding any of the various loan documents, Cancer Care would like the opportunity to participate in the proceeding to establish procedures for third-party claim litigation.

Jennifer Shelfer of ARNALL GOLDEN GREGORY LLP will attend on behalf of Cancer Care.

Respectfully submitted this 12th day of December 2025.

ARNALL GOLDEN GREGORY, LLP

*/s/ Jennifer L. Shelfer*
Jennifer Shelfer
Georgia Bar No. 557213
Darryl S. Laddin
Georgia Bar No. 460793

171 17th Street NW, Suite 2100
Atlanta, GA 30363
Telephone: 404-873-7004
Facsimile: 404-873-7005
jennifer.shelfer@agg.com

*Attorney for 2406 Cancer Care, LLC*

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that on the date below, I electronically filed the foregoing Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- **Leon S. Jones** ljones@joneswalden.com
- **Austin Bruce Alexander** austin.alexander@thompsonhine.com, kelly.thomas@thompsonhine.com, ECFdocket@thompsonhine.com
- **Madison Graham Loomis** loomism@sec.gov,JeffriesJ@sec.gov, jorjoladzeN@sec.gov, applewhitet@sec.gov
- **Joshua A. Mayes** jmayes@robbinsfirm.com,jenglish@robbinsfirm.com, bboyd@robbinsfirm.com, randerson@robbinsfirm.com, dbutler@robbinsfirm.com, sbacon@robbinsfirm.com
- **Kristin Wilhelm Murnah**an murnahank@sec.gov,jorjoladzen@sec.gov, applewhitet@sec.gov
- **Alexandra C. Nelson** alexandra.nelson@thompsonhine.com,tracey. nero@thompsonhine.com, kelly.thomas@thompsonhine.com, dwayne.lunde@thompsonhine.com, ECFDocket@thompsonhine.com
- **Jane Ashley Ravry** jaravry@robbinsfirm.com, DButler@robbinsfirm.com, jenglish@robbinsfirm.com, bboyd@robbinsfirm.com, randerson@robbinsfirm.com, sbacon@robbinsfirm.com
- **Henry Francis Sewell, Jr** hsewell@sewellfirm.com

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 12th day of December 2025.

*/s/ Jennifer Shelfer*
Jennifer Shelfer
Georgia Bar No. 557213