# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-03826-MLB
## Securities and Exchange Commission v. Frost et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 12/15/2025.

| | |
|---|---|
| TIME COURT COMMENCED: 10:20 A.M. | |
| TIME COURT CONCLUDED: 11:45 A.M. | COURT REPORTER: Jana Colter |
| TIME IN COURT: 1:25 | DEPUTY CLERK: Jessica Kelley |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:
Brooke Gram representing First Liberty Building & Loan, LLC
Timothy Guilmette representing Full Circle LLC
Timothy Guilmette representing Timeless Acquisitions LLC
Timothy Guilmette representing Christie Pike
Timothy Guilmette representing David Pike
Timothy Guilmette representing David Pike II
Leon Jones representing Holt Knob Holdings, LLC
Leon Jones representing No Free, LLC
Leon Jones representing Riverdawg, LLC
Madison Loomis representing Securities and Exchange Commission
Alexandra Nelson representing Bay Point Capital Partners II, LP
Henry Sewell representing S. Gregory Hays
Jennifer Shelfer representing 2406 Cancer Care

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: Motion hearing held. The Court's rulings are as stated in the record.

HEARING STATUS: Hearing Concluded