UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>　　Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC, THE LEGACY ADVISORY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>　　Relief Defendants. | Civil Action No.<br><br>1:25-cv-03826-MLB |

## CONSENT ORDER HOLDING
## MOTION TO INTERVENE IN ABEYANCE

This matter is before the Court on the Motion to Intervene (Dkt. No. 18) (the "Motion") filed by Bay Point Capital Partners II, LP ("Bay Point"). The Securities and Exchange Commission ("SEC") and S. Gregory Hays, as Court-Appointed Receiver ("Receiver"), oppose the Motion. *See* Dkt. Nos. 25, 26. The Court held a hearing on the Motion, among other things, on December 15, 2025. *See* Dkt. No. 50.

At the hearing, with full reservations of rights, Bay Point, the SEC, and the Receiver agreed to hold the Motion in abeyance pending further progress in this receivership. In light of the parties' agreement,

IT IS HEREBY ORDERED, that the:

1. Motion shall be held in abeyance, pursuant to the terms of this Order;

2. Should Bay Point, the SEC, or the Receiver desire for the Motion to be heard, the party so requesting shall file with the Court a request for the Motion to be heard, which should include information relevant to the pending Motion that has developed since the entry of this Order; and

3. After receiving the request referenced in paragraph (2), the Court will determine the procedures thereafter for adjudicating the Motion, including whether the Court desires to hold a hearing, receive additional written submissions, or both.

SO ORDERED, this ____ day of _____ 2025.

_____
Judge, Micheal L. Brown
United States District Court
Northern District of Georgia

Prepared and presented by:

/s/ Alexandra C. Nelson
Alexandra C. Nelson
Georgia Bar No. 241352
Austin B. Alexander
Georgia Bar No. 926059
**THOMPSON HINE LLP**
Two Alliance Center, Suite 1600
3560 Lenox Road
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
*alexandra.nelson@thompsonhine.com*
*austin.alexander@thompsonhine.com*

*Attorneys for Bay Point Capital Partners II, LP*

Consented to by:

| /s/ M. Graham Loomis | /s/ Henry F. Sewell, Jr. |
|---|---|
| Kristin Murnahan | Henry F. Sewell, Jr., Esq. |
| Georgia Bar No. 759054 | Georgia Bar No. 636265 |
| M. Graham Loomis | **LAW OFFICES OF HENRY F.** |
| Georgia Bar No. 457868 | **SEWELL, JR., LLC** |
| **SECURITIES AND EXCHANGE** | Buckhead Centre |
| **COMMISSION** | 2964 Peachtree Road NW, Suite 55 |
| 950 East Paces Ferry Road, NE | Atlanta, GA 30305 |
| Suite 900 | Telephone: (404) 926-0053 |
| Atlanta, GA 30326 | *hsewell@sewellfirm.com* |
| Telephone: (404) 842-7600 | |
| Facsimile: (404)-842-7666 | *Counsel for Receiver* |
| *murnahank@sec.gov* | |
| *loomism@sec.gov* | |

*Attorneys for Plaintiff*