# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　Plaintiff,<br><br>　　v.<br><br>EDWIN BRANT FROST IV and<br>FIRST LIBERTY BUILDING & LOAN, LLC,<br>　　Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br>　　Relief Defendants. | Civil Action File No.<br>1:25-cv-3826-MLB |

## NOTICE OF RETENTION OF ORDINARY COURSE PROFESSIONAL

S. Gregory Hays, the Court-Appointed Receiver in the above-captioned Receivership, by and through counsel, hereby files this *Notice of Retention of Ordinary Course Professional* to: 1) provide notice of the retention of Hargrave & Associates LLC as an ordinary course professional in accordance with the *Order Granting Receiver's First Motion for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Doc. No. 43]; and 2) file the Declaration attached as **Exhibit A** for such ordinary course professional.

Dated: December 18, 2025.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        *Counsel for the Receiver*

CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: December 18, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | Civil Action File No.<br>1:25-cv-3826-MLB |

DECLARATION OF __Wesley C Hargrave__ ON BEHALF OF ORDINARY COURSE PROFESSIONAL

I, __Wesley C Hargrave__, hereby declare under penalty of perjury as follows:

1. I am a __President/Owner__ of __Hargrave & Associates LLC__, located at 1986 Montreal Road, Tucker, GA 30084 (the "Firm").

2. This declaration (this "Declaration") is submitted in accordance with that certain ORDER GRANTING MOTION BY RECEIVER FOR AUTHORIZATION TO RETAIN AND COMPENSATE PROFESIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS [Docket No. 43] (the "OCP Order"). All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order or the underlying *Motion*

*for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business.*

3. The Receiver (the "**Receiver**") in the ("**Receivership**") in the above-captioned case has requested that the Firm provide services to the Receivership, and the Firm has consented to provide such services (the "**Services**").

4. The Services include, without limitation, the following: _____.

- Book keeping for the income statement of First Liberty companies and Brant Frost personally for 2024 and 2025.
- Prepare tax returns for tax year 2024 based on income statements and information in QuickBooks for Brant Frost personal and all associated businesses.
- Review prior year returns and income statements/QuickBooks to asses potential for recapture of incorrectly paid taxes.

5. The Firm intends to bill the Receivership for professional services rendered in connection with the Receivership, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal Wesley C. Hargrave and Lacey Johnson designated to represent the Receivership and their current standard rates are:

- Wesley C. Hargrave $395 Hourly
- Lacey Johnson $195 Hourly
- Admin Staff $115 Hourly

6. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

7. As of the appointment of the Receiver, the Firm was not party to an agreement for indemnification with any Receivership Entities.

8. The Firm may in the past have performed, may currently perform, and

may in the future perform services in matters unrelated to the Receivership for persons that are parties in interest in the Receivership. As part of its customary practices, the Firm is employed in cases, proceedings, and transactions involving many different parties, some of whom may represent or be parties in interest in the Receivership. The Firm does not perform services for any such party in interest in connection with the Receivership. In addition, the Firm does not represent or hold any interest adverse to the Receivership with respect to the matters on which the Firm is to be employed.

9. As of July 11, 2025, the Firm was owed $ 3,685.94 for services provided to one of more of the Receivership Entities.

10. As of July 11, 2025, the Firm did not hold a retainer from the any of the Receivership Entities.

11. The Firm has reviewed the OCP Order and understands the limitations on compensation and reimbursement of expenses thereunder.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/11/2025
[CITY, STATE]     [DECLARANT]