UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  :  Plaintiff, : v. : EDWIN BRANT FROST IV and : FIRST LIBERTY BUILDING & LOAN, LLC, : Defendants, and : FIRST LIBERTY CAPITAL PARTNERS LLC, et. al., : Relief Defendants. : | | Civil Action File No. 1:25-cv-3826-MLB |

**ORDER APPROVING UNOPPOSED MOTION FOR AN ORDER APPROVING SETTLEMENT OF CLAIM IN BANKRUPTCY CASE OF CUREPOINT LLC**

This matter is before the Court on the *Unopposed Motion for an Order Approving Settlement of Claim in Bankruptcy Case of Curepoint LLC* (Dkt. 66) (the "**Motion**") that was filed by S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Receivership**"). The Motion seeks the entry of an order approving a Settlement[1] to modify the Consent Order and Claim Settlement to

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

increase the amount of the allowed general, unsecured claim of First Liberty in the Bankruptcy Case to Five Hundred Seventy Five Thousand Dollars ($575,000) in full and final resolution of the Motion to Reconsider.

Upon the Court having reviewed and considered the Motion and the record in this Case, the Court determined that: 1) the relief requested in the Motion is in the best interests of the Receivership and its creditors; 2) the Court has jurisdiction over this proceeding; 3) the terms of the Settlement are fair and equitable; and 4) good and sufficient cause exist for the relief requested in the Motion, for the entry of this Order, and approval of the Settlement. Finding that no further notice or opportunity for hearing is required, for good cause shown, is it hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. The Settlement is hereby approved and authorized.

3. The Receiver is authorized to enter the Settlement on behalf of the Receivership and authorized and empowered to take any and all steps necessary, in the sole discretion of the Receiver, to consummate and perform under the terms of the Settlement and this Order.

4. This Court shall retain jurisdiction to resolve any and all disputes arising from this Order and the Settlement.

**SO ORDERED** this 22nd day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE