UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>    Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC, THE LEGACY ADVISORY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>    Relief Defendants. | Civil Action No.<br><br>1:25-cv-03826-MLB |

**CONSENT ORDER HOLDING
MOTION TO INTERVENE IN ABEYANCE**

This matter is before the Court on the Motion to Intervene (Dkt. No. 18) (the "Motion") filed by Bay Point Capital Partners II, LP ("Bay Point"). The Securities and Exchange Commission ("SEC") and S. Gregory Hays, as Court-Appointed Receiver ("Receiver"), oppose the Motion. *See* Dkt. Nos. 25, 26. The Court held a hearing on the Motion, among other things, on December 15, 2025. *See* Dkt. No. 50.

At the hearing, with full reservations of rights, Bay Point, the SEC, and the Receiver agreed to hold the Motion in abeyance pending further progress in this receivership. In light of the parties' agreement,

    IT IS HEREBY ORDERED, that the:

    1.    Motion shall be held in abeyance, pursuant to the terms of this Order;

    2.    Should Bay Point, the SEC, or the Receiver desire for the Motion to be heard, the party so requesting shall file with the Court a request for the Motion to be heard, which should include information relevant to the pending Motion that has developed since the entry of this Order; and

    3.    After receiving the request referenced in paragraph (2), the Court will determine the procedures thereafter for adjudicating the Motion, including whether the Court desires to hold a hearing, receive additional written submissions, or both. SO ORDERED this 23rd day of January, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE