UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action File No. 1:25-cv-3826-MLB |
| v. | : : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : : : | |
| Defendants, and | : : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : : : : : : | |
| Relief Defendants. | : | |

### ORDER GRANTING UNOPPOSED THIRD MOTION BY RECEIVER FOR EXTENSION OF DEADLINES TO FILE SWORN STATEMENT AND ACCOUNTING AND LIQUIDATION PLAN

THIS CAUSE came before the Court upon the *Unopposed Third Motion by Receiver for Extension of Deadlines to File: 1) Sworn Statement and Accounting; and 2) Liquidation Plan* [ECF No. 71] (the "**Motion**"). The Court, having considered the Motion, and, being otherwise fully advised in the premises, it is **ORDERED** as follows:

1

1.      The Motion is **GRANTED**.

2.      The Receiver shall have up to and including Monday, March 9, 2026, to file the sworn statement and accounting required under the Order Appointing Receiver [ECF No. 6] and up to and including Thursday, May 7, 2026, to file the plan of liquidation of the Receiver required under the Order Appointing Receiver [ECF No. 6].

SO ORDERED this 28th day of January, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE