UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : <br> : <br> : |
| Plaintiff, | : <br> : **Civil Action File No.** <br> : **1:25-cv-3826-MLB** |
| v. | : <br> : |
| **EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,** | : <br> : <br> : |
| Defendants, and | : <br> : |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENT S LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,** | : <br> : <br> : <br> : <br> : <br> : |
| Relief Defendants. | : <br> : |

## NOTICE OF FILING OF CERTIFICATION

S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**") in the above-captioned Securities and Exchange Commission enforcement action, by and through counsel, hereby files this *Notice of Filing of Certification* to provide notice that the Receiver certifies compliance with the terms of the relief provided in the *Order Granting Receiver's First Motion for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Doc. No.

43] (the "**OCB Order**") in accordance with paragraph 2(f) of the OCB Order. Incident thereto, the Receiver further certifies that Hargrave & Associates LLC [Doc. No. 62], Valid8 Financial [Doc. No. 63], Transperfect Legal [Doc. No. 64], and Chalmers, Adams, Backer & Kaufman LLC [Doc. No. 67] have been retained as ordinary course professionals and that the following payments were made to ordinary course professionals during the period from October 1, 2025, through December 31, 2025.

| Date | Type | Recipient | Amount |
| --- | --- | --- | --- |
| 12/19/2025 | Wire | TransPerfect Document Management | $67,409.25 |
| 12/19/2025 | Wire | Valid8 Financial, Inc. | $22,500.00 |
| 12/29/2025 | Check | Chalmers, Adams, Backer & Kaufman, LLC | $11,509.24 |

Respectfully submitted,

Dated: January 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: January 30, 2026.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        *Counsel for the Receiver*