# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, FIRST NATIONAL INVESTMENT S | : | |
| LLC, MYHEALTHAI CAPITAL LLC, | : | |
| THE LEGACY ADVISORY GROUP INC., | : | |
| and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## ORDER GRANTING UNOPPOSED SECOND INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND PROFESSIONALS OF THE <u>RECEIVER</u>

This matter came before the Court upon the *Unopposed Second Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Professionals of the Receiver* [Doc. No. _75_] (the "**Application**") that was filed by S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**")

in the above-captioned Securities and Exchange Commission ("**SEC**") enforcement action seeking approval and authorization to pay fees and costs that the Receiver and the professionals of the Receiver incurred from October 1, 2025, through December 31, 2025 (the "**Application Period**") from funds held by the receivership estate (the "**Estate**"). The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is **ORDERED** as follows:

1.      The Application is **GRANTED.**

2.      The total amount of fees and costs that the Receiver incurred for the work performed fulfilling the duties of the Receiver during the Application Period in the amount of $57,550.50 (including $57,550.50 in fees and $0 in costs) is hereby **APPROVED.**

3.      The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to the Receiver the amount of $46,040.40 (including $46,040.40 in fees (80% of $57,550.50) and $0 in costs) for the work performed fulfilling the Receiver's duties during the Application Period.

4. The total amount of fees and costs that the Receiver's Counsel, the Law Offices of Henry F. Sewell, Jr. LLC ("**HFS**"), incurred for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $108,724.24  (including $106,901.50 in fees and $1,822.74 of costs)  is hereby APPROVED.

5. The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to HFS  the  amount  of $87,343.94 (including $85,521.20 in fees (80% of $106,901.50) and $1,822.74 in costs) for the work performed assisting the Receiver to fulfill his duties during the Application Period.

6. The total amount of fees and costs that the Receiver's Forensic Accountant, Hays Financial Consulting, LLC ("**HFC**"), incurred for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $114,950.05   (including $114,030.00 in fees and $920.05 in costs)  is  hereby APPROVED.

7. The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to HFC  the  amount  of $92,144.05 (including $91,224 in fees (80% of $114,030.00) and $920.05 in costs) for the work performed assisting the Receiver to fulfill his duties during the Application Period.

8. The total amount of fees and costs that Stretto, Inc. ("**Stretto**"), incurred

for the work performed assisting the Receiver to fulfill his duties during the Application Period in the amount of $5,012.80 is hereby APPROVED.

9. The Receiver is **AUTHORIZED** to utilize funds of the Estate to pay to Stretto the amount of $5,012.80 for the work performed assisting the Receiver to fulfill his duties during the Application Period.

10. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of his duties in this matter and/or final disbursement of funds held by the Estate

**SO ORDERED** this 6th day of February, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE