# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | **Civil Action File No. 1:25-cv-3826-MLB** |
| v. | : : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : : : | |
| Defendants, and | : : : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : : : : : : : | |
| Relief Defendants. | : : | |

## UNOPPOSED FOURTH MOTION BY RECEIVER FOR EXTENSION OF DEADLINE TO FILE SWORN STATEMENT AND ACCOUNTING

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Case**" or "**Receivership**"), through undersigned counsel, hereby respectfully moves this Court, without opposition, for an extension of the deadline to file the sworn statement and accounting required under the Appointment Order and in

1

support thereof states as follows:

1. Pursuant to paragraph 9 of the Appointment Order, the Receiver is required to file with this Court, within ninety (90) days of the Appointment Order (October 9, 2025), a sworn statement and accounting covering the period from January 1, 2014, to the present. The required sworn statement and accounting must identify all Receivership Property (as defined in the Appointment Order), including securities, funds, real estate, and other assets, every bank or financial account used, held, or controlled by the Receivership Entities (as defined in the Appointment Order), all significant expenditures and asset transfers, and a comprehensive list of all investors, the funds they transferred, and the securities they purchased. This Court previously extended such deadline to Monday, March 9, 2026.

2. As explained in the Receiver's First Status Report [Doc. No. 14], the Receiver's First Quarterly Report [Doc. No. 32], and the Receiver's Second Quarterly Report [Doc. No. 73], the Receiver has made substantial progress in fulfilling the duties of the Receiver under the Appointment Order. Unfortunately, the production of certain banking information has been delayed and Truist did not produce certain banking information needed for the Receiver to complete the account reconstruction until earlier this week.

3. As previously reported, the Receiver is organizing records as well as

obtaining information from third parties, such as banks, lawyers and public records to understand the operations and transactions of the Receivership Entities with various third parties, insiders and affiliates, to identify claims the Receivership Estate may have against such parties, to discover additional assets of the Receivership Estate, and to confirm transfers between investors and the Receivership Entities. The Receiver has made progress in attempting to reconstruct information from records from financial institutions and various third parties and to import this information into a database, but is still in the process of completing the reconstruction.

4. The forensic reconstruction involves untangling transactions related to the funds of investors. This process has required obtaining documents from financial institutions and other third parties, affiliates, and insiders with which the Receivership Entities conducted business or otherwise engaged in transactions, reviewing records, and reconciling incomplete and fragmented data and all of the requested information has not yet been produced. Notwithstanding these challenges, with the banking information produced to the Receiver earlier this week, the forensic accountant of the Receiver has informed the Receiver that the account reconstruction may be completed within approximately two weeks.

5. The Receiver and the forensic accountant of the Receiver will largely

rely on the forensic reconstruction in preparing the sworn statement and accounting and liquidation plan required by the Appointment Order. Therefore, to ensure the accuracy and completeness of the sworn statement and accounting and liquidation plan, it is necessary that the reconstruction be substantially completed.

6. As such, the Receiver seeks an additional two weeks to prepare and file the required sworn statement. The Receiver will update the Court in the event that the current timeline changes.

7. The requested extension will not prejudice any party to this action and will allow the Receiver to comply fully with the directives of this Court.

**WHEREFORE**, the Receiver respectfully requests that this Court grant: (i) an extension of time for the Receiver to file the sworn statement and accounting required by the Appointment Order to allow the sworn statement and accounting to be filed by up to and including Monday, March 23, 2026; and (ii) the Receiver such further relief as this Court deems just and proper.

**CERTIFICATION OF CONFERENCE**

The undersigned counsel certifies that on March 5, 2026, the Receiver conferred with counsel for the SEC regarding the relief requested herein and such counsel informed undersigned counsel that they have no opposition to the requested relief.

Respectfully submitted this 6th day of March, 2026.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        */s/ Henry F. Sewell, Jr.*
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Counsel for the Receiver
        Law Offices of Henry F. Sewell, Jr.
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on this day I electronically filed the foregoing *UNOPPOSED FOURTH MOTION BY FOR EXTENSION OF DEADLINE TO FILE SWORN STATEMENT AND ACCOUNTING* using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: March 6, 2026.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        */s/ Henry F. Sewell, Jr.*
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Counsel for the Receiver
        Law Offices of Henry F. Sewell, Jr.
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : : | Civil Action File No. 1:25-cv-3826-MLB |
| v. | : : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : : : | |
| Defendants, and | : : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : : : : : : | |
| Relief Defendants. | : : | |

## ORDER GRANTING UNOPPOSED FOURTH MOTION BY RECEIVER FOR EXTENSION OF DEADLINE TO FILE SWORN STATEMENT AND ACCOUNTING

THIS CAUSE came before the Court upon the *Unopposed Fourth Motion by Receiver for Extension of Deadline to File Sworn Statement and Accounting* [ECF No. ___] (the "**Motion**"). The Court, having considered the Motion, and, being otherwise fully advised in the premises, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

1

2. The Receiver shall have up to and including Monday, March 23, 2026, to file the sworn statement and accounting required under the Order Appointing Receiver [ECF No. 6] required under the Order Appointing Receiver [ECF No. 6].

**DONE AND ORDERED** in the Northern District of Georgia, this _____ day of March, 2026.

_____
MICHAEL L. BROWN
U.S. DISTRICT COURT JUDGE

Copies to: Counsel of Record