UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>　　Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>　　Relief Defendants. | Civil Action File No.<br>1:25-cv-3826-MLB |

**ORDER GRANTING UNOPPOSED FOURTH MOTION BY RECEIVER FOR EXTENSION OF DEADLINE TO FILE SWORN STATEMENT AND <u>ACCOUNTING</u>**

THIS CAUSE came before the Court upon the *Unopposed Fourth Motion by Receiver for Extension of Deadline to File Sworn Statement and Accounting* [ECF No. __78__] (the "**Motion**"). The Court, having considered the Motion, and, being otherwise fully advised in the premises, it is **ORDERED** as follows:

1.　　The Motion is **GRANTED**.

1

2.  The Receiver shall have up to and including Monday, March 23, 2026, to file the sworn statement and accounting required under the Order Appointing Receiver [ECF No. 6] required under the Order Appointing Receiver [ECF No. 6].

**SO ORDERED** this 6th day of March, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE