**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | **Civil Action File No.** |
| | : | **1:25-cv-3826-MLB** |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, FIRST NATIONAL INVESTMENT S | : | |
| LLC, MYHEALTHAI CAPITAL LLC, | : | |
| THE LEGACY ADVISORY GROUP INC., | : | |
| and THE LIBERTY GROUP LLC, | : | |
| Relief Defendants. | : | |

## NOTICE OF RETENTION OF ORDINARY COURSE PROFESSIONAL

S. Gregory Hays, the Court-Appointed Receiver in the above-captioned Receivership, by and through counsel, hereby files this *Notice of Retention of Ordinary Course Professional* to: 1) provide notice of the retention of Kaufman & Hilbert, P.C. as an ordinary course professional in accordance with the *Order Granting Receiver's First Motion for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Doc. No. 43]; and 2) file the Declaration attached as **Exhibit A** for such ordinary course professional.

Dated: April 29, 2026.

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        *Counsel for the Receiver*

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: April 29, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | **Civil Action File No.** |
| | : | **1:25-cv-3826-MLB** |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, FIRST NATIONAL INVESTMENT S | : | |
| LLC, MYHEALTHAI CAPITAL LLC, | : | |
| THE LEGACY ADVISORY GROUP INC., | : | |
| and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## DECLARATION OF KURT HILBERT ON BEHALF OF
## ORDINARY COURSE PROFESSIONAL

I, Kurt Hilbert, hereby declare under penalty of perjury as follows:

1.    I am an Equity Partner of Kaufman & Hilbert, P.C., located at 100 N. Main Street, Suite 340, Alpharetta, GA 30009 (the "Firm").

2.    This declaration (this "Declaration") is submitted in accordance with that certain ORDER GRANTING MOTION BY RECEIVER FOR AUTHORIZATION TO RETAIN AND COMPENSATE PROFESIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS [Docket No. 43] (the "OCP Order"). All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order or the underlying *Motion*


Scanned with
CamScanner

*for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business.*

3.    The Receiver (the "**Receiver**") in the ("**Receivership**") in the above-captioned case has requested that the Firm provide services to the Receivership, and the Firm has consented to provide such services (the "**Services**").

4.    The Services include, without limitation, the following: legal services to handle and attempt to enforce the settlement agreement in the Ellis Commercial Investments, LLC vs. 1800 Limited Partnership, CAFN 25CV001587, in the Superior Court of Fulton County, and to potentially file a Lis Pendens on certain real property in GA that is subject to the litigation and receivership, and to assist in protecting estate assets by prohibiting a sale of certain real property at auction that is believed to be an asset of the state in receivership, and other related litigation matters as designated on a case by case basis by the Receiver.

5.    The Firm intends to bill the Receivership for professional services rendered in connection with the Receivership, in accordance with the OCP Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principals designated to represent the Receivership and their current standard rates are: Kurt Hilbert, Attorney, $500/hr; Tim Revis, Paralegal, $180/hr; and Maggie Ooten, Paralegal, $180/hr.

6.    The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

7.    As of the appointment of the Receiver, the Firm was not party to an agreement for indemnification with any Receivership Entities.

8.    The Firm may in the past have performed, may currently perform, and may in the future perform services in matters unrelated to the Receivership for persons that are parties in interest in the Receivership. As


Scanned with
CamScanner

part of its customary practices, the Firm is employed in cases, proceedings, and transactions involving many different parties, some of whom may represent or be parties in interest in the Receivership. The Firm does not perform services for any such party in interest in connection with the Receivership. In addition, the Firm does not represent or hold any interest adverse to the Receivership with respect to the matters on which the Firm is to be employed.

9.    As of July 11, 2025, the Firm was owed $0.00 for services provided to one of more of the Receivership Entities.

10.    As of July 11, 2025, the Firm did not hold a retainer from any of the Receivership Entities.

11.    The Firm has reviewed the OCP Order and understands the limitations on compensation and reimbursement of expenses thereunder.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3/18/2026
ALPHARETTA, GA                        DECLARANT

