# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, FIRST NATIONAL INVESTMENTS | : | |
| LLC, MYHEALTHAI CAPITAL LLC, | : | |
| THE LEGACY ADVISORY GROUP INC., | : | |
| and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

## NOTICE OF FILING OF CERTIFICATION

S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**") in the above-captioned Securities and Exchange Commission enforcement action, by and through counsel, hereby files this *Notice of Filing of Certification* to provide notice that the Receiver certifies compliance with the terms of the relief provided in the *Order Granting Receiver's First Motion for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Doc. No.

43] (the "**OCB Order**") in accordance with paragraph 2(f) of the OCB Order. Incident thereto, the Receiver further certifies that Hargrave & Associates LLC [Doc. No. 62], Valid8 Financial [Doc. No. 63], Transperfect Legal [Doc. No. 64], Chalmers, Adams, Backer & Kaufman LLC [Doc. No. 67], Law Offices of L.W. Cooper Jr. d/b/a Cooper Tierney [Doc. No. 77], and Kaufman & Hilbert, P.C. [Doc. No. 83] have been retained as ordinary course professionals and that the following payments were made to ordinary course professionals during the period from January 1, 2026, through March 31, 2026.

| Date | Type | Recipient | Amount |
|---|---|---|---|
| 01/22/26 | Wire | Transperfect Legal | $1,688.86 |
| 01/22/26 | Wire | Valid 8 Financial | $25,473.04 |
| 01/29/26 | Check 6004 | Chalmers Adams Backer & Kaufman LLC | $269.50 |
| 01/29/26 | Check 6005 | Hargraves & Associates LLC | $611.00 |
| 02/09/26 | Wire | Valid 8 Financial | $8,293.50 |
| 03/16/26 | Wire | Transperfect Legal | $968.18 |
| 03/16/26 | Wire | Valid 8 Financial | $1,400.85 |
| 03/16/26 | Check 6006 | Cooper Tierney | $9,009.83 |
| 03/17/26 | Check 6007 | Kaufman & Hilbert PC | $195.00 |

Dated: April 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr. (Georgia Bar No. 636265)
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
*Counsel for the Receiver*

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: April 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*