# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Securities and Exchange
Commission, et al.,

       Plaintiffs,  Case No. 1:25-cv-3826-MLB

v.

Edwin Brant Frost IV and First
Liberty Building & Loan LLC,

       Defendants,
       and

First Liberty Capital Partners
LLC, et al.,

       Relief
       Defendants.

_____/

## <u>ORDER</u>

On January 27, 2026, the Court entered an order establishing procedures for third parties to intervene in this action to resolve claims arising from loan obligations to the Receivership Entities. (Dkt. 70.) Those procedures apply only to borrowers, not to investors who may have claims against the Receivership Entities. (*Id.* ¶ 2.) In the light of the

new procedures, the Court **DENIES AS MOOT** the following motions filed by borrowers prior to the Court's Order:

- Motion for Leave to File Action Against Receivership by Riverdawg, LLC, No Free, LLC, and Holt Knob Holdings, LLC (Dkt. 29)

- Motion to Expedite Hearing on the above motion (Dkt. 30)

- Motion and Amended Motion for Relief by Riverdawg, LLC, No Free, LLC, and Holt Knob Holdings, LLC (Dkts. 34, 36)

- Motion for Leave to File Action Against Receivership by David Pike, Christie Pike, Full Circle LLC, Timeless Acquisitions LLC, and David Pike II (Dkt. 44)

- Supplementary Motion to Amended Motion for Relief by Riverdawg, LLC, No Free, LLC, and Holt Knob Holdings, LLC (Dkt. 56)

If the borrowers wish to renew their actions against the Receivership Entities, they must do so in accordance with the procedures outlined in the Court's Order (Dkt. 70).

    **SO ORDERED** this 6th day of May, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE