UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) | 1:25-CV-03826-MLB |
| Defendants, and | ) ) ) | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

## KRISTA FROST AND FAMILY FINANCIAL PARTNERS, LLC'S MOTION TO INTERVENE

Krista Frost, in her capacity as the sole member and manager of Family Financial Partners, LLC, and Family Financial Partners, LLC, pursuant to Federal Rule of Civil Procedure 24, hereby move this court for entry of an Order allowing them to intervene as parties in the above-captioned lawsuit. Family Financial Partners hereby contemporaneously submits the attached Memorandum of Law in support of its Motion.

Respectfully submitted this 26th day of May, 2026.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar Number: 624475

Attorney for Krista Frost and
Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served the within and foregoing KRISTA FROST AND FAMILY FINANCIAL PARTNERS, LLC'S MOTION TO INTERVENE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 26th day of May, 2026.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar Number: 624475

Attorney for Krista Frost and
Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com