UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) | 1:25-CV-03826-MLB |
| Defendants, and | ) ) | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC, | ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

**BRIEF IN SUPPORT MOTION TO INTERVENE OF FAMILY FINANCIAL PARTNERS LLC'S BY FAMILY FINANCIAL PARTNERS, LLC ("FFP") AND KRISTA FROST AS THE SOLE MEMBER AND MANAGER OF FFP**

Family Financial Partners, LLC ("FFP") and Krista Frost in her capacity as the sole member and manager of FFP, move the court to grant their motion to intervene pursuant to Fed.R.Civ.P. 24(a)(2). The Receiver in this case has moved to place FFP and all of its assets into Receivership.  Through apparent oversight, the Receiver did not notify FFP or the owner of FFP or their counsel when the Motion

was filed (ECF #84). Thereafter, this Court entered the proposed Order granting the Receiver's motion to place FFP into Receivership (ECF #89).

FFP and Krista Frost urge the court to grant this Motion to Intervene in order to allow Krista Frost in her capacity as sole owner and manager of FFP to urge this Court to set aside the Order that granted the Receiver's Motion, and to allow FFP to challenge the propriety of placing FFP into Receivership.  Undeniably, both FFP and Krista Frost claim an interest relating to the property or transaction that is the subject of this action and are so situated that disposing of the action may as a practical matter impair or impede their ability to protect their interest.  A copy of the Motion to Set Aside the Order and to Deny the Receiver's Motion to place FFP into Receivership is attached to this Motion to Intervene as Exhibit "A".

For the foregoing reasons, FFP and Krista Frost urge the court to grant this Motion to Intervene.

Respectfully submitted this 26th day of May, 2026.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar Number: 624475

Attorney for Krista Frost and
Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225

Fax: 404-365-5041
Email: dfs@gsllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing BRIEF IN SUPPORT MOTION TO INTERVENE OF FAMILY FINANCIAL PARTNERS LLC'S BY FAMILY FINANCIAL PARTNERS, LLC ("FFP") AND KRISTA FROST AS THE SOLE MEMBER AND MANAGER OF FFP TO INTERVENE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 26th day of May, 2026.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar Number: 624475

Attorney for Krista Frost and
Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com