UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) | 1:25-CV-03826-MLB |
| Defendants, and | ) ) | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

## **ORDER**

WHEREAS, this Court, having read and considered KRISTA FROST AND FAMILY FINANCIAL PARTNERS, LLC'S MOTION TO INTERVENE, with good cause, IT IS HEREBY ORDERED AND ADJUDGED as follows:

KRISTA FROST AND FAMILY FINANCIAL PARTNERS, LLC'S MOTION TO INTERVENE is **GRANTED**, and Krista Frost and Family Financial Partners, LLC, are allowed to intervene into the Receivership case.

So ORDERED, this _____ May, 2026.

_____
HONORABLE MICHAEL L. BROWN
U.S. District Court Judge

Order prepared by:

DONALD F. SAMUEL, ESQ.
Attorney for Defendant
GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.:  404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com