UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | ) | CIVIL ACTION NUMBER:<br><br>1:25-CV-03826-MLB |

**NOTICE OF FILING**

COMES NOW, Intervenor Defendant Family Financial Partners, LLC, who hereby notifies counsel that they are filing with the Court the following:

1. CORRECTED MOTION TO SET ASIDE ORDER AND FOR RECONSIDERATION OF THE ORDER EXPANDING

RECEIVERSHIP TO INCLUDE FAMILY FINANCIAL PARTNERS, LLC ("FFP") AND FFP'S ASSETS.

Respectfully submitted this 27th day of May, 2026.

GARLAND, SAMUEL & LOEB, P.C.

/s/ Donald F. Samuel
DONALD F. SAMUEL, ESQ.
Georgia Bar Number: 624475

Attorney for Krista Frost and
Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing NOTICE OF FILING with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 27th day of May, 2026.

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar Number: 624475

Attorney for Krista Frost and
Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com