**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 1:25-cv-03826-MLB |
| EDWIN BRANT FROST IV and | : |
| FIRST LIBERTY BUILDING & | : |
| LOAN, LLC, | : |
| | : |
| Defendants, and | : |
| | : |
| | : |
| FIRST LIBERTY CAPITAL | : |
| PARTNERS LLC, FIRST | : |
| NATIONAL INVESTMENTS LLC, | : |
| MYHEALTHAI CAPITAL LLC, | : |
| THE LEGACY ADVISORY | : |
| GROUP INC., and THE LIBERTY | : |
| GROUP LLC, | : |
| | : |
| Relief Defendants. | : |

**MOVANTS LISA BROWN'S AND HAVEN REAL ESTATE
HOLDINGS OF WINDER, LLC'S MOTION TO INTERVENE AS
OF RIGHT, OR IN THE ALTERNATIVE, PERMISSIVELY,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24,
AND FOR LIMITED MODIFICATION OF THE LITIGATION STAY**

Movants Lisa Brown ("Brown") and Haven Real Estate Holdings of Winder,

LLC ("HREHW") (collectively, "Movants"), by and through undersigned counsel

and pursuant to Federal Rule of Civil Procedure 24 and Local Rule 7.1, respectfully

move this Court for an Order (i) granting Movants leave to intervene in the above-

1

captioned action as of right under Rule 24(a)(2), or in the alternative, permissively under Rule 24(b)(1)(B), (ii) deeming filed the Proposed Verified Intervenor Petition attached hereto as Exhibit 27, and (iii) modifying the litigation stay set forth at paragraphs 32–34 of the Order Appointing Receiver [Doc. 6] for the limited purpose of permitting this intervention and the assertion of the relief described in the Proposed Verified Intervenor Petition.

In support of this Motion, Movants show the Court that they hold a direct, substantial, and legally protectable equitable interest in the real property located at 169 West Athens Street, Winder, Georgia 30680 (the "Winder Property"), arising from HREHW's purchase and renovation of the property, Movants' documented reliance on First Liberty Capital Partners, LLC's ("FLCP") express written representations that title would be conveyed to HREHW, and FLCP's pre-receivership commitment to convey the property to HREHW upon completion of renovations. That equitable interest is recognized under Georgia law as a constructive trust, O.C.G.A. § 53-12-132, and is independently supported by Georgia's equitable-estoppel and promissory-estoppel doctrines, O.C.G.A. §§ 24-14-29 and 13-3-44. Disposition of this action without Movants' participation will, as a practical matter, impair their ability to protect that interest, and no existing party adequately represents Movants' position. *See* Fed. R. Civ. P. 24(a)(2).

2

In the alternative, the same factual record warrants permissive intervention under Rule 24(b)(1)(B) because Movants' assertion of an equitable interest in the Winder Property turns on the same FLCP conduct, the same representations by Edwin Brant Frost IV, and the same course of dealing that the Securities and Exchange Commission has placed at issue in the main action. *See* Fed. R. Civ. P. 24(b)(1)(B).

Limited modification of the Section VII litigation stay [Doc. 6, ¶¶ 32–34] is appropriate to permit the Court to hear and decide this Motion and to permit Movants to assert the property-based intervenor relief described in the Proposed Verified Intervenor Petition. The requested modification is consistent with this Court's prior accommodation of structured Borrower participation in the Order Establishing Procedures to Enter Action to Resolve Claims Arising From Loan Obligations Due to the Receivership [Doc. 70].

In further support of this Motion, Movants file contemporaneously herewith and incorporate herein by reference:

1. Brief in Support of Motion to Intervene, setting forth in detail the legal and factual grounds for the relief requested;

2. Proposed Verified Intervenor Petition, attached as Exhibit 27, setting forth the claims and relief Movants seek as intervenors; and

3

3. Exhibits 1 through 30, comprising the documentary record supporting this Motion, as more fully identified in the accompanying Brief.

Movants further direct the Court's attention to the Affidavit of Lisa M. Brown dated September 22, 2025, and the Affidavit of Kevin E. Epps dated October 15, 2025, previously filed in this action, each of which is incorporated herein by reference.

**WHEREFORE**, Movants respectfully request that this Court enter an Order:

(i) **GRANTING** this Motion to Intervene as of right under Rule 24(a)(2), or in the alternative, granting permissive intervention under Rule 24(b)(1)(B);

(ii) **DEEMING FILED** the Proposed Verified Intervenor Petition attached as Exhibit 27;

(iii) **MODIFYING** the litigation stay set forth at paragraphs 32–34 of the Order Appointing Receiver [Doc. 6] for the limited purpose of permitting this intervention and the assertion of the relief described in the Proposed Verified Intervenor Petition; and

(iv) **GRANTING** such further relief as the Court deems just and proper.

Respectfully submitted this 28th day of May, 2026.

**EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC**

**BY:**   */s/ Kevin E. Epps*
Kevin E. Epps
Georgia Bar No. 785511
*Attorney for Petitioners Lisa Brown and*
*Haven Real Estate Holdings of Winder, LLC*

1220 Langford Drive
Building 200-101
Watkinsville, Georgia 30677
(706) 508-4000
kevin@ehdhlaw.com

5