# EXHIBIT 6

## Lisa Brown

**From:**      Lisa Brown
**Sent:**      Thursday, July 3, 2025 5:39 PM
**To:**        ancient.oval.slush.pottery.release@addtodropbox.com
**Subject:**   Winder deed

**From:** Brant Frost IV <bf4@firstlibertyga.com>
**Sent:** Wednesday, January 31, 2024 10:50 AM
**To:** Lisa Brown <lbrown@havenmemory.com>
**Subject:** Re: tenant letter

Lisa,

Good morning.  We'll draft the letter and
have it to you this afternoon.

I'd have her deed it to us, and then we'll deed
it to you after the renovations are complete and
at the close of the SBA loan.

She has almost certainly spent the money that
any tenants have paid but you can try to claw it
back and refund the tenants as you suggest.

$20K to get her to move on the conditions that
you've outlined sound fine.

The one proviso is, if there are any liens on the
property other than ours then we will reserve the
right to foreclose anyway - she'll be gone so it
will only be a formality - to clear the liens away.

Proceed and I'll support you fully.

Thanks Lisa!

BFIV

Brant Frost, IV
*First Liberty Building & Loan*
Newnan, GA
770-253-4300-office
404-664-9086-cell

1

On Jan 31, 2024, at 10:21 AM, Lisa Brown <lbrown@havenmemory.com> wrote:

Good morning!   I'm planning to meet with Lucy on Friday.

Will you have an opportunity to draft the tenant letter before Friday?  I would like to start the clock with them immediately after the conversation with Lucy.   I'm certain Lucy has already collected the Feb rent so I will reconcile a refund on move out along with the $2000 per tenant if apartment is vacated within 14 days.

What did you decide about the deed?  Should I discuss this with her or you?

I'm planning to offer Lucy $20,000 for one year of housing if she vacates the premises within 5 days, signs the deed without incident, does not remove or destroy any business FFE or property,  and maintains a professional environment with daily responsibilities for the tenants until her exit.  I will explain to her that the other option is foreclosure and she will receive no financial consideration.   Thoughts?

Lisa Brown, RN, LPCHA
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com

<image001.png>
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com