# EXHIBIT 7

**Lisa Brown**

| | |
|---|---|
| **From:** | Lisa Brown |
| **Sent:** | Thursday, July 3, 2025 5:09 PM |
| **To:** | ancient.oval.slush.pottery.release@addtodropbox.com |
| **Subject:** | Winder Title |

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Brant Frost IV <bf4@firstlibertyga.com>
**Sent:** Monday, June 2, 2025 5:01 PM
**To:** Lisa Brown <lbrown@havenmemory.com>
**Subject:** Re: Title

Not yet, but the buyers broker knows
it's in our name and u/c to you.

He said he saw no issues as long as his

1

buyers receive the title at closing free of encumbrances.

Sounds like it's coming together, methodically but positively.

Gratefully,

BFIV


Brant Frost, IV
**First Liberty Building & Loan**
Newnan, GA
770-253-4300-office
404-664-9086-cell


On Jun 2, 2025, at 2:19 PM, Lisa Brown <lbrown@havenmemory.com> wrote:


**Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Did Spencer talk with you regarding the deed for Winder?   I emailed him earlier today but haven't heard back yet.


Get Outlook for iOS

---

**From:** Adam Struletz <Adam@struletzfirm.com>
**Sent:** Monday, June 2, 2025 2:02 PM
**To:** Lisa Brown <lbrown@havenmemory.com>; David Bridges <davidbridges@compass.com>; Spencer Gandy <spencer@gandyandrice.com>
**Subject:** Re: Title

Attached is a receipt for the Earnest Money wire. I believe tomorrow is the deadline to transfer title to the seller.

Thank you,

**Adam N. Struletz, Esq.**
**THE STRULETZ FIRM, LLC**

2

675 Ponce de Leon Ave
Suite 8500
Atlanta, GA 30308
adam@struletzfirm.com
(404) 625-4795

**FOLLOW THIS LINK FOR DIRECTIONS TO MY OFFICES**: https://www.struletzfirm.com/location

***Swartzberg & Struletz, LLC, is now The Struletz Firm, LLC! Don't worry, this is just a name change, and there will be no interruptions to the great services you have come to expect of us. Any escrow funds we are holding will remain in the same account. Please don't hesitate to reach out with any questions!**

CONFIDENTIALITY NOTICE:  This email message and any attachments to this email message may contain confidential information belonging to the sender which is legally privileged.  The information is intended only for the use of the individual or entity to whom it is addressed.  Please do not forward this message without permission.  If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately by telephone or return email and delete and destroy the original email message, any attachments thereto and all copies thereof.

**From:** Lisa Brown <lbrown@havenmemory.com>
**Date:** Monday, June 2, 2025 at 11:30 AM
**To:** David Bridges <davidbridges@compass.com>, Adam Struletz <Adam@struletzfirm.com>
**Subject:** RE: Title

Just sent Spencer a follow-up email to check on status

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com

<image001.png>

3