# EXHIBIT 8

< 4        **BF**        📹

Brant ›

Regards, Brant

**Great!  Thank you**

Oct 10, 2022 at 1:58 PM

Good afternoon Lisa, call me when you're free, just tried your cell, looking forward to catching up.  Regards,  Brant

Oct 11, 2022 at 11:52 AM

**Facebook**
facebook.com

22 unit personal care home w 3 meals a day avg $1950 mo

$750K loan balance and est value $1.7M

Oct 11, 2022 at 3:18 PM

**I'll take a look** 👍

Oct 12, 2022 at 5:01 PM

\+    iMessage    🎤