# EXHIBIT 9

Case 1:25-cv-03826-MLB    Document 92-10    Filed 05/28/26    Page 2 of 2

**BF**

Brant >

Excellent!  Have a good weekend

Same to you!

Jul 24, 2023 at 8:22 AM

Good morning Lisa,  did you receive your echeck okay on Friday?  All well?  And could you please call Lucy B in Winder and go see her this week?  I know you're very busy, but I really need you to take over that facility and let her be your Exec Dir, it's floundering w/o good leadership and there is $1M+ in future value for you there if you can help me.  Regards, Brant

Jul 24, 2023 at 3:21 PM

Apologies for the delay! Admitting new patients today

iMessage