# EXHIBIT 11



July 16, 2025

**Via Email**

Haven Real Estate Holdings of Winder, LLC
705 Whitehead Road
Athens, Georgia 30606
Email: lbrown@havenmemory.com

Re:    Real Estate Purchase Agreement dated May 23, 2025 (the "Agreement"), by and between Haven Real Estate Holdings of Winder, LLC ("Seller"), and North Georgia Recovery Center LLC ("Purchaser"), concerning the proposed sale by Seller and purchase by Purchaser of certain real property commonly known as 169 W. Athens Street, Winder, Georgia, being more particularly described in the Agreement (the "Property")

Dear Seller:

Please be advised that the undersigned and this Law Firm represent the Purchaser under the above-referenced Agreement. All capitalized terms not defined herein shall have the same meanings as set forth in the Agreement. On Purchaser's behalf and at its direction, Seller is hereby advised that Purchaser has elected to terminate, and hereby does terminate the Agreement effective as of the date hereof pursuant to its termination rights under Section 5.1.2 thereof (i.e., prior to the close of the Inspection Period). Accordingly, as Escrow Agent under the Agreement, I will proceed to return the Earnest Money to Purchaser, and neither Seller nor Purchaser shall have any rights or obligations under the Agreement except for those matters which expressly survive termination.

Should you have any questions, please feel free to reach out to the undersigned at these offices.

Best regards.

Very truly yours,

THE STRULETZ FIRM, LLC

*/s/ Adam N. Struletz*

Adam N. Struletz, Partner

xc.    Spencer Gandy, Esq.
Mr. David Bridges
Client (all via email)