# EXHIBIT 12

| American Land Title Association | ALTA Settlement Statement - Combined<br>Adopted 05-01-2015 |
|---|---|

**Freedom Land Title Agency, LLC**
**ALTA Universal ID:**
**395 N Service Road**
**Suite 302**
**Melville, NY 11747**

| | |
|---|---|
| File No./Escrow No.: | FLT-100513-GAC |
| Print Date & Time: | May 19, 2025 12:33 pm |
| Officer/Escrow Officer: | |
| Settlement Location: | 395 N Service Road, Suite 302<br>Melville, NY 11747 |
| Property Address: | 2106 McGee Road, Snellville, GA 30039  & 4760 Austell<br>Road, Austell, GA 30106 |
| Borrower: | KHUT PROPERTIES, LLC |
| Seller: | HAVEN REAL ESTATE HOLDINGS OF SNELLVILLE LLC<br>705 Whitehead Road<br>Athens, GA 30606 |
| Lender: | Titan Funding, LLC, ISAOA/ATIMA |
| Settlement Date : | May 19, 2025 |
| Disbursement Date : | May 19, 2025 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 2,630,000.00 | Sale Price of Property | 2,630,000.00 | |
| | | Deposit | | 25,000.00 |
| | | Loan Amount | | 2,080,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 28,566.18 | | City/Town Taxes<br>01/01/25-05/18/25 | | 28,566.18 |
| | | | | |
| | | **Loan Charges to Titan Funding, LLC, ISAOA/<br>ATIMA** | | |
| | | Doc Prep Fee | 3,500.00 | |
| | | Origination Fee | 62,400.00 | |
| | | Processing/Underwriting fee | 2,500.00 | |
| | | | 0.00 | |
| | | Prepaid Interest<br>Titan Funding, LLC, ISAOA/ATIMA<br>$693.3333 per day | 9,013.33 | |
| | | | | |

Copyright 2015 American Land Title Association
All rights reserved

File # FLT-100513-GAC/41
Printed on 05/19/25 at 12:33:21 PM by Cassie Ryan

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | **Other Loan Charges** | | |
| | | Legal Fee to LaRocca, Hornik, Et al | 4,000.00 | |
| | | Deed Prep to Smolar Andriko Law Group | 200.00 | |
| | | Funding/Disbursement Fee to First American Title Insurance Company | 2,000.00 | |
| | | Legal Opinion Letter to Albertelli Law | 750.00 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | Closing Coordination Fee to Freedom Land Title Agency, LLC | 500.00 | |
| | | Closing Protection Letter to First American Title Insurance Company | 75.00 | |
| | | County Search to First American Title Insurance Company | 1,500.00 | |
| | | Lender's Title Insurance to Freedom Land Title Agency, LLC<br>  Coverage:          $2,080,000.00<br>  Premium:          $200.00<br>  Version:  ALTA Loan Policy (2021) | 200.00 | |
| | | Recording Service Fee to Freedom Land Title Agency, LLC | 100.00 | |
| | | Shipping & Handling Fee to Freedom Land Title Agency, LLC | 100.00 | |
| | | Technology Fee to Freedom Land Title Agency, LLC | 50.00 | |
| | | Update / Rundown Fee to Freedom Land Title Agency, LLC | 75.00 | |
| | | Owner's Title Insurance to Freedom Land Title Agency, LLC<br>  Coverage:          $2,630,000.00<br>  Premium:          $5,655.00<br>  Version:  ALTA Owner's Policy (2021) | 5,655.00 | |
| | | | | |
| | | **Commissions** | | |
| 78,900.00 | | Commission - Listing Agent to Jones Brokers Realty | 0.00 | |
| 52,600.00 | | Commission - Selling Agent to Michael Bailey Commercial Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Deed Recording Fee to Corporation Service Company | 25.00 | |
| | | ALR (2) to Corporation Service Company | 50.00 | |
| 2,630.00 | | Deed Transfer Tax to Corporation Service Company | | |
| | | Mortgage Recording Fee (2) to Corporation | 50.00 | |

Copyright 2015 American Land Title Association
All rights reserved

File # FLT-100513-GAC/41
Printed on 05/19/25 at 12:33:21 PM by Cassie Ryan

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
| | | **Government Recording and Transfer Charges (continued)** | | |
| | | Service Company | | |
| 25.00 | | Satisfaction of Mortgage to Corporation Service Company | | |
| | | UCC-1 (3) to Corporation Service Company | 75.00 | |
| | | | | |
| | | **Payoffs** | | |
| 2,503,497.00 | | Payoff of First Mortgage Loan to First Liberty Building & Loan | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Attorney Closing Fee to Sunshine Signings | 500.00 | |
| | | Mortgage Broker Fee to Jones Broker Realty | 31,200.00 | |
| | | Survey Fee to Jackson Land Surveing | 3,200.00 | |

| Seller | | | Borrower | |
| Debit | Credit | | Debit | Credit |
| 2,666,218.18 | 2,630,000.00 | **Subtotals** | 2,757,718.33 | 2,133,566.18 |
| | 36,218.18 | **Due from Seller/Borrower** | | 624,152.15 |
| 2,666,218.18 | 2,666,218.18 | **Totals** | 2,757,718.33 | 2,757,718.33 |

Copyright 2015 American Land Title Association
All rights reserved

File # FLT-100513-GAC/41
Printed on 05/19/25 at 12:33:21 PM by Cassie Ryan

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Freedom Land Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

Borrower

KHUT PROPERTIES, LLC

BY: _____

Darrell Lee Murray
Sole Member and Manager

Seller

HAVEN REAL ESTATE HOLDINGS OF SNELLVILLE LLC

BY: _____

Lisa A. Brown
Sole Member and Manager

Freedom Land Title Agency, LLC

BY: _____

Copyright 2015 American Land Title Association
All rights reserved

File # FLT-100513-GAC/41
Printed on 05/19/25 at 12:33:21 PM by Cassie Ryan