# EXHIBIT 15

# LAW OFFICES OF HENRY F. SEWELL, JR., LLC
## ATTORNEYS AT LAW

━●•O•●━

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW,  Atlanta, Georgia 30305
TEL: (404) 926-0053  •  EMAIL: hsewell@sewellfirm.com

September 23, 2025

EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC
1220 Langford Drive
Building 200, Suite 101
Watkinsville, Georgia 30677
Attn: Kevin E. Epps                    Sent electronically to kevin@ehdhlaw.com

Haven Real Estate Holdings of Snellville, LLC
c/o Ms. Lisa Brown, individually and as Manager
2106 McGee RD
Snellville, GA 30078

Haven Memory Care of Athens LLC
c/o Ms. Lisa Brown, individually and as Manager
705 Whitehead Road
Athens, Georgia 30606

Haven Real Estate Holdings of Athens LLC
c/o Ms. Lisa Brown, individually and as Member
705 Whitehead Road
Athens, Georgia 30606

> RE:  S. Gregory Hays, Receiver (the "**Receiver**") in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia (the "**Receivership**"); Promissory Note dated 11/16/22 (the "**MC Note**") for a loan in the amount of $600,000 to Haven Memory Care of Athens LLC ("**HMCA**") that matured on 5/16/2024; Promissory Note dated 05/23/23 (the "**HMCA Note**") for a loan in the amount of $1,700,000 to HMCA that matured on 5/22/2024; Promissory Note dated 07/31/24 (the "**HREHS Note**") for a loan to Haven Real Estate Holdings of Snellville, LLC ("**HREHS**") in the amount of $1,750,000 that matured on 07/31/25; Promissory Note dated 04/23/25 ("**HREHA Note**") for a loan in the amount of $2,000,000 to Haven Real Estate Holdings of Athens LLC ("**HREHA**"); Payoff letter for MC Note, HMCA Note, HREHS Note, and HREHA Note (collectively, the "**Haven Notes**")[1]

---

[1] The Receiver recognizes that Lisa Brown is also the Manager of Haven Real Estate Holdings of Winder LLC, which entered a loan dated 01/24/24 in the amount of $2,000,000.00 that had a maturity date of 1/23/2025 and is in default even without consideration of any cross-default provision by and among entities owned or controlled by common ownership. Such loan is not

Page 2 of 2

Dear Ms. Epps and Ms. Brown:

As you know, this firm represents the Receiver.  The Receiver is in receipt of a payoff demand for these Haven Notes from counsel for the Haven entities.

In response to your request for a payoff for the obligations arising from the Haven Notes, this letter serves to confirm the payoff for the Haven Notes. As of September 19, 2025, the amount due under the Haven Notes is $1,915,122.36. Such amount includes late payment penalties in the amount of $63,187.50 and interest in the amount of $864,681.64, but does not include all attorney's fees. The payoff set forth herein shall only be effective until September 30, 2025. In the event that such amount is not paid on or before September 30, 2025, interest and other charges shall continue to accrue.

A summary of the calculations supporting the payoff amounts is attached.

Please also note that the Receiver considered your client's assertion that an overpayment was made at the time the HREHS  loan was released the Receiver has therefore considered the amounts due on account of the Snellville loan, as well as the release price paid at closing, to ensure that a full credit was provided from any overpayment.

Payment, payable to S. Gregory Hays, as Receiver, can be made via mail to S. Gregory Hays, Receiver for First Liberty Building & Loan & Related Entities, c/o Hays Financial Consulting, LLC, 2964 Peachtree Road, Suite 555, Atlanta, GA 30305 or via wire instructions which will be provided upon request.

The Receiver reserves all rights and remedies with regard to this matter. Nothing contained in this letter shall be construed as a modification or waiver of any rights or remedies that the Receiver may have, all of which are expressly reserved in full. The Receiver will not forbear from exercising any of its rights and remedies as it deems necessary; rather, the specific intent of the Receiver to exercise promptly any and all rights and remedies, whether at law or in equity, that the Receiver deems necessary to protect the interests of the Receivership.

Thank you for your attention to this letter.

Law Offices of Henry F. Sewell, Jr. LLC

By:    ***Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Counsel for S. Gregory Hays, Receiver

CC:    S. Gregory Hays, Receiver

---

addressed herein or included in the payoff amount due referenced herein. The Receiver reserves all rights with regard to such loan and any guarantees or other security for such loan.

First Liberty Capital Partners LLC
Loans to Haven Memory Care of Athens LLC,
Haven Real EState Holdings of Snellville LLC,
Haven Real Estate Holdigns of Athens, LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | End Balance | Penalty | Item Memo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/22 | 11/30/22 | 11/16/22 | 11/16/22 | Closing Costs | Non Cash | N | Haven Memory Care of Athens LLC | $0.00 | $0.00 | $39,500.00 | n/a | $39,500.00 | | Loan Closing Costs including Nov 22 partial interest |
| 11/01/22 | 11/30/22 | 11/18/22 | 11/18/22 | Check | 2430 | Y | Haven Memory Care of Athens LLC | | | $200,000.00 | $1,200.00 | $201,200.00 | | TRITIAL LOAN DISBURSEMENT |
| | | | | | | | | | | $239,500.00 | $1,200.00 | $240,700.00 | | |
| 12/01/22 | 12/31/22 | 12/01/22 | 12/01/22 | | | | Interest on Prior Month's ending balance | $240,700.00 | $0.00 | | $3,610.50 | $244,310.50 | | |
| 12/01/22 | 12/31/22 | 12/01/22 | 12/16/22 | Check | 2597 | Y | HAVEN MEMORY CARE | | | $75,000.00 | $544.35 | $75,544.35 | | DRAW |
| | | | | | | | | | | $75,000.00 | $4,154.85 | $319,854.85 | | |
| 01/01/23 | 01/31/23 | | 01/01/23 | | | | Interest on Prior Month's ending balance | $319,854.85 | $9,000.00 | $0.00 | $4,797.82 | $324,652.68 | $450.00 | |
| 02/01/23 | 02/28/23 | | 02/01/23 | | | | Interest on Prior Month's ending balance | $324,652.68 | $9,000.00 | | $4,869.79 | $329,522.47 | $450.00 | |
| 02/01/23 | 02/28/23 | 02/03/23 | 02/03/23 | Check | 2697 | Y | HAVEN MEMORY CARE | | | $50,000.00 | $669.64 | $50,669.64 | | DRAW REQUEST - SNELLVILLE |
| | | | | | | | | | | $50,000.00 | $5,539.43 | $380,192.11 | | |
| 03/01/23 | 03/31/23 | | 03/01/23 | | | | Interest on Prior Month's ending balance | $380,192.11 | $9,000.00 | | $5,702.88 | $385,894.99 | $450.00 | |
| 03/01/23 | 03/31/23 | 03/10/23 | 03/10/23 | Check | 2753 | Y | HAVEN MEMORY CARE | | | $75,000.00 | $762.10 | $75,762.10 | | DRAW REQUEST |
| | | | | | | | | | | $75,000.00 | $6,464.98 | $461,657.09 | | |
| 04/01/23 | 04/30/23 | | 04/01/23 | | | | Interest on Prior Month's ending balance | $461,657.09 | $9,000.00 | | $6,924.86 | $468,581.95 | $450.00 | |
| 04/01/23 | 04/30/23 | 05/01/23 | 04/28/23 | Check | 2838 | Y | HAVEN MEMORY CARE, LLC | | | $40,000.00 | $40.00 | $40,040.00 | | SPRINKLER - BOZK |
| | | | | | | | | | | $40,000.00 | $6,964.86 | $508,621.95 | | |
| 05/01/23 | 05/31/23 | | 05/01/23 | | | | Interest on Prior Month's ending balance | $508,621.95 | $9,000.00 | | $7,629.33 | $516,251.27 | $450.00 | |
| 05/01/23 | 05/31/23 | 05/19/23 | 05/19/23 | Wire | 20230519-00011945 | N | LISA BROWN | | | $66,000.00 | $383.23 | $66,383.23 | | |
| 05/01/23 | 05/31/23 | 05/23/23 | 05/23/23 | Closing Costs | Non Cash | N | Haven Memory Care of Athens LLC | | | $103,300.00 | n/a | $103,300.00 | | Loan Closing Costs including May 23 partial interest |
| 05/01/23 | 05/31/23 | 05/30/23 | 05/30/23 | Check | 2908 | Y | HAVEN MEMORY CARE | | | $56,000.00 | $27.10 | $56,027.10 | | DRAW REQUEST |
| | | | | | | | | | | $225,300.00 | $8,039.65 | $741,961.60 | | |
| 06/01/23 | 06/30/23 | | 06/01/23 | | | | Interest on Prior Month's ending balance | $741,961.60 | $9,000.00 | | $11,129.42 | $753,091.02 | $450.00 | |
| 06/01/23 | 06/30/23 | 06/02/23 | 06/02/23 | Check | 2954 | Y | HAVEN MEMORY CARE | | | $35,000.00 | $490.00 | $35,490.00 | | DRAW REQUEST |
| 06/01/23 | 06/30/23 | 06/09/23 | 06/09/23 | Check | 2958 | Y | HAVEN MEMORY CARE | | | $65,000.00 | $682.50 | $65,682.50 | | DRAW REQUEST |
| 06/01/23 | 06/30/23 | 06/16/23 | 06/16/23 | Check | 2968 | Y | HAVEN MEMORY CARE | | | $76,000.00 | $532.00 | $76,532.00 | | DRAW REQUEST |
| 06/01/23 | 06/30/23 | 06/23/23 | 06/23/23 | Check | 2971 | Y | HAVEN MEMORY CARE | | | $35,000.00 | $122.50 | $35,122.50 | | DRAW REQUEST |
| 06/01/23 | 06/30/23 | 06/23/23 | 06/23/23 | Check | 2972 | Y | HAVEN MEMORY CARE | | | $24,000.00 | $84.00 | $24,084.00 | | BANK OZK DRAW |
| 06/01/23 | 06/30/23 | 06/30/23 | 06/29/23 | Check | 2979 | Y | HAVEN MEMORY CARE | | | $55,000.00 | $27.50 | $55,027.50 | | DRAW REQUEST |
| 06/01/23 | 06/30/23 | 07/06/23 | 06/29/23 | Check | 2952 | N | SNELLVILLE, GA | | | $10,352.83 | $5.18 | $10,358.01 | | PROPERTY TAX - A PLACE IN TIME R5008003A |
| 06/01/23 | 06/30/23 | 07/05/23 | 06/29/23 | Check | 2953 | N | CLARK CO. TAX COMMISSIONER | | | $24,570.89 | $12.29 | $24,583.18 | | Bill # 2022-33852 705 Whitehead Rd. |
| 06/01/23 | 06/30/23 | 07/05/23 | 06/29/23 | Check | 2954 | N | CLARK COUNTY TAX COMMISSIONER | | | $1,098.84 | $0.55 | $1,099.39 | | BILL# 2022 - 63440 705WHITEHEAD RD. |
| 06/01/23 | 06/30/23 | 07/03/23 | 06/29/23 | Check | 2955 | N | GWINNETT CO. TAX COMMISSIONER | | | $34,284.43 | $17.14 | $34,301.57 | | PARCEL ID R5008 803A 2106 MCRD. SNELLVILLEE |
| 06/01/23 | 06/30/23 | 07/03/23 | 06/29/23 | Check | 2956 | N | GWINNETT CO. TAX COMMISSIONER | | | $2,360.21 | $1.18 | $2,361.39 | | PARCEL ID B361320 2106 MCGU RD. SNELLVILLEE |
| | | | | | | | | | | $362,667.20 | $13,104.26 | $1,117,733.05 | | |
| 07/01/23 | 07/31/23 | | 07/01/23 | | | | Interest on Prior Month's ending balance | $1,117,733.05 | $34,500.00 | | $16,766.00 | $1,134,499.05 | $1,725.00 | |
| 07/01/23 | 07/31/23 | 07/10/23 | 07/07/23 | Check | 3024 | Y | HAVEN MEMORY CARE | | | $25,000.00 | $290.32 | $25,290.32 | | CONSTRUCTION DRAW |
| 07/01/23 | 07/31/23 | 07/17/23 | 07/13/23 | Check | 3028 | N | HDHP | | | $614.77 | $5.35 | $620.12 | | INVOICE FOR HAVEN MEMORY CARE INSPECTION |
| 07/01/23 | 07/31/23 | 07/14/23 | 07/14/23 | Check | 3029 | Y | HAVEN MEMORY CARE | | | $51,000.00 | $419.52 | $51,419.52 | | DRAW |

First Liberty Capital Partners LLC
Loans to Haven Memory Care of Athens LLC,
Haven Real EState Holdings of Snellville LLC,
Haven Real Estate Holdigns of Athens, LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | End Balance | Penalty | Item Memo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/23 | 07/31/23 | 07/24/23 | 07/21/23 | Check | 3032 | Y | HAVEN MEMORY CARE | | | $67,000.00 | $324.19 | $67,324.19 | | DRAW |
| 07/01/23 | 07/31/23 | 07/28/23 | 07/28/23 | Check | 3033 | Y | HAVEN MEMORY CARE | | | $30,000.00 | $43.55 | $30,043.55 | | DRAW REQUEST |
| | | | | | | | | | | $173,614.77 | $17,848.93 | $1,309,196.76 | | |
| | | | | | | | | | | | | | | |
| 08/01/23 | 08/31/23 | | 08/01/23 | | | | Interest on Prior Month's ending balance | $1,309,196.76 | $34,500.00 | | $19,637.95 | $1,328,834.71 | $1,725.00 | |
| 08/01/23 | 08/31/23 | 08/04/23 | 08/04/23 | Check | 3077 | Y | HAVEN MEMORY CARE | | | $30,000.00 | $391.94 | $30,391.94 | | DRAW REQUEST |
| 08/01/23 | 08/31/23 | 08/14/23 | 08/11/23 | Check | 3078 | Y | HAVEN MEMORY CARE | | | $30,000.00 | $290.32 | $30,290.32 | | DRAW REQUEST |
| 08/01/23 | 08/31/23 | 08/18/23 | 08/18/23 | Check | 3081 | Y | HAVEN MEMORY CARE | | | $30,000.00 | $188.71 | $30,188.71 | | DRAW REQUEST |
| 08/01/23 | 08/31/23 | 08/25/23 | 08/25/23 | Check | 3083 | Y | HAVEN MEMORY CARE | | | $44,000.00 | $127.74 | $44,127.74 | | DRAW |
| | | | | | | | | | | $134,000.00 | $20,636.66 | $1,463,833.42 | | |
| | | | | | | | | | | | | | | |
| 09/01/23 | 09/30/23 | | 09/01/23 | | | | Interest on Prior Month's ending balance | $1,463,833.42 | $34,500.00 | | $21,957.50 | $1,485,790.92 | $1,725.00 | |
| 09/01/23 | 09/30/23 | 09/01/23 | 09/01/23 | Check | 3086 | Y | HAVEN MEMORY CARE | | | $25,000.00 | $362.50 | $25,362.50 | | DRAW |
| 09/01/23 | 09/30/23 | 09/05/23 | 09/01/23 | Check | 3087 | N | HDHP | | | $614.77 | $8.91 | $623.68 | | INVOICE 002 HAVEN MEMORY CARE |
| 09/01/23 | 09/30/23 | 09/08/23 | 09/08/23 | Check | 3136 | Y | HAVEN MEMORY CARE | | | $15,000.00 | $165.00 | $15,165.00 | | DRAW |
| 09/01/23 | 09/30/23 | 09/18/23 | 09/15/23 | Check | 3141 | Y | HAVEN MEMORY CARE | | | $10,000.00 | $75.00 | $10,075.00 | | DRAW |
| 09/01/23 | 09/30/23 | 09/29/23 | 09/22/23 | Check | 3143 | Y | HAVEN MEMORY CARE | | | $34,000.00 | $136.00 | $34,136.00 | | DRAW |
| 09/01/23 | 09/30/23 | 09/29/23 | 09/29/23 | Check | 3146 | Y | HAVEN MEMORY CARE | | | $11,500.00 | $5.75 | $11,505.75 | | DRAW |
| | | | | | | | | | | $96,114.77 | $22,710.67 | $1,582,658.85 | | |
| | | | | | | | | | | | | | | |
| 10/01/23 | 10/31/23 | | 10/01/23 | | | | Interest on Prior Month's ending balance | $1,582,658.85 | $34,500.00 | | $23,739.88 | $1,606,398.73 | $1,725.00 | |
| 10/01/23 | 10/31/23 | 10/06/23 | 10/06/23 | Check | 3195 | Y | HAVEN MEMORY CARE | | | $15,000.00 | $181.45 | $15,181.45 | | DRAW |
| 10/01/23 | 10/31/23 | 10/20/23 | 10/20/23 | Check | 3207 | Y | HAVEN MEMORY CARE | | | $16,500.00 | $87.82 | $16,587.82 | | MATERIALS/LABOR |
| 10/01/23 | 10/31/23 | 10/26/23 | 10/13/23 | Check | 578 | Y | HAVEN MEMORY CARE | | | $20,500.00 | $178.55 | $20,678.55 | | CONSTRUCTION - W/CAP |
| 10/01/23 | 10/31/23 | 10/27/23 | 10/27/23 | Check | 3209 | Y | HAVEN MEMORY CARE | | | $36,000.00 | $69.68 | $36,069.68 | | DRAW |
| | | | | | | | | | | $88,000.00 | $24,257.38 | $1,694,916.23 | | |
| | | | | | | | | | | | | | | |
| 11/01/23 | 11/30/23 | | 11/01/23 | | | | Interest on Prior Month's ending balance | $1,694,916.23 | $34,500.00 | | $25,423.74 | $1,720,339.98 | $1,725.00 | |
| 11/01/23 | 11/30/23 | 11/03/23 | 11/03/23 | Check | 3270 | Y | HAVEN MEMORY CARE | | | $16,600.00 | $224.10 | $16,824.10 | | DRAW |
| 11/01/23 | 11/30/23 | 11/10/23 | 11/09/23 | Check | 3274 | Y | HAVEN MEMORY CARE | | | $10,000.00 | $105.00 | $10,105.00 | | DRAW |
| 11/01/23 | 11/30/23 | 11/17/23 | 11/17/23 | Check | 3280 | Y | HAVEN MEMORY CARE | | | $5,000.00 | $32.50 | $5,032.50 | | DRAW |
| 11/01/23 | 11/30/23 | 11/22/23 | 11/22/23 | Check | 3284 | Y | HAVEN MEMORY CARE | | | $8,900.00 | $35.60 | $8,935.60 | | DRAW |
| | | | | | | | | | | $40,500.00 | $25,820.94 | $1,761,237.18 | | |
| | | | | | | | | | | | | | | |
| 12/01/23 | 12/31/23 | | 12/01/23 | | | | Interest on Prior Month's ending balance | $1,761,237.18 | $34,500.00 | | $26,418.56 | $1,787,655.74 | $1,725.00 | |
| 12/01/23 | 12/31/23 | 12/01/23 | 12/01/23 | Check | 3337 | Y | HAVEN MEMORY CARE | | | $5,000.00 | $72.58 | $5,072.58 | | DRAW |
| 12/01/23 | 12/31/23 | 12/11/23 | 12/08/23 | Check | 3347 | Y | HAVEN MEMORY CARE | | | $11,000.00 | $122.42 | $11,122.42 | | DRAW |
| 12/01/23 | 12/31/23 | 12/18/23 | 12/15/23 | Check | 3358 | Y | HAVEN MEMORY CARE | | | $15,000.00 | $116.13 | $15,116.13 | | DRAW |
| | | | | | | | | | | $31,000.00 | $26,729.69 | $1,818,966.87 | | |
| | | | | | | | | | | | | | | |
| 01/01/24 | 01/31/24 | | 01/01/24 | | | | Interest on Prior Month's ending balance | $1,818,966.87 | $34,500.00 | | $27,284.50 | $1,846,251.37 | $1,725.00 | |
| 01/01/24 | 01/31/24 | 01/22/24 | 01/15/24 | Check | 3436 | Y | HAVEN MEMORY CARE | | | $11,000.00 | $85.16 | $11,085.16 | | DRAW |
| 01/01/24 | 01/31/24 | 01/22/24 | 01/19/24 | Check | 3442 | Y | HAVEN MEMORY CARE | | | $6,000.00 | $34.84 | $6,034.84 | | DRAW REQUEST - SNELLVILLE |
| 01/01/24 | 01/31/24 | 01/29/24 | 01/26/24 | Check | 3448 | Y | HAVEN MEMORY CARE | | | $11,000.00 | $26.61 | $11,026.61 | | DRAW |
| | | | | | | | | | | $28,000.00 | $27,431.12 | $1,874,397.98 | | |
| | | | | | | | | | | | | | | |
| 02/01/24 | 02/29/24 | | 02/01/24 | | | | Interest on Prior Month's ending balance | $1,874,397.98 | $34,500.00 | | $28,115.97 | $1,902,513.95 | $1,725.00 | |
| 02/01/24 | 02/29/24 | 02/12/24 | 02/09/24 | Check | 3516 | Y | HAVEN MEMORY CARE | | | $3,000.00 | $31.03 | $3,031.03 | | DRAW |
| 02/01/24 | 02/29/24 | 02/23/24 | 02/23/24 | Check | 3534 | Y | HAVEN MEMORY CARE | | | $5,000.00 | $15.52 | $5,015.52 | | DRAW - SNELLVILLE |
| | | | | | | | | | | $8,000.00 | $28,162.52 | $1,910,560.50 | | |

First Liberty Capital Partners LLC
Loans to Haven Memory Care of Athens LLC,
Haven Real EState Holdings of Snellville LLC,
Haven Real Estate Holdigns of Athens, LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | End Balance | Penalty | Item Memo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/24 | 03/31/24 | | 03/01/24 | | | | Interest on Prior Month's ending balance | $1,910,560.50 | $34,500.00 | $0.00 | $28,658.41 | $1,939,218.91 | $1,725.00 | |
| 04/01/24 | 04/30/24 | | 04/01/24 | | | | Interest on Prior Month's ending balance | $1,939,218.91 | $34,500.00 | | $29,088.28 | $1,968,307.19 | $1,725.00 | |
| 04/01/24 | 04/30/24 | 04/30/24 | 04/26/24 | Check | 3688 | Y | HAVEN MEMORY CARE | | | $11,000.00 | $22.00 | $11,022.00 | | LABOR - DUMPSTER |
| | | | | | | | | | | $11,000.00 | $29,110.28 | $1,979,329.19 | | |
| 05/01/24 | 05/31/24 | | 05/01/24 | | | | Interest on Prior Month's ending balance | $1,979,329.19 | $34,500.00 | $0.00 | $29,689.94 | $2,009,019.13 | $1,725.00 | |
| 06/01/24 | 06/30/24 | | 06/01/24 | | | | Interest on Prior Month's ending balance | $2,009,019.13 | $34,500.00 | $0.00 | $30,135.29 | $2,039,154.42 | $1,725.00 | |
| 07/01/24 | 07/31/24 | | 07/01/24 | | | | Interest on Prior Month's ending balance | $2,039,154.42 | $34,500.00 | | $30,587.32 | $2,069,741.73 | $1,725.00 | |
| 07/01/24 | 07/31/24 | 07/22/24 | 07/19/24 | Check | 3883 | Y | HAVEN OF SNELLVILLE | | | $27,000.00 | $156.77 | $27,156.77 | | BOZK PAYMENT |
| 07/01/24 | 07/31/24 | 07/31/24 | 07/31/24 | Closing Costs | Non Cash | N | Haven Real Estate Holdings of Snellville LLC | | | $103,641.60 | n/a | $103,641.60 | | Loan Closing Costs |
| | | | | | | | | | | $27,000.00 | $30,744.09 | $2,200,540.11 | | |
| 08/01/24 | 08/31/24 | | 08/01/24 | | | | Interest on Prior Month's ending balance | $2,200,540.11 | $34,500.00 | | $33,008.10 | $2,233,548.21 | $1,725.00 | |
| 08/01/24 | 08/31/24 | 08/19/24 | 08/16/24 | Check | 3952 | Y | HAVEN RE HOLDINGS OF SNELLVILLE | | | $24,000.00 | $174.19 | $24,174.19 | | BANK OZK PAYMENT |
| | | | | | | | | | | $24,000.00 | $33,182.30 | $2,257,722.40 | | |
| 09/01/24 | 09/30/24 | | 09/01/24 | | | | Interest on Prior Month's ending balance | $2,257,722.40 | $60,750.00 | $0.00 | $33,865.84 | $2,291,588.24 | $3,037.50 | |
| 10/01/24 | 10/31/24 | | 10/01/24 | | | | Interest on Prior Month's ending balance | $2,291,588.24 | $60,750.00 | $0.00 | $34,373.82 | $2,325,962.06 | $3,037.50 | |
| 11/01/24 | 11/30/24 | | 11/01/24 | | | | Interest on Prior Month's ending balance | $2,325,962.06 | $60,750.00 | $0.00 | $34,889.43 | $2,360,851.49 | $3,037.50 | |
| 12/01/24 | 12/31/24 | | 12/01/24 | | | | Interest on Prior Month's ending balance | $2,360,851.49 | $60,750.00 | $0.00 | $35,412.77 | $2,396,264.27 | $3,037.50 | |
| 01/01/25 | 01/31/25 | | 01/01/25 | | | | Interest on Prior Month's ending balance | $2,396,264.27 | $60,750.00 | $0.00 | $35,943.96 | $2,432,208.23 | $3,037.50 | |
| 02/01/25 | 02/28/25 | | 02/01/25 | | | | Interest on Prior Month's ending balance | $2,432,208.23 | $60,750.00 | $0.00 | $36,483.12 | $2,468,691.35 | $3,037.50 | |
| 03/01/25 | 03/31/25 | | 03/01/25 | | | | Interest on Prior Month's ending balance | $2,468,691.35 | $60,750.00 | | $37,030.37 | $2,505,721.73 | $3,037.50 | |
| 03/01/25 | 03/31/25 | 03/25/25 | 03/25/25 | Check | 5166 | N | Bank OZK | | | $500.00 | $1.45 | $501.45 | | A PLACE IN TIME-EXTENSIVE FEE |
| | | | | | | | | | | $500.00 | $37,031.82 | $2,506,223.18 | | |
| 04/01/25 | 04/30/25 | | 04/01/25 | | | | Interest on Prior Month's ending balance | $2,506,223.18 | $60,750.00 | | $37,593.35 | $2,543,816.52 | $3,037.50 | |
| 04/01/25 | 04/30/25 | 04/23/25 | 04/23/25 | Closing Costs | Non Cash | N | Haven RE Holdings of Athens LLC | | | $146,357.64 | n/a | $146,357.64 | | Loan Closing Costs including April 2024 partial Interest |
| 04/01/25 | 04/30/25 | 04/24/25 | 04/24/25 | Wire | 20250424-00029177 | N | Bank of Ozark | | | $500.00 | $1,500.00 | $501,500.00 | | FOR FURTHER CREDIT TO: A PLACE IN TIME INC 950008002042 |
| 04/01/25 | 04/30/25 | 04/24/25 | 04/24/25 | Wire | 20250424-00029176 | N | Bank of Ozark | | | $677,753.93 | $2,033.26 | $679,787.19 | | FOR FURTHER CREDIT TO: A PLACE IN TIME INC 950008002042 |
| 04/01/25 | 04/30/25 | 04/29/25 | 04/28/25 | Check | 5301 | N | GWINNETT COUNTY TAX COMMISSIONER | | | $84,248.80 | $84.25 | $84,333.05 | | PARCEL: R5008003A 2106 MCGEE RD. |
| | | | | | | | | | | $1,408,360.37 | $41,210.86 | $3,955,794.40 | | |
| 05/01/25 | 05/22/25 | | 05/01/25 | | | | Interest on Prior Month's ending balance | $3,955,794.40 | $60,750.00 | | $42,110.07 | $3,997,904.47 | $3,037.50 | |
| 05/01/25 | 05/22/25 | 05/20/25 | 05/16/25 | Check | 4515 | N | VICKI ROBINSON | | | $240,000.00 | $696.77 | $240,696.77 | | LOAN PAYOFF |
| 05/01/25 | 05/22/25 | 05/21/25 | 05/21/25 | Wire | 20250521-00025211 | N | FIRST AMERICAN TITLE INSURANCE COMP | | | $2,498.50 | $1.21 | $2,499.71 | | BALANCE - CASH TO CLOSE 2106 MCGEE RD & 4760 AUSTELL RD SNELLVILLE GA 9960-6568925 (RC) |
| 05/01/25 | 05/22/25 | 05/21/25 | 05/21/25 | Wire | 20250521-00003736 | N | FIRST AMERICAN TITLE INSURANCE COMP | | | $36,218.18 | $17.52 | $36,235.70 | | 2106 MCGEE ROAD & 4760 AUSTELL RD SNELLVILLE GA FILE # 9960-6556925 (RC) |
| 05/01/25 | 05/22/25 | 05/22/25 | 05/22/25 | Wire | 20250522-00023578 | Y | Haven Real Estate Holdings of Snellville LLC | | | ($2,505,995.50) | | ($2,505,995.50) | | LOAN 128 AND 155 |
| | | | | | | | | | | ($2,227,278.82) | $42,825.58 | $1,771,341.16 | | |
| 05/23/25 | 05/30/25 | | 05/23/25 | | | | Interest on Prior Month's ending balance | $1,771,341.16 | $30,000.00 | $0.00 | $6,856.80 | $1,778,197.97 | $1,500.00 | |

First Liberty Capital Partners LLC
Loans to Haven Memory Care of Athens LLC,
Haven Real EState Holdings of Snellville LLC,
Haven Real Estate Holdigns of Athens, LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | End Balance | Penalty | Item Memo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/25 | 06/11/25 | | 06/01/25 | | | | Interest on Prior Month's ending balance | $1,778,197.97 | $30,000.00 | | $9,780.09 | $1,787,978.06 | $1,500.00 | |
| 06/01/25 | 06/11/25 | 06/11/25 | 06/11/25 | Wire | 20250611-00028442 | Y | HAVEN MEMORY CARE OF ATHENS LLC | | | ($26,666.67) | | ($26,666.67) | | |
| | | | | | | | | | | ($26,666.67) | $9,780.09 | $1,761,311.39 | | |
| 06/12/25 | 06/30/25 | | 06/12/25 | | | | Interest on Prior Month's ending balance | $1,761,311.39 | $30,000.00 | | $16,732.46 | $1,778,043.84 | $1,500.00 | |
| 07/01/25 | 07/31/25 | | 07/01/25 | | | | Interest on Prior Month's ending balance | $1,778,043.84 | $30,000.00 | $0.00 | $26,670.66 | $1,804,714.50 | $1,500.00 | |
| 08/01/25 | 08/31/25 | | 08/01/25 | | | | Interest on Prior Month's ending balance | $1,804,714.50 | $30,000.00 | $0.00 | $27,070.72 | $1,831,785.22 | $1,500.00 | |
| 09/01/25 | 09/23/25 | | 09/01/25 | | | | Interest on Prior Month's ending balance | $1,831,785.22 | $30,000.00 | $0.00 | $21,065.53 | $1,852,850.75 | $1,500.00 | |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Closing Costs | $392,799.24 |
| Draws | $3,127,116.15 |
| Unpaid Interest | $865,597.53 |
| Payments | ($2,532,662.17) |
| Balance | $1,852,850.75 |
| Late Payment Penalties | $63,187.50 |
| Balance Owed | $1,916,038.25 |

Notes:

Interest rate on notes is 18%.

Interest calculated based on acutal amount outstanding and additional draws.

Late/Non Payment penalties calculated as 5% of scheduled payment per terms of Promissory note.

Late/Non Payment penalties not included in ending balance calculation.

Closing costs includes interest for first month of loan.

Highlighted rows indicate a new loan to Haven.

# LAW OFFICES OF HENRY F. SEWELL, JR., LLC
## ATTORNEYS AT LAW
━━●•O•●━━

Henry F. Sewell, Jr.

Suite 555, 2964 Peachtree Road NW, Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

September 23, 2025

Haven Real Estate Holdings of Winder, LLC and Ms. Lisa Brown
c/o EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC
1220 Langford Drive
Building 200, Suite 101
Watkinsville, Georgia 30677
Attn: Kevin E. Epps            Sent electronically to kevin@ehdhlaw.com

Haven Real Estate Holdings of Winder, LLC
c/o Ms. Lisa Brown, individually and as Manager
705 Whitehead Road,
Athens, GA 30606

RE:    S. Gregory Hays, Receiver (the "**Receiver**") in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB (the "**Receivership**"); Promissory Note ("**Winder Note**") dated 01/24/24 in the amount of $2,000,000.00 for loan (the "**Winder Loan**") from First Liberty Capital Partners, LLC ("**First Liberty**") to Haven Real Estate Holdings of Winder LLC (" **Haven**"); Payoff letter for Winder Note

Dear Ms. Epps and Ms. Brown:

As you know, this firm represents the Receiver.  The Receiver is in receipt of a payoff demand for the Winder Note from counsel for the Haven entities.

In response to your request for a payoff for the obligations arising from the Winder Note, this letter serves to confirm the payoff for the Winder Note. As of September 19, 2025, the amount due under the Winder Note is $1,650,109.97. Such amount includes late payment penalties in the amount of $19,500 and interest in the amount of $300,884.07, but does not include all attorney's fees. The payoff set forth herein shall only be effective until September 30, 2025. In the event that such amount is not paid on or before September 30, 2025, interest and other charges shall continue to accrue.

Payment, payable to S. Gregory Hays, as Receiver, can be made via mail to S. Gregory Hays, Receiver for First Liberty Building & Loan & Related Entities, c/o Hays Financial Consulting, LLC, 2964 Peachtree Road, Suite 555, Atlanta, GA 30305 or via wire with wire instructions to be provided upon request.

September 23, 2025
Page 2 of 2

The Receiver reserves all rights and remedies with regard to this matter. Nothing contained in this letter shall be construed as a modification or waiver of any rights or remedies that the Receiver may have, all of which are expressly reserved in full. The Receiver will not forbear from exercising any of its rights and remedies as it deems necessary; rather, the specific intent of the Receiver to exercise promptly any and all rights and remedies, whether at law or in equity, that the Receiver deems necessary to protect the interests of the Receivership.

Please further note that this pay off is required at the request of Haven. The Receiver reserves all rights and defenses with respect to the recent litigation claim made by Haven to title to certain real estate located in Winder, Georgia. Payment of this obligation by Winder would not entitle it to any ownership interest or require the Receiver to release title to such real estate to Haven or any other party. The real property located in Winder is and remains the property of the Receivership upon satisfaction of the Winder Note.

Thank you for your attention to this letter.

Law Offices of Henry F. Sewell, Jr. LLC

By:     *Henry F. Sewell, Jr.*
         Henry F. Sewell, Jr.

Cc:     S. Gregory Hays, Receiver

First Liberty Capital Partners LLC
Haven Real Estate Holdings of Winder LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | Facility | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | Change In / End Balance | Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/24 | 01/31/24 | 01/24/24 | 01/24/24 | Closing Costs | Non Cash | Winder | N | Haven Real Estate Holdings of Winder LLC | $0.00 | $0.00 | $111,000.00 | n/a | $111,000.00 | |
| 02/01/24 | 02/29/24 | | 02/01/24 | | | | | | $111,000.00 | $0.00 | | $1,665.00 | $112,665.00 | |
| 02/01/24 | 02/29/24 | 02/02/24 | 02/02/24 | Check | 3510 | Winder | Y | HAVEN MEMORY CARE | | | $6,000.00 | $83.79 | $6,083.79 | |
| 02/01/24 | 02/29/24 | 02/06/24 | 02/05/24 | Check | 3513 | Winder | N | HAVEN REAL ESTATE HOLDINGS OF WINDER | | | $63,500.00 | $788.28 | $64,288.28 | |
| 02/01/24 | 02/29/24 | 02/12/24 | 02/12/24 | Check | 3521 | Winder | Y | HAVEN REAL ESTATE HOLDINGS OF WINDER | | | $38,000.00 | $334.14 | $38,334.14 | |
| 02/01/24 | 02/29/24 | 02/23/24 | 02/23/24 | Check | 3539 | Winder | Y | HAVEN MEMORY CARE | | | $75,000.00 | $232.76 | $75,232.76 | |
| | | | | | | | | | | | $182,500.00 | $3,103.97 | $296,603.97 | |
| 03/01/24 | 03/31/24 | | 03/01/24 | | | | | | $296,603.97 | $30,000.00 | | $4,449.06 | $301,053.03 | |
| 03/01/24 | 03/31/24 | 03/01/24 | 03/01/24 | Check | 3596 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $70,474.00 | $1,023.01 | $71,497.01 | |
| 03/01/24 | 03/31/24 | 03/08/24 | 03/08/24 | Check | 3600 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $76,731.00 | $853.94 | $77,584.94 | |
| 03/01/24 | 03/31/24 | 03/15/24 | 03/15/24 | Check | 3605 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $43,000.00 | $332.90 | $43,332.90 | |
| 03/01/24 | 03/31/24 | 03/22/24 | 03/15/24 | Check | 3603 | Winder | N | HDHP | | | $616.81 | $4.78 | $621.59 | |
| 03/01/24 | 03/31/24 | 03/22/24 | 03/22/24 | Check | 3610 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $26,000.00 | $113.23 | $26,113.23 | |
| 03/01/24 | 03/31/24 | 03/25/24 | 03/25/24 | Check | 8558727787 | Winder | N | US ASSURE (Builder's Risk Insurance) | | | $5,920.00 | $17.19 | $5,937.19 | |
| 03/01/24 | 03/31/24 | 04/01/24 | 03/28/24 | Check | 3616 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $35,900.00 | $52.11 | $35,952.11 | |
| | | | | | | | | | | | $258,641.81 | $6,846.22 | $562,091.99 | |
| 04/01/24 | 04/30/24 | | 04/01/24 | | | | | | $562,091.99 | $30,000.00 | | $8,431.38 | $570,523.37 | |
| 04/01/24 | 04/30/24 | 04/04/24 | 04/04/24 | Check | 3660 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $66,000.00 | $858.00 | $66,858.00 | |
| 04/01/24 | 04/30/24 | 04/12/24 | 04/12/24 | Check | 3670 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $13,000.00 | $117.00 | $13,117.00 | |
| 04/01/24 | 04/30/24 | 04/19/24 | 04/19/24 | Check | 3675 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $22,000.00 | $121.00 | $22,121.00 | |
| | | | | | | | | | | | $101,000.00 | $9,527.38 | $672,619.37 | |
| 05/01/24 | 05/31/24 | | 05/01/24 | | | | | | $672,619.37 | $30,000.00 | | $10,089.29 | $682,708.66 | |
| 05/01/24 | 05/31/24 | 05/03/24 | 05/03/24 | Check | 3706 | Winder | Y | HAVEN SENIOR CARE OF WINDER, LLC | | | $12,000.00 | $162.58 | $12,162.58 | |
| 05/01/24 | 05/31/24 | 05/14/24 | 05/10/24 | Check | 3744 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $11,500.00 | $116.85 | $11,616.85 | |
| 05/01/24 | 05/31/24 | 05/17/24 | 05/17/24 | Check | 3748 | Winder | Y | HAVEN SENIOR LIVING OF WINDER | | | $8,500.00 | $57.58 | $8,557.58 | |
| 05/01/24 | 05/31/24 | 05/28/24 | 05/24/24 | Check | 3756 | Winder | Y | HAVEN SENIOR LIVING OF WINDER | | | $11,500.00 | $38.95 | $11,538.95 | |
| | | | | | | | | | | | $43,500.00 | $10,465.26 | $726,584.63 | |
| 06/01/24 | 06/30/24 | | 06/01/24 | | | | | | $726,584.63 | $30,000.00 | | $10,898.77 | $737,483.40 | |
| 06/01/24 | 06/30/24 | 06/11/24 | 06/07/24 | Check | 3805 | Winder | Y | HAVEN SENIOR LIVING OF WINDER, LLC | | | $12,500.00 | $143.75 | $12,643.75 | |
| 06/01/24 | 06/30/24 | 06/24/24 | 06/14/24 | Check | 3812 | Winder | N | HDHP, LLC | | | $617.83 | $4.94 | $622.77 | |
| | | | | | | | | | | | $13,117.83 | $11,047.46 | $750,749.92 | |
| 07/01/24 | 07/31/24 | | 07/01/24 | | | | | | $750,749.92 | $30,000.00 | | $11,261.25 | $762,011.17 | |
| 07/01/24 | 07/31/24 | 07/11/24 | 07/03/24 | Check | 3873 | Winder | Y | HAVEN SENIOR LIVING OF WINDER | | | $8,500.00 | $115.16 | $8,615.16 | |
| 07/01/24 | 07/31/24 | 07/22/24 | 07/19/24 | Check | 3882 | Winder | Y | HAVEN SENIOR LIVING OF WINDER | | | $13,000.00 | $75.48 | $13,075.48 | |
| | | | | | | | | | | | $21,500.00 | $11,451.89 | $783,701.82 | |
| 08/01/24 | 08/31/24 | | 08/01/24 | | | | | | $783,701.82 | $30,000.00 | | $11,755.53 | $795,457.34 | |
| 08/01/24 | 08/31/24 | 08/06/24 | 08/02/24 | Check | 3924 | Winder | Y | HAVEN SENIOR LIVING OF WINDER | | | $28,000.00 | $392.90 | $28,392.90 | |
| | | | | | | | | | | | $28,000.00 | $12,148.43 | $823,850.25 | |
| 09/01/24 | 09/30/24 | | 09/01/24 | | | | | | $823,850.25 | $30,000.00 | | $12,357.75 | $836,208.00 | $1,500.00 |
| 09/01/24 | 09/30/24 | 09/09/24 | 09/06/24 | Check | 4009 | Winder | Y | HAVEN SENIOR LIVING OF WINDER | | | $14,500.00 | $174.00 | $14,674.00 | |
| | | | | | | | | | | | $14,500.00 | $12,531.75 | $850,882.00 | |
| 10/01/24 | 10/31/24 | | 10/01/24 | | | | | | $850,882.00 | $30,000.00 | | $12,763.23 | $863,645.23 | $1,500.00 |
| 10/01/24 | 10/31/24 | 10/25/24 | 10/25/24 | Check | 4081 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $17,300.00 | $50.23 | $17,350.23 | |
| | | | | | | | | | | | | $12,813.46 | $880,995.45 | |
| 11/01/24 | 11/30/24 | | 11/01/24 | | | | | | $880,995.45 | $30,000.00 | | $13,214.93 | $894,210.39 | $1,500.00 |
| 11/01/24 | 11/30/24 | 11/04/24 | 11/01/24 | Check | 4126 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $28,900.00 | $419.05 | $29,319.05 | |
| 11/01/24 | 11/30/24 | 11/12/24 | 11/11/24 | Check | 4137 | Winder | Y | HAVEN REAL ESTATE HOLDINGS OF WINDER, LLC | | | $14,758.00 | $140.20 | $14,898.20 | |
| 11/01/24 | 11/30/24 | 11/18/24 | 11/15/24 | Check | 4141 | Winder | Y | HAVEN REAL ESTATE HOLDINGS OF WINDER | | | $3,500.00 | $26.25 | $3,526.25 | |
| 11/01/24 | 11/30/24 | 12/02/24 | 11/27/24 | Check | 4147 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $30,000.00 | $45.00 | $30,045.00 | |
| | | | | | | | | | | | $77,158.00 | $13,845.43 | $971,998.89 | |
| 12/01/24 | 12/31/24 | | 12/01/24 | | | | | | $971,998.89 | $30,000.00 | | $14,579.98 | $986,578.87 | $1,500.00 |

First Liberty Capital Partners LLC
Haven Real Estate Holdings of Winder LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | Facility | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | Change In / End Balance | Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/24 | 12/31/24 | 12/09/24 | 12/06/24 | Check | 4197 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $78,150.00 | $945.36 | $79,095.36 | |
| 12/01/24 | 12/31/24 | 12/18/24 | 12/13/24 | Check | 4199 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $18,500.00 | $161.13 | $18,661.13 | |
| 12/01/24 | 12/31/24 | 12/26/24 | 12/20/24 | Check | 4208 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $22,500.00 | $119.76 | $22,619.76 | |
| | | | | | | | | | | | $119,150.00 | $15,806.23 | $1,106,955.12 | |
| 01/01/25 | 01/31/25 | | 01/01/25 | | | | | | $1,106,955.12 | $30,000.00 | | $16,604.33 | $1,123,559.45 | $1,500.00 |
| 01/01/25 | 01/31/25 | 01/03/25 | 01/03/25 | Check | 4259 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $38,600.00 | $522.97 | $39,122.97 | |
| 01/01/25 | 01/31/25 | 01/14/25 | 01/10/25 | Check | 4261 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $20,500.00 | $208.31 | $20,708.31 | |
| 01/01/25 | 01/31/25 | 01/21/25 | 01/17/25 | Check | 4266 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $45,800.00 | $310.26 | $46,110.26 | |
| 01/01/25 | 01/31/25 | 01/27/25 | 01/24/25 | Check | 4273 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $17,500.00 | $59.27 | $17,559.27 | |
| 01/01/25 | 01/31/25 | 02/07/25 | 01/31/25 | Check | 4278 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $11,000.00 | $0.00 | $11,000.00 | |
| | | | | | | | | | | | $133,400.00 | $17,705.13 | $1,258,060.25 | |
| 02/01/25 | 02/28/25 | | 02/01/25 | | | | | | $1,258,060.25 | $30,000.00 | | $18,870.90 | $1,276,931.16 | $1,500.00 |
| 02/01/25 | 02/28/25 | 02/07/25 | 02/07/25 | Check | 4329 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $9,000.00 | $101.25 | $9,101.25 | |
| 02/01/25 | 02/28/25 | 02/18/25 | 02/14/25 | Check | 4336 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $54,500.00 | $408.75 | $54,908.75 | |
| 02/01/25 | 02/28/25 | 02/21/25 | 02/21/25 | Check | 4337 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $39,978.00 | $149.92 | $40,127.92 | |
| 02/01/25 | 02/28/25 | 03/04/25 | 02/28/25 | Check | 4379 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $17,700.00 | $0.00 | $17,700.00 | |
| | | | | | | | | | | | $121,178.00 | $19,530.82 | $1,398,769.08 | |
| 03/01/25 | 03/31/25 | | 03/01/25 | | | | | | $1,398,769.08 | $30,000.00 | | $20,981.54 | $1,419,750.61 | $1,500.00 |
| 03/01/25 | 03/31/25 | 03/07/25 | 03/07/25 | Check | 4385 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $16,900.00 | $196.26 | $17,096.26 | |
| 03/01/25 | 03/31/25 | 03/17/25 | 03/14/25 | Check | 4388 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $11,500.00 | $94.60 | $11,594.60 | |
| 03/01/25 | 03/31/25 | 03/26/25 | 03/21/25 | Check | 4391 | Winder | Y | HAVEN RE HOLDINGS OF WINDER | | | $19,500.00 | $94.35 | $19,594.35 | |
| | | | | | | | | | | | $47,900.00 | $21,366.75 | $1,468,035.82 | |
| 04/01/25 | 04/30/25 | | 04/01/25 | | | | | | $1,468,035.82 | $30,000.00 | | $22,020.54 | $1,490,056.36 | $1,500.00 |
| 04/01/25 | 04/30/25 | 04/18/25 | 04/17/25 | Check | 4454 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $8,800.00 | $57.20 | $8,857.20 | |
| | | | | | | | | | | | $8,800.00 | $22,077.74 | $1,498,913.56 | |
| 05/01/25 | 05/31/25 | | 05/01/25 | | | | | | $1,498,913.56 | $30,000.00 | | $22,483.70 | $1,521,397.26 | $1,500.00 |
| 05/01/25 | 05/31/25 | 05/27/25 | 05/02/25 | Check | 4503 | Winder | N | HDHP, LLC | | | $619.01 | $8.69 | $627.70 | |
| 05/01/25 | 05/31/25 | 05/16/25 | 05/09/25 | Check | 4510 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $8,250.00 | $87.82 | $8,337.82 | |
| 05/01/25 | 05/31/25 | 06/03/25 | 05/30/25 | Check | 4563 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $2,900.00 | $1.40 | $2,901.40 | |
| | | | | | | | | | | | $11,769.01 | $22,581.62 | $1,533,264.18 | |
| 06/01/25 | 06/30/25 | | 06/01/25 | | | | | | $1,533,264.18 | $30,000.00 | | $22,998.96 | $1,556,263.15 | $1,500.00 |
| 06/01/25 | 06/30/25 | 06/16/25 | 06/13/25 | Check | 4589 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $11,600.00 | $98.60 | $11,698.60 | |
| 06/01/25 | 06/30/25 | 06/23/25 | 06/20/25 | Check | 4591 | Winder | Y | HAVEN RE HOLDINGS OF WINDER, LLC | | | $6,900.00 | $34.50 | $6,934.50 | |
| | | | | | | | | | | | $18,500.00 | $23,132.06 | $1,574,896.25 | |
| 07/01/25 | 07/31/25 | | 07/01/25 | | | | | | $1,574,896.25 | $30,000.00 | | $23,623.44 | $1,598,519.69 | $1,500.00 |
| 08/01/25 | 08/31/25 | | 08/01/25 | | | | | | $1,598,519.69 | $30,000.00 | | $23,977.80 | $1,622,497.49 | $1,500.00 |
| 09/01/25 | 09/30/25 | | 09/23/25 | | | | | | $1,622,497.49 | $30,000.00 | | $6,489.99 | $1,628,987.48 | $1,500.00 |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Closing Costs | $111,000.00 |
| Draws | $1,217,914.65 |
| Unpaid Interest | $300,072.83 |
| Payments | $0.00 |
| Balance | $1,628,987.48 |
| Late Payment Penalties | $19,500.00 |
| Balance Owed | $1,648,487.48 |

Notes:
Interest rate on notes is 18%.
Interest calculated based on acutal amount outstanding and additional draws.
Late/Non Payment penalties calculated as 5% of scheduled payment per terms of Promissory note.
Late/Non Payment penalties not included in ending balance calculation.
Closing costs includes interest for first month of loan.
Highlighted rows indicate a new loan to Haven.

First Liberty Capital Partners LLC
Haven Real Estate Holdings of Winder LLC

| Period Begin | Period End | Clear Date | Pmt Date | Type | Check/Wire # | Facility | On Haven Ledger | Item Payee | Beginning Balance | Payment Due | Draws (Payments) | Monthly Interest | Change In / End Balance | Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Monthly interest payment from March 2024 through August 2024 paid from interest reserve.