# EXHIBIT 16

# LAW OFFICES OF HENRY F. SEWELL, JR., LLC
## ATTORNEYS AT LAW

━━●•O•●━━

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW,  Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

January 6, 2025

***Via Certified Mail; Return Receipt Requested***
Haven Real Estate Holdings of Athens LLC
c/o Ms. Lisa Brown, individually and as Member
705 Whitehead Road
Athens, Georgia 30606

> RE:     S. Gregory Hays, Receiver in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia; **NOTICE OF FORECLOSURE of Property Subject to Deed to Secure Debt, Assignment of Rents and Security Agreement dated April 23, 2025, by and between HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC and FIRST LIBERTY CAPITAL PARTNERS LLC and Recorded at Book 5702; Page 206**

Dear Ms. Brown and Haven Real Estate Holdings of Athens LLC:

You are hereby notified that the Receiver will not be proceeding with foreclosure sale scheduled for January 6, 2026.   The Receiver's exercise of the power of sale in connection with the referenced Deed to Secure Debt, Assignment of Rents and Security Agreement has not been rescheduled as of transmission of this letter.  Notices of any rescheduling will be provided in accordance with the terms of the Deed to Secure Debt, Assignment of Rents and Security Agreement.   The Receiver reserves all rights with respect to the borrower's and guarantor's obligations to the Receivership Estate.

The name, address, and telephone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the Security Deed is as follows:

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053

Thank you for your attention to this Notice.

Law Offices of Henry F. Sewell, Jr. LLC
By:     ***Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Counsel for S. Gregory Hays, Receiver

CC:     Kevin E. Epps, sent electronically to kevin@ehdhlaw.com