# EXHIBIT 21

**Return recorded document to:**
THE WACHTER LAW FIRM
106 Hammond Drive NE
Atlanta, Georgia 30328
DEED PREPARATION ONLY

Parcel ID No. WN12 530

**eFiled and eRecorded**
**DATE: 02/09/2024**
**TIME: 12:33 PM**
**DEED BOOK: 2819**
**PAGE: 638 - 640**
**FILING FEES: $25.00**
**TRANSFER TAX: $0.00**
**PARTICIPANT ID: 1100136675**
**PT61: 007-2024-000421**
**RECORDED BY: AW**
**CLERK: Janie J. Jones**
**Barrow County, GA**

CROSS REFERENCE
Deed Book 2376, page 37
Deed Book 2700, page 792

## WARRANTY DEED IN LIEU OF FORECLOSURE

**THIS DEED** is made and entered into this the 9th day of February, 2024 by and between **FOUR SEASONS LIVING CENTER, LLC, a Georgia limited liability company,** (hereinafter referred to as "Grantor"), and **FIRST LIBERTY CAPITAL PARTNERS, LLC, a Georgia limited liability company** (hereinafter referred to as "Grantee").

WITNESSETH: That Grantor, for and in consideration of the sum of $10.00 and for other good and adequate consideration in hand paid at or before the sealing and delivery of these presents, including but not limited to the forbearance by grantee of its legal rights under the herein-below referenced Security Deed, the receipt and sufficiency whereof are hereby acknowledged, has granted, bargained, sold, aliened, conveyed, and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee all of Grantor's right, title, and interest of any kind or nature whatsoever in and to the following described property, to wit:

ALL THAT TRACT OR PARCEL OF LAND lying and being in the 243rd District, G.M., Barrow County, Georgia, being identified as Tract 2, containing 1.817 acres, as shown by that certain plat of survey entitled "Survey for Habitat/Prudential, Inc.", prepared by W.T. Dunahoo and Associates, Inc., certified by W.T. Dunahoo, Georgia Registered Surveyor No. 1577, dated October 10, 1988, revised November 29, 1988, and further revised December 16, 1988, and being of record in the Office of the Clerk of Superior Court of Barrow County, Georgia in Plat Book 32, page 107, which said plat and the recording thereof are by reference hereto incorporated herein for a more complete and detailed description.

Also conveyed is a 25' easement for ingress and egress across Tract One as shown on the above referenced plat of survey.

AND ALSO:

ALL THAT TRACT OR PARCEL OF LAND lying and being in the 243rd District, G.M., Barrow County, Georgia, being identified as Tract 1, containing 2.149 acres, as shown by that certain plat of survey entitled "Survey for Habitat/Prudential, Inc.", prepared by W. T. Dunahoo and Associates, Inc., certified by W. T. Dunahoo, Georgia Registered Surveyor No. 1577, dated October 10, 1988, revised November 29, 1988, and further revised December 16, 1988, and being of record in the Office of the Clerk of Superior Court of Barrow County, Georgia in Plat Book 32, page 107, which



said plat and the recording thereof are by reference hereto incorporated herein for a more complete and detailed description.

IT IS THE INTENT OF THE PARTIES HERETO THAT THIS INSTRUMENT CONSTITUTES A GENERAL WARRANTY DEED GIVEN IN LIEU OF FORECLOSURE OF THAT CERTAIN SECURITY DEED FROM GRANTOR HEREIN TO GRANTEE HEREIN, DATED AUGUST 27, 2020, RECORDED IN DEED BOOK 2376, PAGE 37, RE-RECORDED AT DEED BOOK 2700, PAGE 792, BARROW COUNTY, GEORGIA, DEED RECORDS. GRANTOR ACKNOWLEDGES THAT THE DEBT SECURED BY SAID SECURITY DEED IS IN DEFAULT AND THAT NOTICE OF DEFAULT HAS BEEN PROVIDED BY GRANTEE TO GRANTOR ACCORDING TO THE TERMS OF THE SECURITY DEED AND PROMISSORY NOTE. THIS DEED IS EXECUTED AND DELIVERED BY GRANTOR AND IS RECEIVED BY GRANTEE AS AN ABSOLUTE CONVEYANCE OF GRANTOR'S EQUITY OF REDEMPTION AND IS NOT INTENDED TO BE FURTHER SECURITY FOR THE AFOREMENTIONED INDEBTEDNESS OR ANY OTHER INDEBTEDNESS FROM GRANTOR TO GRANTEE. GRANTOR HEREBY DECLARES THAT THIS CONVEYANCE IS FREELY AND FAIRLY MADE.

IT IS THE EXPRESS INTENT OF GRANTOR AND GRANTEE THAT THE SECURITY DEED AND PROMISSORY NOTE SHALL NOT BE TERMINATED OR CANCELLED BY THIS CONVEYANCE BUT SHALL EXPRESSLY SURVIVE THIS CONVEYANCE. NOTHING CONTAINED HEREIN SHALL BE CONSTRUED TO IMPAIR THE RIGHTS OF GRANTEE, AS THE HOLDER OF THE SECURITY DEED AND PROMISSORY NOTE, WITH RESPECT TO THE REAL AND PERSONAL PROPERTY GRANTED AS COLLATERAL UNDER THE SECURITY DEED AND PROMISSORY NOTE, OR TO AFFECT IN ANY MANNER THE RIGHT OF THE HOLDER OF THE SECURITY DEED AND PROMISSORY NOTE TO FORECLOSURE, SELL, OR OTHERWISE PROCEED AGAINST ANY SUCH REAL AND PERSONAL PROPERTY. NO MERGER OF THE FEE ESTATE CONVEYED HEREBY WITH THE ESTATE, TITLE AND SECURITY INTEREST GRANTED BY THE SECURITY DEED AND PROMISSORY NOTE SHALL OCCUR (NOTWITHSTANDING THE FACT THAT TITLE TO ALL SUCH INTEREST MAY BE VESTED IN THE SAME PERSON OR ENTITY) UNTIL AND UNLESS THE HOLDER OF ALL OF SUCH INTERESTS SHALL EXECUTE AN APPROPRIATE INSTRUMENT EFFECTING SUCH MERGER AND SHALL DULY FILE THE SAME IN THE RECORDS OF THE CLERK OF SUPERIOR COURT OF BARROW COUNTY, GEORGIA. NOTHING CONTAINED HEREIN SHALL CONSTITUTE AN ASSUMPTION BY GRANTEE OF ANY OBLIGATIONS OF GRANTOR UNDER THE SECURITY DEED AND PROMISSORY NOTE.

**TO HAVE AND TO HOLD** the herein described real property, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

2

**AND THE SAID** Grantor will warrant and forever defend the right and title to the herein described real property unto Grantee against the claims of all persons owning, holding or claiming by, through or under said Grantor. Grantor declares that this conveyance is freely and voluntarily made without coercion and is an absolute conveyance and that no other agreements, oral or written, exist with respect to the herein described real property between Grantor and Grantee. Grantor hereby waives any and all right, title, and interest in the herein described real property that may now exist, or may hereinafter arise at law or in equity or otherwise, including, without limitation, any and all equity of redemption, any and all rights of reinstatement, and any and all rights arising under any moratorium or similar provision for debt relief.

**IN WITNESS WHEREOF**, Grantor has signed and sealed this Deed the date and year first written above.

Signed, sealed and
delivered in the
Presence of:

Four Seasons Living Center, LLC

By: _____ [SEAL]
Lesia Goodwin
n/k/a Lesia Carrie Boring
Its: Sole Member

_____
Unofficial Witness

FRED B WACHTER
NOTARY PUBLIC
COBB COUNTY GEORGIA
MY COMMISSION EXPIRES FEBRUARY 15, 2026

_____
Notary Public

3