# EXHIBIT 22



# Haven
## Senior Living

February 5, 2024

Mr. Mike Morris
169 W. Athens St., Apt 13
Winder, GA 30680

Dear Mr. Morris,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You

will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises

until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00

upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
*Haven Senior Living*
706-319-6461

Brant Frost, IV
*First Liberty Building & Loan*
770-253-4300

Hand Delivered and Received:

_____  2/5/24
Tenant Signature          Date

_____  2/5/24
Witness                   Date



# Haven
# Senior Living

February 5, 2024

Mr. Paul Alcorn
169 W. Athens St., Apt 14
Winder, GA 30680

Dear Mr. Alcorn,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
**Haven Senior Living**
706-319-6461

Brant Frost, IV
**First Liberty Building & Loan**
770-253-4300

Hand Delivered and Received:

_____  2/5/24
Tenant Signature          Date

_____  2/5/24
Witness                   Date



# Haven
## Senior Living

February 5, 2024

Ms. Mary Moore
169 W. Athens St., Apt 15
Winder, GA 30680

Dear Ms. Moore,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
*Haven Senior Living*
706-319-6461

Brant Frost, IV
*First Liberty Building & Loan*
770-253-4300

Hand Delivered and Received:

Tenant Signature                    Date

Witness                             Date   2/5/24



# Haven
# Senior Living

February 5, 2024

Mr. Steve Harris
169 W. Athens St., Apt 16
Winder, GA 30680

Dear Mr. Harris,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
**Haven Senior Living**
706-319-6461

Brant Frost, IV
**First Liberty Building & Loan**
770-253-4300

Hand Delivered and Received:

_____  2/5/24
Tenant Signature          Date

_____  2/5/24
Witness                   Date



# Haven
## Senior Living

February 5, 2024

Ms. Helen Page
169 W. Athens St., Apt 21
Winder, GA 30680

Dear Ms. Page,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
**Haven Senior Living**
706-319-6461

Brant Frost, IV
**First Liberty Building & Loan**
770-253-4300

Hand Delivered and Received:

_____
Tenant Signature                    Date

_____
Witness                             Date

2/5/04



# Haven
## Senior Living

February 5, 2024

Mr. Steve Pau
169 W. Athens St., Apt 4
Winder, GA 30680

Dear Mr. Pau,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
**Haven Senior Living**
706-319-6461

Brant Frost, IV
**First Liberty Building & Loan**
770-253-4300

Hand Delivered and Received:

_____  2/5/24
Tenant Signature                Date

_____  2/5/24
Witness                              Date



# Haven
## Senior Living

February 5, 2024

Ms. Wanda Broch
169 W. Athens St., Apt 5
Winder, GA 30680

Dear Ms. Broch,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
**Haven Senior Living**
706-319-6461

Brant Frost, IV
**First Liberty Building & Loan**
770-253-4300

Hand Delivered and Received:

Wanda Brock                    2/5/24
Tenant Signature               Date

_____             2/5/24
Witness                        Date



# Haven
# Senior Living

February 5, 2024

Ms. Jan Casper
169 W. Athens St., Apt 6
Winder, GA 30680

Dear Ms. Casper,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
**Haven Senior Living**
706-319-6461

Brant Frost, IV
**First Liberty Building & Loan**
770-253-4300

Hand Delivered and Received:

Tenant Signature          2/5/24
                          Date

Witness                   2/5/24
                          Date



# Haven
## Senior Living

February 5, 2024

Ms. Joan Crosby
169 W. Athens St., Apt 7
Winder, GA 30680

Dear Ms. Crosby,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
*Haven Senior Living*
706-319-6461

Brant Frost, IV
*First Liberty Building & Loan*
770-253-4300

Hand Delivered and Received:

Tenant Signature     Date   2/5/24

Witness     Date   2/25/24



# Haven
## Senior Living

February 5, 2024

Ms. Dot Stewart
169 W. Athens St., Apt 11
Winder, GA 30680

Dear Ms. Stewart,

You are hereby notified that this letter shall serve as a sixty (60) day notice to vacate the premises. You will be expected to pay your monthly rental for February 2024 and March 2024 to remain in the premises until April 1, 2024.

If you would be willing to vacate by February 18, 2024, we would offer to pay you the sum of $2,000.00 upon vacating the premises.

For any further information concerning this matter, please call Lisa Brown at 706-319-6461.

Sincerely,

Lisa Brown,RN,LPCHA
*Haven Senior Living*
706-319-6461

Brant Frost, IV
*First Liberty Building & Loan*
770-253-4300

Hand Delivered and Received:

_____    2/5/24
Tenant Signature              Date

_____    2/5/24
Witness                       Date