# EXHIBIT 23

**Sam Raley**

| | |
|---|---|
| **From:** | Kevin Epps <kevin@ehdhlaw.com> on behalf of Kevin Epps |
| **Sent:** | Thursday, October 16, 2025 8:13 AM |
| **To:** | Henry Sewell |
| **Cc:** | Lucy Rentz; Brittany Lane |
| **Subject:** | Re: Proposed Order on Motion to Stay |

Unless the court approves the offer and the sec agrees.  Which I believe we can achieve.  I will put it in writing.  How about I put everything in writing and we have a call at 12?

On Thu, Oct 16, 2025 at 8:11 AM Henry Sewell <hsewell@sewellfirm.com> wrote:
 What is her offer?

 Under the federal rules, the Receiver needs three appraisals for a private sale of property and the statute clearly favors auctions.

 I have a hearing at 11 but am otherwise available.

 Henry F. Sewell, Jr.
 Law Offices of Henry F. Sewell, Jr., LLC
 Suite 555
 2964 Peachtree Road NW
 Atlanta, Georgia 30305
 Direct:  404-926-0053
 Cell:     404-822-1785
 hsewell@sewellfirm.com

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Thursday, October 16, 2025 at 7:59 AM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Lucy Rentz <lucy@ehdhlaw.com>, Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Proposed Order on Motion to Stay

Henry you said you would previously recognize the investment she put in winder.  We sent it.  Have you looked?  There is no need to auction she will buy it.  Why cant we not get over this hump?  We are not removing the lid pendens and we have a valid claim.  She wants to buy.  She has worked for months on this including getting the zoning that is now approved max. And oh by the way we also assisted in helping get the zoning before the receiver was involved.  Let's get on the phone this morning and get this hammered out.

On Thu, Oct 16, 2025 at 7:55 AM Henry Sewell <hsewell@sewellfirm.com> wrote:
 On Winder, I have said consistently that if she can document the loan proceeds went into the property, the Receiver would consider relief from the Winder loan, but we need to see the proof.   If there are other funds she claims to have invested and those can be documented, we will certainly consider

that.   In the meantime, the Receiver is in the process of engaging an auctioneer to sell the Winder property with the zoning issue now resolved.   We need to move forward with a sale of that property.

On Athens, please let me know the specifics of what you are proposing.  We have no information regarding the operations in Athens and, as you know, hold an Assignment of Rents.   We need to see some financials and bank statements and the Receiver would like to arrange an inspection of the premises.  Again, I have said consistently that we will allow your client time to restructure this loan but must have payments, information and cooperation.

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:     404-822-1785
hsewell@sewellfirm.com

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Thursday, October 16, 2025 at 7:41 AM
**To:** Henry Sewell <hsewell@sewellfirm.com>, Lucy Rentz <lucy@ehdhlaw.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Proposed Order on Motion to Stay

Please do.

Henry I am filing the emergency motion to intervene this morning with supporting exhibits and affidavit unless we can reach an agreement on how to handle these foreclosures and the winder property.  I am willing to work with you on the terms of the forbearance agreement.  Lisa will catch up the payments and keep it current.  The source of the funds will be her on funds and a third party investor.

As for winder, I looked back at what we provided you and I was right that we showed she has invested over 240k to release liens on winder.  The descriptions and checks are there for your review.  She was also never paid her consulting fees.  She did all the work to save the winder the location and was never paid.  Yet another victim of Mr. Frost.

Get Outlook for iOS

**From:** Henry Sewell <hsewell@sewellfirm.com>
**Sent:** Thursday, October 16, 2025 7:03:27 AM
**To:** Lucy Rentz <lucy@ehdhlaw.com>
**Cc:** Kevin Epps <kevin@ehdhlaw.com>; Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Proposed Order on Motion to Stay

The form of this Order is fine with me.

I can present it to the Court if you would like.

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:    404-822-1785
hsewell@sewellfirm.com

**From:** Lucy Rentz <lucy@ehdhlaw.com>
**Date:** Wednesday, October 15, 2025 at 4:58 PM
**To:** hsewell@sewellfirm.com <hsewell@sewellfirm.com>
**Cc:** Kevin Epps <kevin@ehdhlaw.com>, Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Proposed Order on Motion to Stay

Mr. Sewell,

Please see the attached proposed order with Mr. Epps's edits.

--
Sincerely,

Lucy Rentz

**EPPS, HOLLOWAY, DELOACH & HOIPKEMIER, LLC**
1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677
lucy@ehdhlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

**Sam Raley**

---

| | |
|---|---|
| **From:** | Lisa Brown <lbrown@havenmemory.com> on behalf of Lisa Brown |
| **Sent:** | Wednesday, October 22, 2025 9:44 AM |
| **To:** | Brittany Lane; Kevin Epps; Lucy Rentz |
| **Subject:** | FW: View your latest Georgia Power bill. |

I had all the lights and ac units turned off the last time I went to the Winder building.  The power bill is almost $1500 this month.  Can we ask the receiver to please turn everything off?

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

---

**From:** G2georgiapps@southernco.com <G2georgiapps@southernco.com>
**Sent:** Wednesday, October 22, 2025 8:25 AM
**To:** Lisa Brown <lbrown@havenmemory.com>
**Subject:** View your latest Georgia Power bill.



Your new bill for **169 W\*\*\*\* ATHENS, WINDER** is now available for viewing and payment.

**Account number:**     **80098-61016**
Total amount due:     $1,480.53
Due date:     11/11/2025

**View & Pay Bill**

## Your activity:

Learn about different ways you can pay your bill.

**View ways to pay**

Manage energy usage for your business.

**View EnergyDirect**

Get outage information for your business.

**Learn More**

Thank you for being our customer.



### Discover energy-saving tips based on your industry.

Access the latest resources on energy-saving trends and technologies on our Business Energy Advisor webpage. Explore tips and proven strategies tailored to your business sector.

**Learn More**



### Report a streetlight outage with ease.

We've enhanced our "Report a Streetlight Outage" tool, making it easier to report outages in your area. Experience how the new interactive platform helps you precisely locate and report streetlight issues.

**Learn More**



### Save big with 25% more rebates on high-efficiency equipment.

Our Commercial Energy Efficiency Program now offers 25% more rebates to help your business optimize energy usage and minimize costs.

**Learn More**

    

This email was sent to you by Georgia Power to provide important information about your account and/or online products and services for which you are registered. You may receive customer service emails even if you have requested not to receive email marketing offers from us. Your account information is included above to help you recognize this as a customer care email.

***Please do not reply to this email.***

If you have questions, please contact us or call our Business Service Center at 1-888-655-5888.

If you need to update your account, please visit email information and preferences.

Georgia Power   |   241 Ralph McGill Blvd.   |   Atlanta, GA 30308

# LAW OFFICES OF HENRY F. SEWELL, JR., LLC
## ATTORNEYS AT LAW

——●•O•●——

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW,  Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

October 31, 2025

***Via Certified Mail; Return Receipt Requested***
Haven Real Estate Holdings of Athens LLC
c/o Ms. Lisa Brown, individually and as Member
705 Whitehead Road
Athens, Georgia 30606

      RE:    S. Gregory Hays, Receiver in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia; **NOTICE OF FORECLOSURE of Property Subject to Deed to Secure Debt, Assignment of Rents and Security Agreement dated April 23, 2025, by and between HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC and FIRST LIBERTY CAPITAL PARTNERS LLC and Recorded at Book 5702; Page 206**

Dear Ms. Brown and Haven Real Estate Holdings of Athens LLC:

You are hereby notified that proceedings to exercise the power of sale in the above referenced Deed to Secure Debt, Assignment of Rents and Security Agreement have been initiated and that the property referenced above is scheduled for a foreclosure sale. Enclosed is a copy of the notice of sale submitted to the publisher. The sale will be on December 2, 2025, at Clarke County Courthouse between the hours of 10:00 AM and 4:00 PM. **THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The name, address, and telephone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the Security Deed is as follows:

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053

           Thank you for your attention to this Notice.

           Law Offices of Henry F. Sewell, Jr. LLC
           By:   ***Henry F. Sewell, Jr.***
               Henry F. Sewell, Jr.
               Counsel for S. Gregory Hays, Receiver

CC:   Kevin E. Epps, sent electronically to kevin@ehdhlaw.com

## Sam Raley

| | |
|---|---|
| **From:** | Henry Sewell <hsewell@sewellfirm.com> on behalf of Henry Sewell |
| **Sent:** | Tuesday, November 25, 2025 3:15 PM |
| **To:** | Kevin Epps |
| **Cc:** | Brittany Lane |
| **Subject:** | Re: Haven Athens |
| **Attachments:** | Haven Real Estate of Athens Subpoena.pdf; Haven MC Subpoena.pdf; Lisa Brown Subpoena.pdf; Haven Winder Subpoena.pdf |

Kevin:

Please find attached four subpoenas issued by the Receiver pursuant to the Receiver Order.  We had hoped that your client would cooperate in voluntarily providing information and documents but since she has failed to do so, we will now proceed formally.   My understanding is that all of the financial information should have already been collected as part of Ms. Brown's negotiations with possible lenders.

Please let me have dates for your client's availability for a deposition, in her personal and corporate capacities for the week of December 15.

With respect to the status:

First, it is my understanding that your client has requested a payoff for each off the Athens and Winder Notes contingent on the Receiver both releasing the Athens lien and conveying title to the Winder property at closing.  It is further my understanding that your client seeks conveyance of the Winder property in exchange for payment of the Winder Note which is approximately $1.6 Million.  The Winder Property is worth between $3 and $4 Million and the Receiver has made clear — repeatedly — that he will not convey the Winder Property in exchange for the payment of just the Winder Note.   Further, First Liberty never made such an agreement prior to the appointment of the Receiver.

If your client would like a "clean" pay off request for just Haven Athens to supplement the one we previously provided, please let me know.  The Receiver remains prepared to release the Athens property upon payment in full of the Athens Note.    The issues related to the Winder Property would be dealt with separately.

Second, the Receiver reiterates his prior offer of forbearance on the Havens Athens Note to give your client time to refinance the Note in exchange for the following:  (i) good faith payment of $120,000 plus an agreement to make monthly payments of $30,000 commencing January 1, 2026; (ii) the financial information listed in the attached subpoenas; (iv) proof of insurance with the Receiver listed as a Loss Payee on all policies and (iv) an agreement to permit a representative of the Receiver to inspect the Athens facility as expressly permitted in the loan documents.  This agreement would not reinstate the loan but simply give your client time to refinance it.   The Receiver would be agreeable to a 90 day forbearance.

Given that we currently know nothing about the operations at the Haven Athens facility, the Receiver will post-pone the foreclosure auction one final time but will re-advertise in December for a January sale.   The Receiver will insist that the attached discovery be completed in December.

Third, with respect to Winder, the Receiver has directed that I proceed with the filing of a Motion to Sell the Winder Property Free and Clear.  If you want to bring your lawsuit asserting title in the Federal Court, the Receiver will agree to this (or may bring his own action) but be advised that given the lack of merit for the claims asserted by your client, the Receiver will be seeking attorneys fees for defending this action as well as for damages for any diminution in value of the Property.   I will also reiterate the Receiver's proffer with respect to the Winder Property which is that if the Lis Pendens is released the Receiver will consider some forgiveness for the Winder Note and Ms. Brown's guaranty thereof for any monies which Ms. Brown can document went into the construction of the Winder Property.   This does mean proof of payment to vendors contractors etc.

Please let me know if you have any questions.

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:     404-822-1785
hsewell@sewellfirm.com

---

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Friday, November 21, 2025 at 6:58 PM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Haven Athens

And I will acknowledge your lawsuit once I see it but take in mind if you do it, I am going to move to lift the stay with the pending litigation with the federal court.  I am really ready to get this before a court and stop this ridiculous dance with you.

On Fri, Nov 21, 2025 at 5:02 PM Henry Sewell <hsewell@sewellfirm.com> wrote:
Kevin:

With respect to the pay off for the Haven Athens loan, please let me have the contact information for the bank so that I can coordinate with them and confirm that there is a replacement loan for the Haven Athens loan in place which is not contingent upon delivery of the Haven Winder property.  They can contact me at the number below.

With respect to Haven Winder, the Receiver will provide a pay off, but as we have repeatedly advised you, the Receiver will not convey title for the Winder property in exchange for the payment of the Haven Winder note.   You obviously know that since it has been the subject of several prior communications.  The market value of this property is at least $3 Million.

To the extent that the payoffs your client is requesting are contingent on the Receiver conveying title to the Winder Property in exchange for the payment of the Haven Winder Note in the approximate amount of $1.6 Million, that condition is — again — rejected by the Receiver.

If you are making some other proposal on the Winder property, please let me know,

Unless I have some proof that there is a replacement loan in place for the Haven Athens loan, the Receiver will proceed with litigation.   I assume you will acknowledge service for your client.

Please advise.
Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:     404-822-1785
hsewell@sewellfirm.com

---

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Wednesday, November 19, 2025 at 7:35 AM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** RE: Haven Athens

The meeting went very well.  As to the bank that she met with, it is the bank that provided the commitment letter.  I am not sure why we would meet with another bank.

We need a final payout from you for November 28, 2025 for both loans.  This again contingent upon the transfer for the Winder Property.

You now have all the documentation showing my client used one of the loans to improve the property and she put her own money into the project.  You keep asking for more documentation that we don't have and I don't believe is necessary.  If you are seeking the actual invoices from the vendors who provided the construction work on the project, we have a whole different project of production ahead of us.

I am ready to get this over with at this point.

Sincerely,

Kevin Edward Epps
Attorney

1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677
kevin@ehdhlaw.com
Phone: 706.508.4000
Fax: 706.842.6750

3



This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

**From:** Henry Sewell <hsewell@sewellfirm.com>
**Sent:** Monday, November 17, 2025 7:24 PM
**To:** Kevin Epps <kevin@ehdhlaw.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Haven Athens

What Bank did your client meet with today and what were the results of that meeting.

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Sunday, November 16, 2025 at 11:00 PM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** RE: Haven Athens

I am not going to agree on a date with you without a court order on how it will be conducted. This is a facility with people who have serious medical illnesses. So lets go to the court with that issue.

You make it out like we have not been trying to work out with you. I was one that asked for payments to be made to show good faith. And I am tried of doing your job. If you cant find what I have sent that is on you.

And I have already been talking with the SEC attorneys. Thus the consent order that was entered in the other case. But I will certainly be calling.

Sincerely,

Kevin Edward Epps
Attorney

1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677
kevin@ehdhlaw.com
Phone: 706.508.4000
Fax: 706.842.6750



This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

**From:** Henry Sewell <hsewell@sewellfirm.com>
**Sent:** Sunday, November 16, 2025 10:41 PM
**To:** Kevin Epps <kevin@ehdhlaw.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Haven Athens

I have a one  page letter from a bank that says nothing more than they are considering making a loan to your client — nothing else.   No financial information about your client has been provided.   You called me three weeks ago and told me that your client wanted to refinance the Athens debt and I have heard nothing substantive since then.

Please provide a day or days this week that the Receiver can send someone to conduct an inspection of the Receiver's collateral.  Please also direct me to the communication you have sent to me containing the financial information about Haven Atlanta and Ms. Brown and containing "proof" of the uses of the Winder funds.

Feel free to call the SEC, I would imagine they will want some explanation as to why your client has not made any payments on her note since the Receivership was filed and what uses your client made of investor funds.

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:     404-822-1785
hsewell@sewellfirm.com

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Sunday, November 16, 2025 at 8:52 PM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** RE: Haven Athens
Henry,

I am not going to get into this back and forth with you again.  I am tired of sending you things and then you claim you don't get them.  What do you mean I promised you a payoff and an offer?  You have received multiple offers for the winder location.  We are paying off the loans with a traditional bank loan.  Do you not get this?  That is why I sent you the letter.

You are hiding behind a court order to harass my client at this point.  You don't read what I send you and then what you do read you rely upon to say that you have done work.  Amazingly you rely on my calculations for the payoff. And you constantly move the ball after I provide you with information.

5

Now that the government is opened back up, I plan on speaking with the SEC lawyers who you and client answer to and bring them up to speed as to what is going on.

I am also going to file the motion to intervene so I can make the court aware of what is going on.

We will stop the foreclosure with either an agreed upon deal or ask the court to intervene.


Sincerely,

Kevin Edward Epps
Attorney

1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677
kevin@ehdhlaw.com
Phone: 706.508.4000
Fax: 706.842.6750

**EHDH**
Epps, Holloway, DeLoach Hoipkemier, LLC

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

---

**From:** Henry Sewell <hsewell@sewellfirm.com>
**Sent:** Sunday, November 16, 2025 8:39 PM
**To:** Kevin Epps <kevin@ehdhlaw.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Haven Athens

I have not received what was sent to the bank. All I have is a one page term sheet from the bank. Despite several requests, we have no financial information about Haven Athens or Ms. Brown.

I need a date next week for the Receiver to conduct an inspection of the Haven Athens facility,

I have not received proof of what she personally put into the Winder property or of what happened to the funds advanced by First Liberty for Winder. You have sent me lists of draws and copies of checks issued by First Liberty — but no evidence as to how the funds were spent.

You have been promising a pay off of Athens and an offer on Winder for weeks now and have delivered nothing.

She will need to make a payment to stop the foreclosure. She has not paid debt service for several months and should have accumulated significant cash.

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:     404-822-1785
hsewell@sewellfirm.com

---

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Sunday, November 16, 2025 at 8:05 PM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** RE: Haven Athens

Henry,

We have a meeting with the bank tomorrow to finalize the terms of the loan they are willing to do.

We sent you what we provided the bank.  Did you not get it?

Also we need to talk about the purchase of the Winder Property.  We sent you the proof of what she personally put in the property in Winder.

In short, we just need to pay off the loans which would include the past due money owed and get an agreement on the sale of the winder property prior to the foreclosure date.  There is no reason for her to carry the debt at this interest rate of a bank is willing to do a traditional loan with a reasonable interest rate.

Sincerely,

Kevin Edward Epps
Attorney

1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677
kevin@ehdhlaw.com
Phone: 706.508.4000
Fax: 706.842.6750



This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

---

**From:** Henry Sewell <hsewell@sewellfirm.com>
**Sent:** Friday, November 14, 2025 5:14 PM
**To:** Kevin Epps <kevin@ehdhlaw.com>

**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Haven Athens

Kevin:

Following up on this.  What is the status of the refinance?   With the government shut down over, the District Court has lifted the stay in the SEC Case.

In order to avoid a foreclosure on December 2, the Trustee requires a payment of $120,000 which constitutes four months of payments due under the Note at 18% interest.    I know that Mr. Frost initially set a monthly payment of $26,667.67  after the $2.0 million loan dated April 23, 2025.  This is basically the $2.0 million loan at 16%. Haven Memory Care of Athens made one wire on 6/11/2025 for $26,667.67.   The problem is that the rate on the loan was 18% so the monthly payment should have been $30,000.

In addition, monthly payments would be required to be made during any forbearance period in that amount.  These payments would not cure the existing defaults or reinstate the Note but the Receiver would agree to forbear from foreclosing on December 2 and would not advertise a foreclosure sale in December.   The Receiver would also expect the financial information requested and also wants his representative to inspect the premises.    I am assuming that if Ms. Brown is talking to one or more banks that she has collected current financials for herself and her business and can provide bank statements.    This agreement would be documented in a short agreement.

Please let me know where things stand on all of this.


 Henry


Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:     404-822-1785
hsewell@sewellfirm.com

---

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Monday, November 3, 2025 at 3:27 PM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** RE: Letter From The Bank
Will do.  I want get payments caught up and get this behind us.  Henry do you have an amount that we need to pay to show good faith?

Sincerely,

Kevin Edward Epps
Attorney

1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677
kevin@ehdhlaw.com
Phone: 706.508.4000
Fax: 706.842.6750



This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

**From:** Henry Sewell <hsewell@sewellfirm.com>
**Sent:** Monday, November 3, 2025 3:24 PM
**To:** Kevin Epps <kevin@ehdhlaw.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Re: Letter From The Bank

Thank you, please provide me with a copy of the underwriting materials provided to the Bank.

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305
Direct:  404-926-0053
Cell:    404-822-1785
hsewell@sewellfirm.com

**From:** Kevin Epps <kevin@ehdhlaw.com>
**Date:** Monday, November 3, 2025 at 3:09 PM
**To:** Henry Sewell <hsewell@sewellfirm.com>
**Cc:** Brittany Lane <brittany@ehdhlaw.com>
**Subject:** Letter From The Bank
Henry,

Please find attached the letter from Classic City Bank regarding Lisa Brown and Haven Memory Care of Athens, LLC.

Sincerely,

Kevin Edward Epps
Attorney

1220 Langford Drive
Building 200 Suite 101
Watkinsville, Georgia 30677

9

kevin@ehdhlaw.com
Phone: 706.508.4000
Fax: 706.842.6750



This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally prohibited from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email or telephone at 706-508-4000, and delete all copies of the message.

# LAW OFFICES OF HENRY F. SEWELL, JR., LLC
## ATTORNEYS AT LAW

———◦———

Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW,  Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

December 2, 2025

***Via Certified Mail; Return Receipt Requested***
Haven Real Estate Holdings of Athens LLC
c/o Ms. Lisa Brown, individually and as Member
705 Whitehead Road
Athens, Georgia 30606

RE:   S. Gregory Hays, Receiver in case styled *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia; **NOTICE OF FORECLOSURE of Property Subject to Deed to Secure Debt, Assignment of Rents and Security Agreement dated April 23, 2025, by and between HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC and FIRST LIBERTY CAPITAL PARTNERS LLC and Recorded at Book 5702; Page 206**

Dear Ms. Brown and Haven Real Estate Holdings of Athens LLC:

You are hereby notified that proceedings to exercise the power of sale in the above referenced Deed to Secure Debt, Assignment of Rents and Security Agreement have been initiated and that the property referenced above is scheduled for a foreclosure sale. Enclosed is a copy of the notice of sale submitted to the publisher. The sale will be on January 6, 2026, at Clarke County Courthouse between the hours of 10:00 AM and 4:00 PM. **THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The name, address, and telephone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the Security Deed is as follows:

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053

Thank you for your attention to this Notice.

Law Offices of Henry F. Sewell, Jr. LLC
By:   ***Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Counsel for S. Gregory Hays, Receiver

CC:   Kevin E. Epps, sent electronically to kevin@ehdhlaw.com

STATE OF GEORGIA
COUNTY OF CLARKE

NOTICE OF SALE UNDER POWER

Pursuant to the power of sale contained in the Deed to Secure Debt; Assignment of Rents and Security Agreement (the "Security Deed") executed by HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC to FIRST LIBERTY CAPITAL PARTNERS LLC in the original principal amount of $2,000,000.00 dated April 23, 2025, and recorded in Deed Book 5702, Page 206, Clarke County records, the undersigned will sell at public outcry to the highest bidder for cash, before the Courthouse door in said County, or at such other place as lawfully designated, within the legal hours of sale, on the first Tuesday of January, 2026, January 6, 2026, the property in said Security Deed and described as follows:

All that lot, tract or parcel of land lying situate and being in GMD 1347, City of Athens, Clarke County, Georgia, being all of that property shown on a survey for A Place in Time, Inc., et. al., prepared by Barry D. Lord, Georgia registered Land Surveyor, dated March 15, 2005, and being more fully described according to said survey as follows: Beginning at an iron pin located on the southern right of way of Whitehead Road (80 foot right of way), said iron pin being located south 69 degrees 21 minutes 30 seconds east 40.65 feet from the centerline intersections of Whitehead Road and Hunt Road, thence from said beginning iron pin running along the southeastern right of way of Whitehead Road the following courses and distances: north 20 degrees 07 minutes 54 seconds east 287.29 feet to an iron pin, north 24 degrees 36 minutes 51 seconds east 233.97 feet to an iron pin; thence leaving said right of way and running south 63 degrees 09 minutes 51 seconds east 612.03 feet to an iron pin; thence running south 05 degrees 00 minutes east 623.79 feet to an iron, thence running north 62 degrees 57 minutes 10 seconds west 666.49 feet to an iron pin; thence running north 62 degrees 50 minutes 27 seconds west 366.14 feet to the beginning iron pin.

To the best of the undersigned's knowledge, the party or parties in possession of said property is/are HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC or tenant(s). The debt secured by said Security Deed has been and is hereby declared due and payable because of, among other possible events of default, failure to pay the indebtedness as provided for in the Promissory Note and said Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same, any obligations of HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC to FIRST LIBERTY CAPITAL PARTNERS LLC, and all obligations to FIRST LIBERTY CAPITAL PARTNERS LLC of entities related to HAVEN REAL ESTATE HOLDINGS OF ATHENS, LLC by common ownership and control, and all expenses of sale, including attorney's fees (notice of intent to collect attorney's fees having been given).

Said property will be sold subject to the following: (1) any outstanding ad valorem taxes (including taxes which are a lien, whether or not yet due and payable); (2) the right of redemption of any taxing authority; (3) any matters which might be disclosed by an accurate survey and inspection of the property; and (4) any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above. Said property will be sold on an as-is basis without any representation, warranty or recourse against the above-named or the undersigned.

Said sale will be conducted subject to the following: (1) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (2) final confirmation and audit of the status of the loan with the holder of the Security Deed.

The holder of the Security Deed to the property S. Gregory Hays, not individually, but as Court-Appointed Receiver for FIRST LIBERTY CAPITAL PARTNERS LLC pursuant to the Order Appointing Receiver dated July 11, 2025 in Case 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia.

The name, address, and telephone number of the individual or entity who has full authority to negotiate, amend, and modify all terms of the mortgage is as follows:

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053

Note that pursuant to O.C.G.A. § 44-14-162.2, the above individual or entity is not required by law to negotiate, amend, or modify the terms of the mortgage.
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

The holder of the Security Deed to the property S. Gregory Hays, not individually, but as Court-Appointed Receiver for FIRST LIBERTY CAPITAL PARTNERS LLC pursuant to the Order Appointing Receiver dated July 11, 2025 in Case 1:25-cv-3826-MLB in the District Court for the Northern District of Georgia.

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053