# EXHIBIT 25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| EDWIN BRANT FROST iv and FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERs LLC, FIRST NATIONAL INVESTMENTS  LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY AND ADVISORY GROUP INC., and THE LIBERTY GROUP LLC, | : | |
| | : | |
| Relief Defendants. | : | |

### AFFIDAVIT OF LISA M. BROWN

Personally, appeared before me, the undersigned officer duly authorized by law to administer oaths, LISA M. BROWN, who after being duly sworn, states the following:

1.     My name is Lisa M. Brown. I am over the age of 21 years, of sound mind, and competent to testify to the matters set forth herein. I am under no legal disability that would prevent me from accurately giving this affidavit. I have

personal knowledge of all facts stated herein. If called to testify, I would testify to each of the facts contained herein under oath.

2.     I am giving this affidavit in support of the Motion to Intervene of Lisa Brown in the above-styled matter.

3.     I received three (3) separate loans brokered by Edwin Brant Frost IV ("Frost") from his company, First Liberty Capital Partners, LLC ("First Liberty") dated May 23, 2023, January 24, 2024, and April 23, 2025, totaling over $5,000,000.00 in principal. These loans were connected to my work managing memory care facilities as the operator of Haven Memory Care of Athens, LLC and Haven Memory Care of Snellville, LLC.

4.     I never received the total principal amount of all three loans in full prior to the shutdown of First Liberty. The actual amount which I received from First Liberty, which is approximately half of the full combined principal amount across the three notes,  is reflected in a full accounting of all transactions between myself, my entities, Frost, and First Liberty and its associated entities created through a good faith review of all records available to me at this time (the "First Liberty Loans Accounting"). The First Liberty Loans Accounting does not include certain tax payments made by First Liberty on my behalf because I have repeatedly requested the records of those payments from Frost, First Liberty, and their agents to no avail.

A true and correct copy of the First Liberty Loans Accounting is attached hereto as Exhibit A.

5.    The First Liberty Loans Accounting also includes payments made by me towards my loans with First Liberty. I made one payment in the amount of $2,503,497.00 to First Liberty on May 19, 2025, and one payment in the amount of $26,666.67 on June 13, 2025.

6.    After working with Frost to obtain the first two loans from First Liberty, Frost approached me regarding a project that would involve me taking out a third loan in the principal amount of $2,000,000.00 in relation to a specialized care home in Winder which he had repossessed and now held the title to through one of his entities (the "Winder Property") which he wanted me to purchase, renovate and run due to its poor performance (the "Winder Project").

7.    At the close of the Winder Project, pursuant to the agreement brokered by Frost, he promised to deed me the Winder Property and in turn I could opt to run it or sell it and use the proceeds from the sale of the Winder Property in addition to a loan from the United States Small Business Administration ("SBA Loan") in order to pay off my debts to First Liberty.

8.    The Winder Property is located at 169 West Athens Street, Winder, Georgia 30680.

9.      In May 2025, I reached an agreement to sell the Winder Property to North Georgia Recovery Center, LLC, who subsequently terminated the agreement during the inspection period due to the news of Frost and First Liberty's fraud breaking to the public.

10.     It was my intention to use a portion of the proceeds from the sale of the Winder Property to resolve my debts to First Liberty in full.

11.     I requested payoff balances on all my loans with First Liberty from Frost personally via email and from multiple other agents of First Liberty for an extended period beginning in or around May 2025, and informally via phone for approximately two months leading up to May 2025. I never received such payoff balances.

12.     After obtaining counsel and following the appointment of S. Gregory Hayes ("Receiver") as the receiver in the above-styled action, I subsequently made multiple requests to Receiver for the same payoff balances via letters dated August 22, 2025 and September 8, 2025 to no avail.

13.     To date, I have not received any of the payoff balances I have repeatedly requested from any agent of First Liberty including, but not limited to, Frost and Receiver.

14.   Based upon the incomplete documentation I possess regarding my loans with First Liberty, I am facing a per diem of over $1,000.00 per day on my loans with First Liberty.

15.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Lisa M. Brown

Sworn to and subscribed before me

This _____ day of September 2025.

_____
Notary Public

My commission expires: _____