# EXHIBIT 29

## Lisa Brown

| | |
|---|---|
| **From:** | Lisa Brown |
| **Sent:** | Thursday, July 3, 2025 5:09 PM |
| **To:** | ancient.oval.slush.pottery.release@addtodropbox.com |
| **Subject:** | FW: $2M Athens Note - Wiring instructions |
| **Attachments:** | Truist Wiring FLCF.pdf |

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com

 **Haven**
**Memory Care**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Brant Frost IV <bf4@firstlibertyga.com>
**Sent:** Tuesday, June 10, 2025 5:38 PM
**To:** Lisa Brown <lbrown@havenmemory.com>
**Subject:** $2M Athens Note - Wiring instructions

Lisa,

1

Good afternoon.  I meant to get these to you last week per your request, Jayme has been out sick this week but here they are.

The monthly payments starting June 1st are $26,666.67 per mo.  16% interest only on $2M.

This is for the $2M loan we did to pay off BOZK, Vicki Robinson and related taxes, costs and fees.

Please send this to us tomorrow if possible, but by Friday at the latest.

Jayme is working on getting your remaining loans reconciled.  It is a significant task with all the moving parts with all the different
funding we have been doing for you over the years, but he will have that for you later this week.

Congratulations on getting Snellville sold!  Now if we can do the same thing for Winder, life will be much simpler.

Regards,

BFIV

Brant Frost, IV
**First Liberty Building & Loan**
Newnan, GA
770-253-4300-office
404-664-9086-cell



From: Jayme Sickert <jsickert@firstlibertyga.com>
Sent: Friday, May 16, 2025 12:31 PM
To: Lisa Brown <lbrown@havenmemory.com>; Brant Frost IV <bf4@firstlibertyga.com>; michael bailey <mbcre@outlook.com>
Subject: RE: Wiring instructions

I'm so sorry – I meant to send this first thing this morning!


Jayme S Sickert
*Director of Compliance*

*First Liberty Building and Loan*

*14 Greenville St.*
*Newnan, GA 30263*
(770) 335-6178   mobile
(770) 253-4300   office



**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Friday, May 16, 2025 12:29 PM
**To:** Brant Frost IV <bf4@firstlibertyga.com>; Jayme Sickert <jsickert@firstlibertyga.com>; michael bailey <mbcre@outlook.com>
**Subject:** Wiring instructions

**Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Good morning, we need wiring instructions for Snellville funds.  Thanks! Lisa

Get Outlook for iOS

3

## Lisa Brown

**From:** Lisa Brown
**Sent:** Thursday, July 3, 2025 5:44 PM
**To:** ancient.oval.slush.pottery.release@addtodropbox.com
**Subject:** FW: $2M Athens Note - Wiring instructions

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Lisa Brown
**Sent:** Thursday, June 26, 2025 11:52 AM
**To:** Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** RE: $2M Athens Note - Wiring instructions

Good morning and happy thursday!  I haven't received anything from Jayme yet.  Do you know the status?

1

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Brant Frost IV <bf4@firstlibertyga.com>
**Sent:** Tuesday, June 10, 2025 5:38 PM
**To:** Lisa Brown <lbrown@havenmemory.com>
**Subject:** $2M Athens Note - Wiring instructions

Lisa,

Good afternoon. I meant to get these to you last week per your request, Jayme has been out sick this week but here they are.

The monthly payments starting June 1st are $26,666.67 per mo. 16% interest only on $2M.

This is for the $2M loan we did to pay off BOZK, Vicki Robinson and related taxes, costs and fees.

Please send this to us tomorrow if possible, but by Friday at the latest.

Jayme is working on getting your remaining loans reconciled. It is a significant task with all the moving parts with all the different

2

funding we have been doing for you over the years, but he will have that for you later this week.

Congratulations on getting Snellville sold! Now if we can do the same thing for Winder, life will be much simpler.

Regards,

BFIV

Brant Frost, IV
**First Liberty Building & Loan**
Newnan, GA
770-253-4300-office
404-664-9086-cell



**From:** Jayme Sickert <jsickert@firstlibertyga.com>
**Sent:** Friday, May 16, 2025 12:31 PM
**To:** Lisa Brown <lbrown@havenmemory.com>; Brant Frost IV <bf4@firstlibertyga.com>; michael bailey <mbcre@outlook.com>
**Subject:** RE: Wiring instructions

I'm so sorry – I meant to send this first thing this morning!

Jayme S Sickert
*Director of Compliance*

*First Liberty Building and Loan*
*14 Greenville St.*
*Newnan, GA 30263*
(770) 335-6178    mobile
(770) 253-4300    office

3



**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Friday, May 16, 2025 12:29 PM
**To:** Brant Frost IV <bf4@firstlibertyga.com>; Jayme Sickert <jsickert@firstlibertyga.com>; michael bailey <mbcre@outlook.com>
**Subject:** Wiring instructions

**Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Good morning, we need wiring instructions for Snellville funds.  Thanks! Lisa

Get Outlook for iOS

4

## Lisa Brown

| | |
|---|---|
| **From:** | Lisa Brown |
| **Sent:** | Thursday, July 3, 2025 5:46 PM |
| **To:** | ancient.oval.slush.pottery.release@addtodropbox.com |
| **Subject:** | FW: Closing |

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Lisa Brown
**Sent:** Tuesday, May 27, 2025 8:16 AM
**To:** Jayme Sickert <jsickert@firstlibertyga.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** RE: Closing

Good morning,   When can I expect the ledgers and payoff amounts for the Athens loans?   I also need the wiring instructions and new monthly interest amount for the Athens payment.  Thank you and hoping you had a great weekend.

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Jayme Sickert <jsickert@firstlibertyga.com>
**Sent:** Tuesday, May 20, 2025 8:52 AM
**To:** Lisa Brown <lbrown@havenmemory.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** RE: Closing

Brant and I will try and have it to you around lunch or just after.

Jayme S Sickert
*Director of Compliance*

*First Liberty Building and Loan*
*14 Greenville St.*
*Newnan, GA 30263*
(770) 335-6178   mobile
(770) 253-4300   office

2



**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Tuesday, May 20, 2025 8:36 AM
**To:** Jayme Sickert <jsickert@firstlibertyga.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** Re: Closing

**Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Good morning,  Snellville closed late yesterday evening.  PTLord!
Are you able to send me payoffs on all loans this morning?

Get Outlook for iOS

---

**From:** Jayme Sickert <jsickert@firstlibertyga.com>
**Sent:** Friday, May 16, 2025 3:46:37 PM
**To:** Lisa Brown <lbrown@havenmemory.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** RE: Closing

Lisa,
I will provide you with a complete payoff on all your loans when I have time to gather the information. I was tied up with the closing today for a long time. Our attorney Spencer Gandy believes he has the answer to the title issue. They are extending the closing until Tuesday. I did not know what our proceeds would be from this sale until this afternoon or I would have prepared the payoff letter sooner. Will prepare the Winder payoff as well.

Jayme S Sickert
*Director of Compliance*

*First Liberty Building and Loan*
*14 Greenville St.*
*Newnan, GA 30263*
(770) 335-6178   mobile
(770) 253-4300   office

3



**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Friday, May 16, 2025 3:29 PM
**To:** Brant Frost IV <bf4@firstlibertyga.com>; Jayme Sickert <jsickert@firstlibertyga.com>
**Subject:** Closing

> **Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Closing has been delayed today because of a title issue (not sure exactly what but I believe it's the title insurance not having Haven listed and having a place in time listed) but I was assured we should close on or before 5/20.

Also, I need to firm up a contract on Winder but need payoff.   We have to withdraw current zoning request and submit new conditional use and this application is due next week.

Get Outlook for iOS

4

## Lisa Brown

| | |
|---|---|
| **From:** | Lisa Brown |
| **Sent:** | Thursday, July 3, 2025 5:47 PM |
| **To:** | ancient.oval.slush.pottery.release@addtodropbox.com |
| **Subject:** | Wire payoff Snellville |

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Thursday, May 22, 2025 3:34 PM
**To:** Brant Frost IV <bf4@firstlibertyga.com>; Cassie Ryan <Cryan@freedomlta.com>
**Cc:** Jayme Sickert <jsickert@firstlibertyga.com>; Korey Jones <broker@jonesbrokers.com>; mbcre@outlook.com; Spencer Gandy <spencer@gandyandrice.com>
**Subject:** Re: Signed statement

Wonderful. Thank you.

1

Get Outlook for iOS

---

**From:** Brant Frost IV <bf4@firstlibertyga.com>
**Sent:** Thursday, May 22, 2025 3:23:22 PM
**To:** Cassie Ryan <Cryan@freedomlta.com>; Lisa Brown <lbrown@havenmemory.com>
**Cc:** Jayme Sickert <jsickert@firstlibertyga.com>; Korey Jones <broker@jonesbrokers.com>; mbcre@outlook.com <mbcre@outlook.com>; Spencer Gandy <spencer@gandyandrice.com>
**Subject:** Re: Signed statement

Wire for payoff received, thank you Cassie for a job well done!

Brant Frost, IV

***First Liberty Building & Loan***

Newnan, GA

770-253-4300-office

404-664-9086-cell



---

**From:** Cassie Ryan <Cryan@freedomlta.com>
**Sent:** Thursday, May 22, 2025 3:16 PM
**To:** Lisa Brown <lbrown@havenmemory.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** Re: Signed statement

**Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Thank you both so much. The payoff is in the process of being sent right now

2

## Lisa Brown

**From:** Lisa Brown
**Sent:** Thursday, July 3, 2025 5:48 PM
**To:** ancient.oval.slush.pottery.release@addtodropbox.com
**Subject:** FW: Closing

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Friday, May 16, 2025 3:54 PM
**To:** Jayme Sickert <jsickert@firstlibertyga.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** Re: Closing

Thank you for the update.  When should I expect them?

Get Outlook for iOS

1

**From:** Jayme Sickert <jsickert@firstlibertyga.com>
**Sent:** Friday, May 16, 2025 3:46:37 PM
**To:** Lisa Brown <lbrown@havenmemory.com>; Brant Frost IV <bf4@firstlibertyga.com>
**Subject:** RE: Closing

Lisa,

I will provide you with a complete payoff on all your loans when I have time to gather the information. I was tied up with the closing today for a long time. Our attorney Spencer Gandy believes he has the answer to the title issue. They are extending the closing until Tuesday. I did not know what our proceeds would be from this sale until this afternoon or I would have prepared the payoff letter sooner. Will prepare the Winder payoff as well.

Jayme S Sickert
*Director of Compliance*

*First Liberty Building and Loan*
*14 Greenville St.*
*Newnan, GA 30263*
(770) 335-6178   mobile
(770) 253-4300   office



**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Friday, May 16, 2025 3:29 PM
**To:** Brant Frost IV <bf4@firstlibertyga.com>; Jayme Sickert <jsickert@firstlibertyga.com>
**Subject:** Closing

**Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Closing has been delayed today because of a title issue (not sure exactly what but I believe it's the title insurance not having Haven listed and having a place in time listed) but I was assured we should close on or before 5/20.

Also, I need to firm up a contract on Winder but need payoff.  We have to withdraw current zoning request and submit new conditional use and this application is due next week.

2

## Lisa Brown

**From:**         Lisa Brown
**Sent:**         Thursday, July 3, 2025 5:49 PM
**To:**            ancient.oval.slush.pottery.release@addtodropbox.com
**Subject:**     Payoff

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Lisa Brown
**Sent:** Wednesday, May 14, 2025 1:56 PM
**To:** Jayme Sickert <jsickert@firstlibertyga.com>
**Subject:** RE: Haven Ledger

Any update on my payoff for Athens/Snellville?

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office

1

706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.



## Memory Care Community | Haven Memory Care

Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs.
www.havenmemory.com

**From:** Jayme Sickert <jsickert@firstlibertyga.com>
**Sent:** Tuesday, May 13, 2025 8:56 AM
**To:** Lisa Brown <lbrown@havenmemory.com>
**Subject:** RE: Haven Ledger

Lisa,

I will work on that today! Great news!

Jayme S Sickert
*Director of Compliance*

*First Liberty Building and Loan*
*14 Greenville St.*
*Newnan, GA 30263*
(770) 335-6178   mobile
(770) 253-4300   office

2



**From:** Lisa Brown <lbrown@havenmemory.com>
**Sent:** Tuesday, May 13, 2025 8:55 AM
**To:** Jayme Sickert <jsickert@firstlibertyga.com>
**Subject:** RE: Haven Ledger

> **Caution:** This email originated outside of First Liberty. Please exercise caution with links and attachments.

Thank you.   Snellville is scheduled to close on Friday and I need to determine the payoff for my loans on Athens/Snellville.   Can you help me with that number?

Lisa Brown, RN, LPCHA,CDP
706-549-9800 office
706-549-9803 fax
706-319-6461 mobile
705 Whitehead Road
Athens, GA 30606
www.havenmemory.com



This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may constitute protected health information under HIPAA. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

| ☒ | Memory Care Community \| Haven Memory Care |
|---|---|
| | Haven Memory Care is the only exclusive memory care community dedicated to all forms of dementia. Schedule a tour of our facility and get the care your loved one needs. www.havenmemory.com |

3