**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Securities and Exchange
Commission,

                  Plaintiff,     Case No. 1:25-cv-3826-MLB

v.

Edwin Brant Frost IV and First
Liberty Building & Loan LLC,

                  Defendants,
                  and

First Liberty Capital Partners
LLC, et al.,

                  Relief
                  Defendants.

_____/

## <u>ORDER</u>

On May 19, 2026, the Court entered an order granting the Receiver's unopposed motion to expand the receivership. (Dkt. 89.) That order added Family Financial Partners LLC ("FFP") to the receivership. (*Id.* at 2.) After entry of the order, FFP filed a motion to intervene and set aside the May 19, 2026 order. (Dkt. 90.)

FFP says it never received notice of the Receiver's motion, despite its prior conversations with Receiver's counsel regarding this litigation. (Dkt. 90-3 at 2.)   FFP further claims the Receiver never notified Defendant Edwin Brant Frost, IV—the husband of Krista Frost, owner of FFP—of the motion, despite his representation that he served Defendant Frost with the motion and notified him of a hearing on the matter.  (Dkt. 90-3 at 3; Dkt. 84 at 16.)  Now that FFP has learned of the Receiver's motion, it seeks the opportunity to respond to various "inaccurate[] claims" within it.  (Dkt. 90-3 at 3.)

The Court finds FFP has a substantial interest at stake and has shown good cause to intervene.  The Court thus **GRANTS** FFP's motion to intervene (Dkt. 90) for the limited purpose of responding to the Receiver's motion.  *See United States v. S. Fla. Water Mgmt. Dist.*, 922 F.2d 704, 707 (11th Cir. 1991) ("A nonparty may have a sufficient interest for some issues in a case but not others, and the court may limit intervention accordingly.")  To that end, the Court **SETS ASIDE** its May 19, 2026 order (Dkt. 89) **only as it pertains to FFP.**  FFP may file a response to the Receiver's motion to expand receivership (Dkt. 84) within **twenty-one (21) days** of this order.  The response shall not exceed

fifteen (15) pages in length.  After that, the Receiver may file a reply in support of its motion within **twenty-one (21) days**, not to exceed fifteen (15) pages in length.

    **SO ORDERED** this 28th day of May, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE