UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) | 1:25-CV-03826-MLB |
| Defendants, and | ) ) | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

**CONSENT MOTION TO EXTEND TIME
TO ADDRESS THE RECEIVER'S MOTION
TO INCLUDE FAMILY FINANCIAL PARTNERS
ASSETS IN THE RECEIVERSHIP**

On May 28, 2026, the Court granted the motion of Family Financial

Partners, LLC ("FFP") to intervene in this case and contest the Receiver's Motion

to include the assets of FFP in the Receivership (ECF # 93).  In addition, the Court

set aside, in part, the previous Order that granted the Receiver's Motion and set a scheduling order for the parties to address the issue. *Id*.

Prior to the entry of the Order, counsel for the Receiver and counsel for FFP had begun discussions regarding an exchange of relevant documents concerning the relief sought in the FFP Motion and those discussions continued after entry of the Order.  Counsel for both parties have had no disagreement about what documents should be exchanged to ensure that both parties have the same material upon which to base their arguments.

We jointly request that the Court grant additional time for the parties to continue their exchange of documents. We request an additional three weeks to complete the process.[1]

For the foregoing reasons, we propose the following schedule:

FFP will file its formal opposition to the Receiver's motion by close of business on July 9, 2026.

The Receiver will file its Reply by July 30, 2026.

If the parties seek to have oral argument or an evidentiary hearing, the request to the Court will be made no later than August 7.

---

[1] Counsel for FFP, Don Samuel, will be in trial in Columbia County in a state case from June 15 – June 19.

Between now and August 7, the parties will maintain the status quo with respect to FFP (no assets of FFP will be transferred, sold, or in any other way rendered unavailable to the parties); provided, however, that this Agreement pertains only to the assets held by FFP and does not apply to any assets of the other Receivership Entities which the Receiver shall continue to administer as authorized in the Order appointing him as Receiver herein.

A proposed Consent Order is attached hereto as Exhibit "A".

This, the 12th day of June, 2026.

RESPECTFULLY SUBMITTED,

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar No. 624475
Attorney for Intervenor Family Financial
Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com

Consented to by:


LAW OFFICES OF HENRY F. SEWELL, JR., LLC


*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia State Bar No. 636265

Suite 555, 2964 Peachtree Road NW

Atlanta, Georgia 30305
404-926-0053
hsewell@sewellfirm.com
Attorneys for S. Gregory Hays in his capacity as Receiver for the First Liberty Entities