UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) | 1:25-CV-03826-MLB |
| Defendants, and | ) ) | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

**CONSENT ORDER GRANTING MOTION TO EXTEND TIME
TO ADDRESS THE RECEIVER'S MOTION
TO INCLUDE FAMILY FINANCIAL PARTNERS
ASSETS IN THE RECEIVERSHIP**

This matter is before the Court on the *Consent Motion to Extend Time to*

*Address the Receiver's Motion to Include Family Financial Partners Assets in the*

*Receivership* (Doc. No.   ).  This Court having reviewed and considered the Motion, it is hereby

ORDERED, that the Motion is GRANTED and FFP is granted an extension to file its formal opposition to the Receiver's motion to and through July 9, 2026. The Receiver will file his Reply by July 30, 2026.   If the parties seek to have oral argument or an evidentiary hearing, the request to the Court will be made no later than August 7; and it is

FURTHER ORDERED, the Parties will maintain the status quo with respect to FFP such that no assets of FFP will be transferred, sold, or in any other way rendered unavailable to the parties; provided, however, that this Agreement pertains only to the assets held by FFP and does not apply to any assets of the other Receivership Entities which the Receiver shall continue to administer as authorized in the Order appointing him as Receiver herein.

IT IS SO ORDERED, this ____ day of June, 2026

_____
Judge, United States District Court for
the Northern District of Georgia

Consented to by:

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia State Bar No. 636265

Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053
hsewell@sewellfirm.com
Attorneys for S. Gregory Hays in his capacity as Receiver for the First Liberty Entities


GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar No. 624475
Attorney for Intervenor Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com