UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | ) | CIVIL ACTION NUMBER:<br><br>1:25-CV-03826-MLB |

**CONSENT MOTION EXTENDING TIME TO FILE RESPONSE TO THE RECEIVER'S MOTION TO ADD FAMILY FINANCIAL PARTNERS, LLC (FFP) TO THE RECEIVERSHIP**

On Jun 12, 2026, this court granted the parties' joint request to extend time for Family Financial Partners to respond to the Receiver's Motion to add FFP to the Receivership (Doc. #98).

The parties had requested that extension of time in order to facilitate the exchange of documents that would streamline a resolution of any factual disagreements about the underlying transactions.

During the past month, the parties have exchanged documents, some of which were obtained from third parties (for example, banks). The parties intend to continue in this cooperative endeavor. But we have not finished the process, yet, and request that the Court grant an additional 12 days (until July 20) for FFP to file its initial response to the Receiver's Motion; and to grant the Receiver a corresponding extension of time to file his Reply (until August 10).

The parties will continue to maintain the status quo during the pendency of this matter, and until a final ruling from the Court is entered on the Receiver's Motion.

A proposed Consent Order is submitted along with this Motion.

This, the 8th day of July, 2026.

RESPECTFULLY SUBMITTED,

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar No. 624475
Attorney for Intervenor Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305

Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com

Consented to by:

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*

Henry F. Sewell, Jr.
Georgia State Bar No. 636265

Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053
hsewell@sewellfirm.com
Attorneys for S. Gregory Hays in his capacity as Receiver for the First Liberty Entities

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **CONSENT MOTION EXTENDING TIME TO FILE RESPONSE TO THE RECEIVER'S MOTION TO ADD FAMILY FINANCIAL PARTNERS, LLC (FFP) TO THE RECEIVERSHIP** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This, the 8th day of July, 2026.

RESPECTFULLY SUBMITTED,

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar No. 624475
Attorney for Intervenor Family Financial Partners, LLC

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com