UNITED STATES DISTRICT COURT
NORTHERN DISTERICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NUMBER: |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | ) ) ) ) | 1:25-CV-03826-MLB |
| Defendants, and | ) ) | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC; THE LEGACY ADVISORTY GROUP INC., AND THE LIBERTY GROUP LLC, | ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

**CONSENT ORDER GRANTING MOTION EXTENDING TIME
TO FILE RESPONSE TO THE RECEIVER'S
MOTION TO ADD FAMILY FINANCIAL PARTNERS, LLC (FFP)
TO THE RECEIVERSHIP**

This matter is before the Court on the *CONSENT MOTION EXTENDING TIME TO FILE RESPONSE TO THE RECEIVER'S MOTION TO ADD FAMILY FINANCIAL PARTNERS, LLC (FFP) TO THE RECEIVERSHIP*. This Court having reviewed and considered the Motion, it is hereby

ORDERED, that the Motion is GRANTED and FFP is granted an extension to file its formal opposition to the Receiver's motion to and through July 20, 2026. The Receiver will file his Reply by August 10, 2026. If the parties seek to have oral argument or an evidentiary hearing, the request to the Court will be made no later than August 19, 2026; and it is

FURTHER ORDERED, the Parties will maintain the status quo with respect to FFP such that no assets of FFP will be transferred, sold, or in any other way rendered unavailable to the parties; provided, however, that this Agreement pertains only to the assets held by FFP and does not apply to any assets of the other Receivership Entities which the Receiver shall continue to administer as authorized in the Order appointing him as Receiver herein.

SO ORDERED this 8th day of July, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE