DECLARATION OF KRISTA FROST

I, KRISTA FROST, declare under penalty of perjury that the facts set forth in the Response of Family Financial Partners, LLC to the Receiver's Motion to Add Family Financial Partners, LLC to the Receivership, are true and correct to the best of my knowledge and belief.

DATED: 7-20-2026

Krista Frost

Krista Frost