# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-03826-MLB
## Securities and Exchange Commission v. Frost et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 07/22/2026.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 10:50 A.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kevin Epps representing Haven Real Estate Holdings of Winder, LLC<br>Kevin Epps representing Lisa Brown<br>Henry Sewell representing S. Gregory Hays |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Motion hearing held. The Court held in abeyance the [92] and [95] motions. The Court's other rulings are as stated in the record. |
| HEARING STATUS: | Hearing Concluded |