**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | 1:25-cv-3826-MLB |
| v. | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS | : | |
| LLC, et. al., | : | |
| Relief Defendants. | : | |

## NOTICE OF FILING OF CERTIFICATION

S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**") in the above-captioned Securities and Exchange Commission enforcement action, by and through counsel, hereby files this *Notice of Filing of Certification* to provide notice that the Receiver certifies compliance with the terms of the relief provided in the *Order Granting Receiver's First Motion for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Doc. No. 43] (the "**OCB Order**") in accordance with paragraph 2(f) of the OCB Order. Incident thereto, the Receiver further certifies that Hargrave & Associates LLC [Doc. No. 62], Valid8 Financial [Doc. No. 63], Transperfect Legal [Doc. No. 64], Chalmers, Adams, Backer & Kaufman LLC [Doc. No. 67], Law Offices of L.W.

Cooper Jr. d/b/a Cooper Tierney [Doc. No. 77], and Kaufman & Hilbert, P.C. [Doc. No. 83] have been retained as ordinary course professionals and that the following payments were made to ordinary course professionals during the period from April 1, 2026, through June 30, 2026.

| Date | Type | Recipient | Amount |
|---|---|---|---|
| 05/07/26 | Wire | Valid 8 Financial | $1,068.30 |
| 05/12/26 | Wire | Kaufman & Hilbert PC | $16,854.32 |
| 06/15/26 | Wire | Transperfect Legal | $50,542.07 |

Dated: July 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

## <u>CERTIFICATE OF SERVICE, FONT AND MARGINS</u>

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: July 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***<u>/s/ Henry F. Sewell, Jr.</u>***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*