**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,**<br><br>**Defendants, and**<br><br>**FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP, INC., and THE LIBERTY GROUP LLC.**<br><br>**Relief Defendants.** | **CIVIL ACTION NO. 1:25-CV-3826-MLB** |

## <u>NOTICE OF APPEARANCE OF DAVID J. HUNGELING</u>

David J. Hungeling of Hungeling Rubenfield Law enters his appearance as counsel for RiverDawg, LLC, No Free, LLC, and Holt Knob Holdings, LLC, and hereby requests that he be served with copies of all notices and pleadings given pursuant to Local Rule 83.1D, as well as all other pleadings and/or notices served or required to be served by the parties. The address for service is shown below

Respectfully submitted this 3rd day of August, 2026.



/s/ David J. Hungeling
David J. Hungeling

Georgia State Bar No. 378417
Peachtree 25th, Suite 599
1718 Peachtree Street
Atlanta, Georgia 30309
TEL (404) 574-2466
FAX (404) 574-2467
*david@hungelinglaw.com*
***Attorney for RiverDawg, LLC, No Free, LLC, and Holt Knob Holdings, LLC***

# CERTIFICATE OF SERVICE AND TYPE

Pursuant to Local Rule 7.1D, the undersigned counsel for Creditor hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 3rd day of August, 2026, the foregoing **"Notice of Appearance of David J. Hungeling"** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 3rd day of August, 2026.

/s/ David J. Hungeling
David J. Hungeling
Georgia State Bar No.: 378417

.