**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action File No.** |
| | : | **1:25-cv-3826-MLB** |
| **v.** | : | |
| | : | |
| **EDWIN BRANT FROST IV and** | : | |
| **FIRST LIBERTY BUILDING & LOAN, LLC,** | : | |
| | : | |
| **Defendants, and** | : | |
| | : | |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,** | : | |
| | : | |
| **Relief Defendants.** | : | |

**CONSENT MOTION EXTENDING TIME TO FILE A REPLY TO RESPONSE OF FAMILY FINANCIAL PARTNERS, LLC AND TO REQUEST AN EVIDENTIARY HEARING OR ORAL ARGUMENT**

Family Financial Partners, LLC ("**FFP**") and S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] that was entered in the above-captioned case (the "**Receivership**"), by and through the undersigned counsel and with their mutual consent, hereby file this *Consent Motion Extending Time to File a Reply to Response of Family Financial Partners, LLC and to Request an Evidentiary Hearing or Oral Argument* (the "**Motion**"). In support of thereof, the Receiver and

FFP (collectively, the "**Parties**") respectfully show as follows:

1.     On April 30, 2026, the Receiver filed a *Motion by Receiver to Expand Receivership With Brief in Support Thereof* [Doc. No. 84] (the "**Expansion Motion**") that, among other relief, sought to add FFP to the Receivership.

2.     On July 8, 2026, this Court entered an order [Doc. No. 101] granting the joint request of the Parties to extend time related to the request in the Expansion Motion to add FFP to the Receivership to help facilitate the exchange of documents and streamline a resolution of any factual disagreements about the underlying transactions.

3.     On July 20, 2026, FFP filed a response [Doc. No. 101] (the "**Response**") to the request in the Expansion Motion to add FFP to the Receivership.

4.     The deadlines to file a reply to the Response and for either of the Parties to request an evidentiary hearing or oral argument have not yet expired.

5.     As the Parties continue to cooperate to facilitate an organized presentation of matters to the Court, the Parties submit that it would be appropriate to extend the deadline for: a) the Receiver to reply or otherwise plead with regarding to the Response to and through Wednesday, August 19, 2026; and b) either of the Partes to request an evidentiary hearing or oral argument to and through Wednesday, August 26, 2026.

6. The Parties will continue to maintain the status quo during the pendency of this matter, and until a final ruling from the Court is entered on the request to add FFP to the Receivership.

WHEREFORE, the Parties request that the Court enter an order, substantially in the form as the proposed order attached as **Exhibit A** hereto, to grant this Motion, extend the deadline for: 1) the Receiver to reply or otherwise plead with regarding to the Response to and through Wednesday, August 19, 2026; and b) either of the Partes to request an evidentiary hearing or oral argument to and through Wednesday, August 26, 2026, and grant such other and further relief as is just and proper.

Dated: August 4, 2026.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr. (Georgia State Bar No. 636265)
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053; hsewell@sewellfirm.com
Attorneys for S. Gregory Hays, as Receiver

Consented to by:

GARLAND, SAMUEL & LOEB, P.C.
*/s/ Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar No. 624475
3151 Maple Drive, N.E. Atlanta, Georgia 30305
Tel.: 404-262-2225

Fax: 404-365-5041
Email: dfs@gsllaw.com
Attorney for Intervenor Family Financial Partners, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing *Consent Motion Extending Time to File a Reply to Response of Family Financial Partners, LLC and to Request an Evidentiary Hearing or Oral Argument* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: August 4, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr. (Georgia State Bar No. 636265)
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053; hsewell@sewellfirm.com
Attorneys for S. Gregory Hays, as Receiver

**Exhibit A**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | **Civil Action File No.** |
| | : | **1:25-cv-3826-MLB** |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and | : | |
| FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, et. al., | : | |
| | : | |
| Relief Defendants. | : | |

**CONSENT ORDER GRANTING CONSENT MOTION EXTENDING TIME TO FILE A REPLY TO RESPONSE OF FAMILY FINANCIAL PARTNERS, LLC AND TO REQUEST AN EVIDENTIARY HEARING OR ORAL ARGUMENT**

This matter is before the Court on the *Consent Motion Extending Time to File a Reply to Response of Family Financial Partners, LLC and to Request an Evidentiary Hearing or Oral Argument* [Doc. No. _____] (the "**Motion**") that was filed by Family Financial Partners, LLC ("**FFP**") and S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] that was entered in the above-

captioned case (the "**Receivership**"). This Court having reviewed and considered the Motion, it is hereby

ORDERED, that the Motion is GRANTED and the Receiver is granted an extension to and through Wednesday, August 19, 2026 to file a reply to the response [Doc. No. 101] (the "**Response**") filed by FFP. If the Parties seek to have oral argument or an evidentiary hearing, the Receiver and FFP shall have to and through Wednesday August 16, 2026 to request oral argument or an evidentiary hearing related to the request to add FFP to the Receivership; and it is

FURTHER ORDERED, the Parties will maintain the status quo with respect to FFP such that no assets of FFP will be transferred, sold, or in any other way rendered unavailable to the parties; provided, however, that this Agreement pertains only to the assets held by FFP and does not apply to any assets of the other Receivership Entities which the Receiver shall continue to administer as authorized in the Order appointing him as Receiver herein.

IT IS SO ORDERED, this _____ day of _____, 2026.

_____
Judge Michael L. Brown
United States District Court for the Northern District of Georgia

Consented to by:

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr. (Georgia State Bar No. 636265)
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053; hsewell@sewellfirm.com
Attorneys for S. Gregory Hays in his capacity as Receiver

GARLAND, SAMUEL & LOEB, P.C.

*/s/ Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia State Bar No. 624475
3151 Maple Drive, N.E. Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com
Attorney for Intervenor Family Financial Partners, LLC