# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| | : | 1:25-cv-3826-MLB |
| v. | : | |
| | : | |
| EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC, | : | |
| | : | |
| Defendants, and | : | |
| | : | |
| FIRST LIBERTY CAPITAL PARTNERS LLC, et. al., | : | |
| | : | |
| Relief Defendants. | : | |

## CONSENT ORDER GRANTING CONSENT MOTION EXTENDING TIME TO FILE A REPLY TO RESPONSE OF FAMILY FINANCIAL PARTNERS, LLC AND TO REQUEST AN EVIDENTIARY HEARING OR ORAL ARGUMENT

This matter is before the Court on the *Consent Motion Extending Time to File a Reply to Response of Family Financial Partners, LLC and to Request an Evidentiary Hearing or Oral Argument* [Doc. No. 113] (the "**Motion**") that was filed by Family Financial Partners, LLC ("**FFP**") and S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] that was entered in the above-

captioned case (the "**Receivership**"). This Court having reviewed and considered the Motion, it is hereby

ORDERED, that the Motion is GRANTED and the Receiver is granted an extension to and through Wednesday, August 19, 2026 to file a reply to the response (the "**Response**") filed by FFP. If the Parties seek to have oral argument or an evidentiary hearing, the Receiver and FFP shall have to and through Wednesday, August 26, 2026 to request oral argument or an evidentiary hearing related to the request to add FFP to the Receivership; and it is

FURTHER ORDERED, the Parties will maintain the status quo with respect to FFP such that no assets of FFP will be transferred, sold, or in any other way rendered unavailable to the parties; provided, however, that this Agreement pertains only to the assets held by FFP and does not apply to any assets of the other Receivership Entities which the Receiver shall continue to administer as authorized in the Order appointing him as Receiver herein.

SO ORDERED this 5th day of August, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE