# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     **Plaintiff,**<br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>     **Defendants, and**<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>     **Relief Defendants.** | Civil Action File No.<br><br>**1:25-cv-3826-MLB** |

## NOTICE OF SUBSTITUTION OF COUNSEL

By consent of the parties Riverdawg, LLC, No Free, LLC, Holt Knob Holdings, LLC, Urgent Care 24/7, LLC, and Jerry Williams (collectively, the "Parties"), please substitute David J. Hungeling of Hungeling Rubenfield Law ("Substitute Counsel") as counsel of record for the Parties in place of counsel Leon

S. Jones of Jones & Walden LLC ("Withdrawing Counsel"). This notice of substitution of counsel is made and filed pursuant to Local Rule 83.1(E)(4).

***Please terminate Leon S. Jones of Jones & Walden LLC as the Parties' counsel in this case.*** Substitute Counsel is now the designated attorney representing the Parties. Substitute Counsel's address, phone, fax, and bar number are as follows:

David J. Hungeling
Hungeling Rubenfield Law
Peachtree 25th, Suite 599
1718 Peachtree Street, N.W.
Atlanta, Georgia 30309
Georgia Bar No. 378417
TEL (404) 574-2466
FAX (404) 574-2467
[david@hungelinglaw.com](mailto:david@hungelinglaw.com)

All further pleadings, orders and notices for the Parties should be sent to Substitute Counsel.

This 5th day of August, 2026.

| **JONES & WALDEN LLC** | **HUNGELING RUBENFIELD LAW** |
|---|---|
| */s/ Leon S. Jones* | */s/ David J. Hungeling* |
| Leon S. Jones | David J. Hungeling (by Leon Jones with |
| Georgia Bar No. 003980 | express permission) |
| 699 Piedmont Avenue, NE | Georgia Bar No. 378417 |
| Atlanta, Georgia 30308 | Peachtree 25th, Suite 599 |
| (404) 564-9300 | 1718 Peachtree Street, N.W. |
| [LJones@joneswalden.com](mailto:LJones@joneswalden.com) | Atlanta, Georgia 30309 |
| *Withdrawing Counsel* | Georgia Bar No. 419033 |
| | TEL (404) 574-2466 |
| | FAX (404) 574-2467 |
| | [david@hungelinglaw.com](mailto:david@hungelinglaw.com) |
| | *Substitute Counsel for the Parties* |

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Substitution of Counsel* ("Notice") using the District Court's ECF program, which sends a notice of and an accompanying link to the Notice to all parties who have appeared in this case under the District Court's ECF Program.

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 5th day of August, 2026.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
LJones@joneswalden.com
*Withdrawing Counsel*
