LAW OFFICES OF HENRY F. SEWELL, JR., LLC
ATTORNEYS AT LAW

Henry F. Sewell, Jr.

Suite 555, 2964 Peachtree Road NW, Atlanta, Georgia 30305
TEL: (404) 926-0053 • EMAIL: hsewell@sewellfirm.com

August 21, 2025

Courtroom Deputy to The Honorable Michael L. Brown
United States District Court
Northern District of Georgia, Atlanta Division
1942 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

RE: *Securities and Exchange Commission v. First Liberty Building & Loan, LLC, et al.*, Case No. 1:25-cv-3826-MLB in the U.S. District Court for the Northern District of Georgia.

Dear Judge Brown:

Per NDGa LR 83.1(E)(4), this letter is to notify you that I serve as lead counsel for the Receiver in the above case and I plan on taking a leave from the practice of law on the dates below, for the purpose of personal vacation. I respectfully request that the above-referenced case not be calendared during the following days:

**September 11, 2026**

**September 28, 2026 to October 1, 2026.**

**October 19, 2026 through October 23, 2026.**

**November 4, 2026 through November 6, 2026**.

Thank you for your consideration

Law Offices of Henry F. Sewell, Jr. LLC

By: *Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.

Cc: All Counsel