# PHOTOGRAPHS OF THE WINDER PROPERTY

*169 W. Athens Street, Winder, Georgia*

*Photographs 1 through 16 and 18 were taken during the August 20, 2026 inspection. Photograph 17 shows the same commercial kitchen equipment as previously maintained. Photographs 19 and 20 are still frames from contemporaneous video taken during the inspection, whose embedded device metadata records August 20, 2026 at 2:52 p.m. and geolocates the recording to the Property.*



**Photograph 1.** Main building and drive; grounds overgrown against the structure.



**Photograph 2.** Cottage entrance engulfed by overgrowth.



**Photograph 3.** Cottage nearly obscured from the drive.



**Photograph 4.** Cottage and drive overtaken by growth.



**Photograph 5.** Drive and walkway impassable from overgrowth.



**Photograph 6.** Corridor wall with lower drywall, baseboard, and molding cut away; studs and slab exposed.



**Photograph 7.** Flood cut along corridor wall; drywall debris left on the floor.



**Photograph 8.** Entry vestibule; lower wall sections removed; framing lumber left on the floor.



**Photograph 9.** Common room; flood cuts around the perimeter walls.



**Photograph 10.** Interior wall opened to the studs; insulation exposed at the base.



**Photograph 11.** Opened wall cavities; insulation exposed and displaced.



**Photograph 12.** Entry room at the French doors; flood cuts and framing lumber on the floor.



**Photograph 13.** Wall opened around doorway; insulation exposed.



**Photograph 14.** Header above doorway cut open; insulation exposed.



**Photograph 15.** Insulation pulled from wall cavities; unfinished plumbing wall.



**Photograph 16.** Interior room left with debris, buckets, and staging.



**Photograph 17.** The commercial kitchen range in serviceable condition, as previously maintained.



**Photograph 18.** The same commercial range as found on August 20, 2026.



**Photograph 19.** Still frame from contemporaneous video: City of Winder police vehicles on site during the August 20, 2026 response (video metadata: August 20, 2026, 2:52 p.m., geolocated to the Property).



**Photograph 20.** Still frame from the same video: City of Winder police unit at the main building.