**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br><br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTHAI CAPITAL LLC, THE LEGACY ADVISORY GROUP INC., and THE LIBERTY GROUP LLC,<br><br>Relief Defendants. | : | CIVIL ACTION NO.<br><br>1:25-cv-03826-MLB |

**[PROPOSED] ORDER**

Before the Court is the Emergency Motion of Lisa Brown and Haven Real Estate Holdings of Winder, LLC for a Status Conference and for Interim Orders to Secure and Preserve the Winder Property. Upon consideration, the motion is GRANTED as follows:

1. A status conference is SET for ________________, 2026, at ________;

2. The Receiver shall immediately secure the Winder Property, engage a licensed water and mold remediation contractor, give notice of the loss to the estate's insurance carrier, and confirm continuous insurance coverage since July 11, 2025;
3. Within seven days, the Receiver shall file a report describing the condition of the Winder Property, all inspections of the Property during the receivership (dates and persons), when and how the Receiver learned of the March 2026 water loss and the response undertaken, the insurance maintained and any claims made, and an itemized accounting of all amounts spent to maintain, secure, insure, or repair the Property since July 11, 2025;
4. The Receiver and his professionals shall preserve all records relating to the custody, inspection, maintenance, security, insurance, and marketing of the Winder Property;
5. The Receiver's motion for an order of sale [Doc. 95] remains in abeyance, and no sale, auction, or marketing for sale of the Winder Property shall proceed pending the status conference; and
6. The Receiver shall provide access to the Winder Property for the appraiser retained by the Haven Parties' lender upon reasonable notice.

IT IS SO ORDERED, this ____ day of August, 2026.

________________________________

MICHAEL L. BROWN
United States District Judge