**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Securities and Exchange Commission,

Plaintiff,

Case No. 1:25-cv-3826-MLB

v.

Edwin Brant Frost IV and First Liberty Building & Loan LLC,

Defendants,
and

First Liberty Capital Partners LLC, et al.,

Relief Defendants.
________________________________/

# ORDER

The Court **SETS** a hearing on the following pending motions for **October 8, 2026 at 10:00 a.m.**, in Courtroom 1906.

- The Receiver's Motion to Expand Receivership (Dkt. 84) and Family Financial Partners, LLC's Motion to Intervene (Dkt. 90).

- The Receiver's Motion for Order Approving Claims Process (Dkt. 117).[1]

- Lisa Brown and Haven Real Estate Holdings of Winder LLC's Motions to Intervene (Dkt. 92) and for Emergency Relief (Dkt. 123), as well as the Receiver's Motion for Order of Sale (Dkt. 95).

The Court recognizes some of these above motions were already set for other hearing dates. In the interest of efficiency, however, the Court cancels the previously scheduled hearings and will address all the above motions on October 8, 2026.

**SO ORDERED** this 24th day of August, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

[1] Any procedure the Court adopts at the hearing will apply to all investors and creditors of the receivership entities. Accordingly, any interested party may attend and participate in the hearing, so long as they notify the Court of their intent to do so no later than **3 days prior to the hearing**.