**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| **Plaintiff,** | : | **Civil Action File No. 1:25-cv-3826-MLB** |
| **v.** | : | |
| **EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,** | : | |
| **Defendants, and** | : | |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,** | : | |
| **Relief Defendants.** | : | |

**NOTICE OF FILING OF PROPOSED ORDER**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Receivership**"), by and through counsel, hereby files this *Notice of Filing of Proposed Order* to file the proposed order attached as **Exhibit A** hereto related to the *Motion for an Order Approving Full Circle Settlement* [Doc. No. 118] (the "**Motion**") that was filed on August 10, 2026.[1] No timely opposition has been filed in response to the Motion and the Receiver requests that the Court enter the attached Order.

[1] The Motion seeks approval of a settlement resolving the obligations to the Receivership of Full Circle LLC, Timeless Acquisitions, LLC, David Pike, David Pike II, and Christie Pike Nelson.

Dated: September 1, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
*Counsel for Receiver*

**CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: September 1, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

**Exhibit A**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | **Civil Action File No. 1:25-cv-3826-MLB** |
| **Plaintiff,** | : | |
| **v.** | : | |
| **EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,** | : | |
| **Defendants, and** | : | |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,** | : | |
| **Relief Defendants.** | : | |

**ORDER APPROVING MOTION FOR AN ORDER APPROVING FULL CIRCLE SETTLEMENT**

This matter is before the Court on the *Motion for an Order Approving Full Circle Settlement* [Doc. No. 118] (the "**Motion**") that was filed by S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Receivership**"). The Motion seeks the entry of an order approving a Settlement[1] of obligations to the Receivership of Full Circle LLC ("**Full Circle**" or "**Borrower**"), Timeless Acquisitions, LLC ("**Timeless**"), David Pike, David Pike II ("**DPII**"), and Christie

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Pike Nelson ("**CPN**" and collectively with DP and DPII, the "**Guarantors**" with each individually a "**Guarantor**").

Upon the Court having reviewed and considered the Motion and the record in this Case, the Court determined that: 1) the relief requested in the Motion is in the best interests of the Receivership and its creditors; 2) the Court has jurisdiction over this proceeding; 3) the terms of the Settlement are fair and equitable; and 4) good and sufficient cause exist for the relief requested in the Motion, for the entry of this Order, and approval of the Settlement. Finding that no further notice or opportunity for hearing is required, for good cause shown, is it hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. The Settlement is hereby approved and authorized.

3. The Receiver is authorized to enter the Settlement on behalf of the Receivership and authorized and empowered to take any and all steps necessary, in the sole discretion of the Receiver, to consummate and perform under the terms of the Settlement and this Order.

4. This Court shall retain jurisdiction to resolve any and all disputes arising from this Order and the Settlement.

**SO ORDERED**, this _____ day of September, 2026.

_______________________________
MICHAEL L. BROWN
UNITED STATES DISTRICT COURT JUDGE

Copies to: All Counsel of Record

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

**[END OF ORDER]**