UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br>Defendants, and<br>FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,<br>Relief Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action File No.<br>1:25-cv-3826-MLB |

## AFFIDAVIT OF AJ PATEL

BEFORE the undersigned officer, duly authorized to administer oaths, personally appeared AJ Patel who, after being duly sworn, deposes and says:

1. My name is AJ Patel, and this Affidavit is made based on my personal knowledge. I am over 18 years of age, of sound mind, and am otherwise competent to give this Affidavit.

2. I am the owner of the Quality Inn Winder located at 177 W. Athens Street, Winder, GA 30680, and am routinely present at this business.

3. My property is adjoined and a neighbor to the property located of 169 W. Athens Street, Winder, GA 30680 (the "**Property**") that has been vacant for a substantial period.

4. I understand that the Property is at issue in Case No. 1:25-cv-3826-MLB in the Northern District of Georgia (the "**Receivership**").

5. Having viewed the building under construction at the Property prior to the Receivership, I can confirm that construction at the Property was not completed prior to the initiation of the Receivership.

6. Soon after the initiation of the Receivership, I began communicating with the

office of S. Gregory Hays, the Receiver appointed in the Receivership. Since that time, I have had regular communications with the Receiver's office, specifically with Dwaine Butler, regarding my interest in purchasing the Property and willingness to monitor the Property since I take interest in the immediate area as a business owner.

7. Upon meeting Mr. Butler early in the Receivership, I agreed to provide routine inspections of the Property and to keep an eye on the Property. I have in fact continued to routinely monitor the Property and provide updates to Mr. Butler of any issues related to the Property.

8. On March 2, 2026, during a routine inspection, I observed water flowing from the property into the exterior driveway. I immediately contacted Mr. Butler via Facetime to show the issue and advised that action be taken to stop the water from running.

9. Mr. Butler immediately responded to my report to stop the leak. With with my assistance, he contacted a professional contractor, Gerardo Hernandez of MDL Construction, LLC, to assess the issue and it was determined to be a burst pipe.

10. Mr. Hernandez is a competent and trustworthy repairman who has repaired many maintenance issues at my Quality Inn, including a pipe burst similar to what was discovered at the Property.

11. My understanding is that the leak was repaired promptly.

12. I have no complaints regarding the Receiver's maintenance of the property at 169 W. Athens. The Receiver has stayed in communication with me through Mr. Butler. However, the property has now remained vacant for some time and, as the adjoining landowner, I would like

to see it sold as soon as possible and for it to become an occupied property.

I hereby declare that the information provided above is true and correct under penalty of perjury.

This 4th day of September, 2026.

AJ Patel

Subscribed and sworn to before me this 4th day of September, 2026,
Notary Public
My Commission expires: July 8, 2029

Margaret Phillips

MARGARET PHILLIPS NOTARY PUBLIC Exp. July 8, 2029 GWINNETT COUNTY, GA