**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>**Plaintiff,**<br>**v.**<br>**EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,**<br>**Defendants, and**<br>**FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,**<br>**Relief Defendants.** | : | **Civil Action File No. 1:25-cv-3826-MLB** |

**JOINT STATUS REPORT REGARDING FAMILY FINANCIAL PARTNERS, LLC**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] that was entered in the above-captioned case (the "**Receivership**"), Family Financial Partners, LLC ("**FFP**"), and Krista Frost ("**Ms. Frost**"), by and through the undersigned counsel and with their mutual consent, hereby file this *Joint Status Report Regarding Family Financial Partners, LLC* (the "**Report**"), respectfully stating as follows:

1. On April 30, 2026, the Receiver filed a *Motion by Receiver to Expand Receivership With Brief in Support Thereof* [Doc. No. 84] (the "**Expansion Motion**") that, among other relief, sought to add FFP to the Receivership. FFP and

Ms. Frost sought to intervene [Doc. Nos. 90 and 92] and filed a response [Doc. No. 105] to Expansion Motion as to FFP.

2. The Receiver, FFP, and Ms. Frost have exchanged certain documents, including a tracing analysis prepared by the Receiver regarding funds that were transferred to FFP and used to acquire certain shares (the "**Old Glory Shares**") of Old Glory Bank ("**Old Glory**").

3. The Receiver believed—at the time of the filing of the Expansion Motion—that the status of the Old Glory Shares was an important issue as Old Glory was engaged in a merger transaction that could result in a significant recovery for the value of the Old Glory Shares. Further, Ms. Frost also believed that the potential value of this stock was significant and this was a reason she opposed the expansion of the Receivership.

4. Since the filing of the Expansion Motion, the transaction by which the Old Glory Shares could have significant value has been terminated and may no longer occur and, as such, the significance of a determination regarding the Old Glory Share has diminished. In light of such development, the Receiver, FFP, and Ms. Frost have agreed to stay a resolution of the Expansion Motion as to FFP and related Doc. Nos. 90, 92, and 105 pending a resolution of other matters involving Ms. Frost and the Receivership.

5. On August 24, 2026, the Court entered an order at Doc. No. 125 to set several matters, including the Expansion Motion as to FFP and Doc. Nos. 90 and 92, for hearing on October 8, 2026. The Receiver, FFP, and Ms. Frost hereby request that the hearing on the Expansion Motion as to FFP and Doc. Nos. 90 and 92 be stayed and continued until a later date to be determined. Such request does not impact the other matters set to be heard on October 8, 2026, pursuant to the order at Doc. No. 125.

6. The Parties will continue to maintain the status quo during the pendency of this matter, and until a final ruling from the Court is entered on the request to add FFP to the Receivership.

Dated: October 5, 2026.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF HENRY F. SEWELL, JR., LLC
*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr. (Georgia State Bar No. 636265)
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053; hsewell@sewellfirm.com
Attorneys for S. Gregory Hays, as Receiver

Consented to by:
GARLAND, SAMUEL & LOEB, P.C.
/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ. (Georgia State Bar No. 624475)
3151 Maple Drive, N.E. Atlanta, Georgia 30305
Tel.: 404-262-2225; Fax: 404-365-5041; Email: dfs@gsllaw.com
Attorney Family Financial Partners, LLC and Krista Frost

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the within and foregoing *Joint Status Report Regarding Family Financial Partners, LLC* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: October 5, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*

Henry F. Sewell, Jr. (Georgia State Bar No. 636265)
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053; hsewell@sewellfirm.com
Attorneys for S. Gregory Hays, as Receiver