**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> **Plaintiff.** <br><br> **v.** <br><br> **EDWIN BRANT FROST, IV and FIRST LIBERTY BUILDING & LOAN, LLC,** <br> **Defendants, and** <br> **FIRST LIBERTY CAPITAL PARTNERS, LLC, et al.,** <br> **Relief Defendants.** | : | **Civil Action File No. 1:25-cv-3826-MLB** |

**NOTICE OF INTENT TO PARTICIPATE IN THIRD-PARTY CLAIM LITIGATION PROCEDURAL HEARING**

Dorothy D. Bates, a/k/a Kathy Bates, through counsel, files this *Notice of Intent to Attend and Participate in Third-Party Claim Litigation Procedural Hearing* ("Notice of Intent"). Michael F. Holbein and John F. Weeks IV of Smith, Gambrell, & Russell LLP will attend the hearing on the Receiver's *Motion to Approve Claims Process and Brief in Support Thereof* [Doc. 117] (the "Motion") on behalf of Ms. Bates. On October 2, 2026, Ms. Bates filed the *Response of Kathy Bates to Receiver's Motion to Approve Claims Process and Brief in Support Thereof* [Doc. 130] detailing in brief her concerns with the Motion. Ms. Bates files

this Notice of Intent out of an abundance of caution to ensure her desire to be heard on the Motion is preserved.

Dated: October 5, 2026

**SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ John F. Weeks IV*
Michael F. Holbein
Georgia Bar No. 360070
John F. Weeks IV
Georgia Bar No. 335528
1105 W. Peachtree Street NE
Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3537
Facsimile: (404) 685-6837
mholbein@sgrlaw.com

*Attorneys for Dorothy D. Bates, a/k/a Kathy Bates*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all attorneys of record.

This 5th day of October 2026.

*/s/ John F. Weeks IV*

John F. Weeks IV