IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Securities and Exchange Commission,

Plaintiff,

Case No. 1:25-cv-3826-MLB

v.

Edwin Brant Frost IV, et al.,

Defendants.

_________________________________/

# ORDER

The Court set the Receiver's motion to add Family Financial Partners, LLC (FFP) to the Receivership (Dkt. 84) for a hearing on Thursday, October 8th. The Court finds the motion is ripe for consideration at Thursday's hearing, notwithstanding the Receiver's request to stay the issue (Dkt. 131). Accordingly, the parties should come prepared to present evidence and resolve the issue. In particular, the parties should be prepared to address factual allegations that FFP received a promissory note to purchase the Old Glory shares, the terms of any such note, Mr. Frost's involvement in the purchase, Mrs. Frost's

involvement in the purchase and the entity's operations, FFP's operations beyond holding the shares, whether funds from other entities were used to purchase the shares as alleged in the exhibits to Receiver's reply brief (Dkt. 120), and any other facts relevant to the Court's assessment of whether to expand the receivership estate to include FFP under the analysis set forth in *Sec. & Exch. Comm'n v. Torchia*, 2016 WL 6212002, at *3 (N.D. Ga. Oct. 25, 2016). This is Receiver's sole opportunity to expand the receivership to cover that entity.

**SO ORDERED** this 6th day of October, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE