**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,

Defendants, and

FIRST LIBERTY CAPITAL PARTNERS LLC, FIRST NATIONAL INVESTMENTS LLC, MYHEALTH AI CAPITAL, LLC, THE LEGACY ADVISORY GROUP INC., AND THE LIBERTY GROUP LLC,

Relief Defendants.

Civil Action No. 1:25-cv-03826-MLB

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Garrett A. Nail hereby enters his appearance for Bay Point Capital Partners II, LP, and requests that copies of all notices, pleadings and other papers filed in the above-captioned matter be served via U.S. Mail or the Court's CM/ECF system upon:

Garrett A. Nail
Portnoy Garner Nail, LLC
49 Park Square Court
Roswell, Georgia 30075
gnail@pgnlaw.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda, briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand-delivery, facsimile, telephone, or otherwise.

Respectfully submitted this 8th day of October 2026.

*Is/ Garrett A. Nail*
Garrett A. Nail
Georgia Bar No. 997924
**PORTNOY GARNER NAIL, LLC**
49 Park Square Court
Roswell, Georgia 30075
Telephone: 404-688-8800
gnail@pgnlaw.com

*Counsel for Bay Point Capital Partners II, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court via the CM/ECF system which will provide automatic electronic notification of such filing to all counsel of record.

This 8th day of October 2026.

*/s/ Garrett A. Nail*
Garrett A. Nail
Georgia Bar No. 997924