**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Securities and Exchange Commission,

Plaintiff,

v.

Case No. 1:25-cv-3826-MLB

Edwin Brant Frost IV and First Liberty Building & Loan LLC,

Defendants,

and

First Liberty Capital Partners LLC, et al.,

Relief Defendants.

________________________________/

**ORDER**

On October 8, 2026, the Court held a hearing on the Receiver's motion to approve a claims process for investors and creditors (Dkt. 117). In addition to the revisions discussed at the hearing, the Court **ORDERS**

the Receiver to make the following revisions to paragraph 4.2 of the proposed procedures order:[1]

> **4.2 Court's Final Adjudication of Claims:** A claimant with a partially or wholly disallowed claim may appeal the Receiver's Final Determination to this Court for final adjudication by no later than 20 days after the Receiver sends the Final Determination to the claimant. After all appeals have been filed, but before the Receiver files responses to those appeals, the Court will hold a status conference. At the status conference, the Court and parties will determine how to most efficiently resolve the appeals, whether by consolidating issues for briefing, grouping claims, or otherwise. At that time, the Court will set deadlines for the Receiver's responses to the appeals.

The Receiver shall insert this paragraph into the revised proposed procedures order and submit it to the Court for approval by **Thursday, October 15, 2026**.

---

[1] The proposed order jumps from paragraph 4.1 to 4.5, which the Court assumes was error. (Dkt. 117 at 36.)

**SO ORDERED** this 8th day of October, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE