# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-03826-MLB**
**Securities and Exchange Commission v. Frost et al**
**Honorable Michael L. Brown**

---

Minute Sheet for proceedings held In Open Court on 10/08/2026.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 00:50
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
DEPUTY CLERK: Jessica Kelley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kevin Epps representing Haven Real Estate Holdings of Winder, LLC<br>Kevin Epps representing Lisa Brown<br>Brooke Gram representing First Liberty Building & Loan, LLC<br>Michael Holbein representing Dorothy D. Bates<br>Kristin Murnahan representing Securities and Exchange Commission<br>Garrett Nail representing Bay Point Capital Partners II, LP<br>Donald Samuel representing Family Financial Partners, LLC<br>Henry Sewell representing S. Gregory Hays<br>John Weeks representing Dorothy D. Bates |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Motion hearing held. The Court's rulings are as stated in the record. |
| HEARING STATUS: | Hearing Concluded |