**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>**Plaintiff,**<br>**v.**<br>**EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,**<br>**Defendants, and**<br>**FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,**<br>**Relief Defendants.** | : | **Civil Action File No. 1:25-cv-3826-MLB** |

**NOTICE OF FILING OF PROPOSED CONSENT ORDER RESOLVING OBJECTION OF FAMILY FINANCIAL PARTNERS, LLC AND KRISTA FROST TO RECEIVER'S MOTION TO EXPAND RECEIVERSHIP AND EXPANDING RECEIVERSHIP TO INCLUDE FAMILY FINANCIAL PARTNERS AS A RECEIVERSHIP ENTITY**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] ("**Appointment Order**") that was entered in the above-captioned case (the "**Receivership**"), by and through counsel, hereby files this *Notice of Filing of Proposed Consent Order Resolving Objection Of Family Financial Partners, LLC And Krista Frost To Receiver's Motion To Expand Receivership And Expanding Receivership To Include Family Financial Partners As A Receivership Entity* per the announcement made in open Court on October 8, 2026.

The Receiver respectfully requests that the Court enter the Consent Order submitted herewith as Exhibit "A" hereto.

Dated: October 27, 2026.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
Phone: (404) 926-0053
Buckhead Centre
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
*Counsel for Receiver*

**CERTIFICATE OF SERVICE, FONT, MARGINS AND GENERATIVE ARTIFICIAL INTELLIGENCE**

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

I finally certify that no generative Artificial Intelligence was used in the drafting or preparation of the filing (including in any research for the filing).

Dated: October 27, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| **Plaintiff,** | : | **Civil Action File No. 1:25-cv-3826-MLB** |
| **v.** | : | |
| **EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,** | : | |
| **Defendants, and** | : | |
| **FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,** | : | |
| **Relief Defendants.** | : | |

**CONSENT ORDER RESOLVING OBJECTION OF FAMILY FINANCIAL PARTNERS, LLC AND KRISTA FROST TO RECEIVER'S MOTION TO EXPAND RECEIVERSHIP AND EXPANDING RECEIVERSHIP TO INCLUDE FAMILY FINANCIAL PARTNERS AS A RECEIVER ENTITY**

S. Gregory Hays, not individually, but as Court-Appointed Receiver ("**Receiver**") pursuant to the *Order Appointing Receiver* dated July 11, 2025 [Doc. No. 6] (the "**Appointment Order**") that was entered in the above-captioned case (the "**Receivership**"), Family Financial Partners, LLC ("**FFP**"), and Krista Frost ("**Ms. Frost**"), by and through the undersigned counsel who are authorized to execute this Order, hereby consent and agree as follows:

1. On April 30, 2026, the Receiver filed a *Motion by Receiver to Expand Receivership With Brief in Support Thereof* [Doc. No. 84] (the "**Expansion Motion**") that, among other relief, sought to add FFP to the Receivership. On May

19, 2026, the Court entered an Order Granting the Expansion Motion incident to which the Receivership was expanded to include, among other entities, FFP. After the entry of the Expansion Order, FFP filed a motion [Doc. No. 90] to intervene and set aside the Expansion Order as to its inclusion in the Motion to Expand.

2. On May 28, 2026, the Court entered on order [Doc. No. 93] setting aside the Expansion Order only as it pertains to FFP and establishing a briefing schedule to address whether FFP is to be included in the Receivership. FFP subsequently filed a response in opposition [Doc. No. 105] to the Expansion Motion as to FFP only.

3. On August 24, 2026, the Court entered an order at Doc. No. 125 to set several matters, including the Expansion Motion as to FFP for hearing on October 8, 2026.

4. Among the assets of FFP are 100,000 Class B Shares in Old Glory Bank issued as "Founder's Shares" to FFP (the "**Founder's Shares**"). At present the value of the Founder's Shares is uncertain and there is a dispute between the Parties with respect to their rights and claims to the Founder's Shares. In addition to the Founder's Shares, FFP owns an additional 642,750 shares of in Old Glory Bank and holds a warrant to purchase an additional 50,000 shares (collectively with the Founder's Shares, the "Old Glory Stock").

5. Based on the terms, conditions and agreement set forth herein, the Parties agree as follows:

(A) FFP and Krista Frost hereby withdraw any objection to the expansion of the Receivership to include FFP as a Receiver Entity as defined in the Appointment Order and consent to the expansion of the Receivership to include FFP as requested by the Receiver in the Expansion Motion;

(B) In the event the Receiver receives an offer to sell all or any portion of the Old Glory Stock or seeks to sell all or any portion of the Old Glory Stock, the Receiver will provide written notice to Ms. Frost, through her counsel below, and serve any motion seeking to approve such sale as filed with this Court upon her. In the event of a sale of Founder's Shares by the Receiver, the Receiver agrees to segregate and separately hold the proceeds of the Founder's Shares pending a determination of any rights or claims Krista Frost may have to the proceeds of the Founder's Shares. The proceeds of the Founder's Shares, if any, will be segregated from the assets of the Receivership Estate until the entry of a final Order resolving Krista Frost's claims to the Founder's Shares with all Parties reserving all rights, claims or defenses with respect to any asserted interest in the Founder's Shares;

(C) The agreement to segregate proceeds herein shall apply solely to the proceeds of the Founder's Shares and shall not apply to the proceeds of any other

stock of Old Glory Bank titled in the name of FFP. In the event such other stock is sold by the Receiver, the Receiver may treat such proceeds as assets of the Receivership Estate to be used by the Receiver in accordance with the Appointment Order and any other applicable orders entered by the Court.

Based on the agreement of the Parties as set forth herein and for good cause shown, it is hereby

ORDERED, that the relief sought in the Expansion Motion with respect to FFP is hereby GRANTED and the Receivership Estate is hereby expanded to include FFP as a Receiver Entity as that term is defined in the Appointment Order; and it is

FURTHER ORDERED, that in the event of a sale of the Founder's Shares, the Receiver shall segregate and hold separately the proceeds of the Founder's Shares, and shall not commingle such proceeds with other assets of the Receivership Estate, pending final determination by this Court of any rights or claims which Krista Frost may have to the Founder's Shares; and it is

FURTHER ORDERED, that upon a completion of a sale of the Founder's Shares, the Receiver will notify Krista Frost in writing through her counsel below and shall file a Certificate of Service with this Court evidencing such notice. Krista Frost shall have twenty (20) days from the date of the notice to assert a claim or interest in the proceeds of the Founder's Shares. In the event Krista Frost does not

file a written claim with respect to such proceeds within twenty (20) days, any rights or claims shall be deemed forfeited and the Receiver shall be permitted to use such proceeds as may be authorized by this Court. In the event an objection is timely filed, the Parties shall establish a schedule to resolve such dispute and submit same to the Court for approval.

**SO ORDERED**, this _____ day of _________, 2026.

______________________________________
HON. MICHAEL L. BROWN
UNITED STATES DISTRICT COURT JUDGE

CONSENTED AND AGREED TO BY:

LAW OFFICES OF HENRY F. SEWELL, JR., LLC
*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr. (Georgia State Bar No. 636265)
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305
404-926-0053; hsewell@sewellfirm.com
Attorneys for S. Gregory Hays, as Receiver

and

GARLAND, SAMUEL & LOEB, P.C.
/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ. (Georgia State Bar No. 624475)
3151 Maple Drive, N.E. Atlanta, Georgia 30305
Tel.: 404-262-2225; Fax: 404-365-5041; Email: dfs@gsllaw.com
Attorney Family Financial Partners, LLC and Krista Frost