**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>EDWIN BRANT FROST IV and FIRST LIBERTY BUILDING & LOAN, LLC,<br>Defendants, and<br><br>FIRST LIBERTY CAPITAL PARTNERS LLC, et. al.,<br>Relief Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action File No.<br>1:25-cv-3826-MLB |

**NOTICE OF FILING OF CERTIFICATION**

S. Gregory Hays, the Court-Appointed Receiver (the "**Receiver**") in the above-captioned Securities and Exchange Commission enforcement action, by and through counsel, hereby files this *Notice of Filing of Certification* to provide notice that the Receiver certifies compliance with the terms of the relief provided in the *Order Granting Receiver's First Motion for Authorization to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Doc. No. 43] (the "**OCB Order**") in accordance with paragraph 2(f) of the OCB Order. Incident thereto, the Receiver further certifies that Hargrave & Associates LLC [Doc. No. 62], Valid8 Financial [Doc. No. 63], Transperfect Legal [Doc. No. 64], Chalmers, Adams, Backer & Kaufman LLC [Doc. No. 67], Law Offices of L.W.

Cooper Jr. d/b/a Cooper Tierney [Doc. No. 77], and Kaufman & Hilbert, P.C. [Doc. No. 83] have been retained as ordinary course professionals and that the following payments were made to ordinary course professionals during the period from July 1, 2026, through September 30, 2026.

| Date | Type | Recipient | Amount |
|---|---|---|---|
| 7/17/2026 | Wire | Transperfect Legal | $4,684.32 |
| 7/17/2026 | Wire | Kaufman & Hilbert PC | $2,047.98 |
| 7/17/2026 | HFC Credit Card | Cooper/Tierney | $4,807.66 |
| 9/9/2026 | Wire | Transperfect Legal | $4,339.32 |
| 9/14/2026 | HFC Credit Card | Cooper/Tierney | $2,925.70 |
| 9/30/2026 | HFC Credit Card | Cooper/Tierney | $2,715.20 |

Dated: October 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***

Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*

**<u>CERTIFICATE OF SERVICE, FONT AND MARGINS</u>**

I hereby certify that I electronically filed the foregoing using the CM/ECF System that will automatically send e-mail notification of such filing to all registered attorneys of record.

No generative AI was used in the drafting or preparation of the filing (including in any research for the filing).

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

Dated: October 30, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***

Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Receiver*